UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>      Plaintiff<br><br>    v.<br><br>CIBC WORLD MARKETS CORP., CIBC WORLD MARKETS INC, BANK OF AMERICA SECURITIES, INC., MERRILL LYNCH CANADA INC., MERRILL LYNCH PROFESSIONAL CLEARING CORP., TD SECURITIES, INC., TD SECURITIES(USA) LLC, CORMARK SECURITIES, INC., UBS FINANCIAL SERVICES, INC., UBS SECURITIES CANADA, INC., SOCIETE GENERALE CAPITALE CANADA, INC., SG AMERICAS SECURITIES, LLC, AND JOHN DOE'S 1 THROUGH 10,<br><br>      Defendants. | **RULE 7.1 STATEMENT** |

  Pursuant to Federal Rules of Civil Procedure 7.1, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that Plaintiff Harrington Global Opportunity Fund, Limited ("Plaintiff"), is not a publicly held company, does not have any corporate parents, subsidiaries, or affiliates which are publicly held, nor does any publicly held corporation own 10 percent or more of the stock of the Plaintiff.

| | |
|---|---|
| Dated: January 27, 2021<br>   New York, New York | Respectfully submitted,<br><br>WARSHAW BURSTEIN, LLP<br><br>By: /s/ Alan M. Pollack<br>   Alan M. Pollack<br>575 Lexington Avenue, 7th Floor<br>New York, New York 10022<br>(212) 984-7700<br>apollack@wbny.com<br>*Attorneys for Plaintiff* |

{1304841.1 }