UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HARRINGTON GLOBAL OPPORTUNITY
FUND, LIMITED,

                             Plaintiff,

          - against –

CIBC WORLD MARKETS CORP., CIBC WORLD
MARKETS INC, BANK OF AMERICA SECURITIES,
INC., MERRILL LYNCH CANADA INC., MERRILL
LYNCH PROFESSIONAL CLEARING CORP., TD
SECURITIES, INC., TD SECURITIES(USA) LLC,
CORMARK SECURITIES, INC., UBS FINANCIAL
SERVICES, INC., UBS SECURITIES CANADA, INC.,
SOCIETE GENERALE CAPITALE CANADA, INC., SG
AMERICAS SECURITIES, LLC, AND JOHN DOE'S 1
THROUGH 10,

                             Defendants.
------------------------------------------------------------------X

**Civil Action**

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that the undersigned hereby appears as an attorney on behalf of Plaintiff Harrington Global Opportunity Fund, Limited, and demands that copies of all pleadings, papers, notices and other communications relating to this action be served upon the undersigned.

Dated: New York, New York
         January 27, 2021

                                                      **WARSHAW BURSTEIN, LLP**

                                                      By: /s/ Felicia S. Ennis
                                                           Felicia S. Ennis
                                                   *Attorneys for Plaintiff*
                                                   575 Lexington Avenue, 7th Floor
                                                   New York, New York 10022
                                                   T: (212) 984-7700
                                                    F: (347) 983-7255

{1304816.1 }