## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Purchased/Filed: January 28, 2021
Index #   1:21-cv-00761-LGS

Harrington Global Opportunity Fund, Limited — Plaintiff(s)

against

CIBC World Markets Corp., et al. — Defendant(s)

STATE OF NEW YORK
COUNTY OF ALBANY     SS.:

_____James Perone_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___February 1, 2021___, at ___11:00 AM___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action and Complaint with Supporting Papers and Individual Rules and Procedures for Civil Cases of Lorna G. Schofield, United States District Judge on ___CIBC World Markets Corp.___, the Defendant in this action, by delivering to and leaving with ___Sue Zouky___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee 40 dollars; That said service was made pursuant to Section 306 Business Corporation Law. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: 55-60   Approx. Wt: 125lbs   Approx. Ht: 5'1
Color of skin: White   Hair color: Red/Blonde   Sex: Female   Other: _____

Sworn to before me on this
__1st__ day of February 2021

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2022

James Perone
**Attny's File No.**
Invoice•Work Order # S1853261

**SERVICO. INC.. P.O. BOX 871. ALBANY. NY 12201**