## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Purchased/Filed: January 28, 2021
Index # 1:21-cv-00761-LGS

*Harrington Global Opportunity Fund, Limited* — Plaintiff(s)

against

*CIBC World Markets Corp., et al.* — Defendant(s)

STATE OF NEW YORK
COUNTY OF ALBANY        SS.:

____James Perone____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ____February 1, 2021____, at ____11:00 AM____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint with Supporting Papers and Individual Rules and Procedures for Civil Cases of Lorna G. Schofield, United States District Judge on

____SG Americas Securities LLC____, the Defendant in this action, by delivering to and leaving with ____Sue Zouky____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, _2_ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee _40_ dollars; That said service was made pursuant to Section _303 Limited Liability Company Law_. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served: Approx. Age: __55-60__   Approx. Wt: __125lbs__   Approx. Ht: __5'1__
Color of skin: __White__   Hair color: __Red/Blonde__   Sex: __Female__   Other: ____

Sworn to before me on this
__1st__ day of February 2021

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2022

James Perone
**Attny's File No.**
Invoice•Work Order # S1853265

**SERVICO, INC.. P.O. BOX 871. ALBANY. NY 12201**