# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW YORK

Case No. 1:21-cv-00761-LGS

**HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED**
   Plaintiff,

   -against-

**CIBC WORLD MARKETS CORP., ET AL,**
   Defendants.

---

**State Of New York, County of New York SS:**
**DOMINIK PRZYBYLO**
Being duly sworn, deposes and says that he is over eighteen years of age, is not a party to this action, and resides in the State of New York.

That on the 4th day of **FEBRUARY 2021** at: **12:20 PM**

Deponent served the: **SUMMONS IN A CIVIL ACTION, COMPLAINT – JURY TRIAL DEMAND, INDIVIDUAL RULES AND PROCEDURES FOR CIVIL CASES – LORNA G. SCHOFIELD, UNITED STATES DISTRICT JUDGE**

Upon:   **BANK OF AMERICA SECURITIES**

At:   **ONE BRYANT PARK, NEW YORK, NEW YORK 10036**

**PERSONAL SERVICE ON A CORPORATION**
A corporation, by delivering thereat a true copy to **NIKITA VERMA (RELATIONSHIP MANAGER)** personally, who stated that she is the said individual *Authorized to Accept Service* on behalf of **BANK OF AMERICA SECURITIES.**

**DESCRIPTION** – Deponent describes the individual served as follows:
Sex: **FEMALE** Color: **WHITE** Hair: **BLACK** App. Age: **35 yrs.** App. Ht. **5'6"** App. Wt. **130 lbs.**
Other identifying features:

Subscribed and sworn to before me
on this 5th day of **FEBRUARY 2021**

JOLANTYNA CAGNEY
NOTARY PUBLIC, State of New York
No. 01CA6111489
Qualified in New York County 2024
Commission Expires June 14, 2016

**DOMINIK PRZYBYLO** (# 206-9153)

CLASSIC LEGAL SUPPORT # 2022186-DCA
475 PARK AVE SOUTH, 23rd FLOOR
NEW YORK, NEW YORK 10016
TEL. (212) 889-3200