# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED<br><br>*Plaintiff(s)*<br>v.<br>CIBC WORLD MARKETS CORP., CIBC WORLD MARKETS INC, BANK OF AMERICA SECURITIES, INC., MERRILL LYNCH CANADA INC., MERRILL LYNCH PROFESSIONAL CLEARING CORP., TD SECURITIES, INC., TD SECURITIES(USA) LLC, CORMARK SECURITIES, INC., UBS FINANCIAL SERVICES, INC., UBS SECURITIES CANADA, INC., SOCIETE GENERALE CAPITALE CANADA, INC., SG AMERICAS SECURITIES, LLC, AND JOHN DOE'S 1 THROUGH 10,<br><br>*Defendant(s)* | Civil Action No. Case 1:21-cv-00761 |

## AFFIDAVIT OF SERVICE

**I, GORDON M. SMITH**, a process server over the age of 18 years, of the City of Ottawa, in the Province of Ontario, **MAKE OATH AND SAY:**

1. On February 12, 2021 at 10:08 a.m. I served MERRILL LYNCH CANADA INC. with the COMPLAINT, JURY TRIAL DEMAND, SUMMONS, CIVIL COVER SHEET and RULE 7.1 STATEMENT by leaving a copy with Pelan Lateef, Mailroom Manager and person in control or management of Borden Ladner Gervais LLP, agent for MERRILL LYNCH CANADA INC. at Borden Ladner Gervais LLP, 1300 – 100 Queen Street, Ottawa, Ontario K1P 1J9.

2. I was able to identify the person by means of VERBAL IDENTIFICATION.

Sworn before me in the City of Ottawa,
in the Province of Ontario, on the 16th
day of February, 2021.

_____
A Commissioner, etc.
**Mélanie M Nylund**
Lawyer-Avocate

_____
GORDON M. SMITH