UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>       Plaintiff,<br><br>    - against<br><br>CIBC WORLD MARKETS CORP., CIBC WORLD MARKETS INC, BANK OF AMERICA SECURITIES, INC., MERRILL LYNCH CANADA INC., MERRILL LYNCH PROFESSIONAL CLEARING CORP., TD SECURITIES, INC., TD SECURITIES(USA) LLC, CORMARK SECURITIES, INC., UBS FINANCIAL SERVICES, INC., UBS SECURITIES CANADA, INC., SOCIETE GENERALE CAPITALE CANADA, INC., SG AMERICAS SECURITIES, LLC, AND JOHN DOES 1 THROUGH 10.<br><br>       Defendants. | Case No.1:21-cv-00761<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Ardalan Attar hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Harrington Global Opportunity Fund, Limited in the above-captioned action.

  I am in good standing of the bar(s) of the state(s) of Texas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  February 23, 2021        Respectfully Submitted,

                 */s/ Ardalan Attar*
                Ardalan Attar

Christian Smith & Jewell<br>
2302 Fannin Street, Suite 500<br>
Houston, Texas 77002<br>
Telephone:  713-659-7617<br>
Facsimile:  713-659-7641<br>
Email:  ardalan.attar@csj-law.com