UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>       Plaintiff,<br><br>   - against -<br><br>CIBC WORLD MARKETS CORP., CIBC WORLD MARKETS INC, BANK OF AMERICA SECURITIES, INC., MERRILL LYNCH CANADA INC., MERRILL LYNCH PROFESSIONAL CLEARING CORP., TD SECURITIES, INC., TD SECURITIES(USA) LLC, CORMARK SECURITIES, INC., UBS FINANCIAL SERVICES, INC., UBS SECURITIES CANADA, INC., SOCIETE GENERALE CAPITALE CANADA, INC., SG AMERICAS SECURITIES, LLC, AND JOHN DOES 1 THROUGH 10.<br><br>       Defendants. | Case No.1:21-cv-00761<br><br>**AFFIDAVIT OF ARDALAN ATTAR IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

  PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Ardalan Attar, declare the following facts are true:

  1. As shown in the Certificates of Good Standing annexed to this filing, I am a member in good standing of the bars of the Southern District of Texas and Texas.

  2. I have never been convicted of a felony.

  3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

  4. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: February 23, 2021

Respectfully Submitted,

Ardalan Attar
Christian Smith & Jewell
2302 Fannin Street, Suite 500
Houston, Texas 77002
Telephone: 713-659-7617
Facsimile: 713-659-7641
Email: ardalan.attar@csj-law.com

*Attorney for Harrington Global Opportunity Fund, Limited*

SWORN TO and SUBSCRIBED before me by Ardalan Attar on the 23rd day of February, 2021.

Notary Public in and for the State of Texas

KELLI RENE FONTENOT
Notary ID #126251312
My Commission Expires
September 26, 2023