UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>       Plaintiff,<br><br>   - against<br><br>CIBC WORLD MARKETS CORP., CIBC WORLD MARKETS INC, BANK OF AMERICA SECURITIES, INC., MERRILL LYNCH CANADA INC., MERRILL LYNCH PROFESSIONAL CLEARING CORP., TD SECURITIES, INC., TD SECURITIES(USA) LLC, CORMARK SECURITIES, INC., UBS FINANCIAL SERVICES, INC., UBS SECURITIES CANADA, INC., SOCIETE GENERALE CAPITALE CANADA, INC., SG AMERICAS SECURITIES, LLC, AND JOHN DOES 1 THROUGH 10.<br><br>      Defendants. | Case No.1:21-cv-00761<br><br>**MOTION FOR**<br><br>**ADMISSION**<br><br>**PRO HAC VICE** |

The motion of Ardalan Attar , for admission to practice  Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Texas; and that his/her contact information is as follows :

> Ardalan Attar
> Christian Smith & Jewell
> 2302 Fannin Street, Suite 500
> Houston, Texas 77002
> Telephone: 713-659-7617
> Facsimile:  713-659-7641

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Harrington Global Opportunity Fund, Limited, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District

of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____

United States District /Magistrate Judge