UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>                  Plaintiff,<br><br>v.<br><br>CIBC WORLD MARKETS CORP., CIBC WORLD MARKETS INC., BANK OF AMERICA SECURITIES, INC., MERRILL LYNCH CANADA INC., MERRILL LYNCH PROFESSIONAL CLEARING CORP., TD SECURITIES, INC., TD SECURITIES(USA) LLC, CORMARK SECURITIES, INC., UBS FINANCIAL SERVICES, INC., UBS SECURITIES CANADA, INC., SOCIETE GENERALE CAPITALE CANADA, INC., SG AMERICAS SECURITIES, LLC, AND JOHN DOES 1 THROUGH 10,<br><br>                  Defendants. | Case No. 1:21-cv-00761 (LGS) |

**DISCLOSURE PURSUANT TO FED. R. CIV. P. 7.1**

      Defendants TD Securities Inc., and TD Securities (USA) LLC make this disclosure pursuant to Federal Rule of Civil Procedure Rule 7.1.

      TD Securities (USA) LLC is a wholly-owned subsidiary of Toronto Dominion Holdings (U.S.A.), Inc., which is a wholly-owned subsidiary of TD Group US Holdings LLC.  TD Group US Holdings LLC and TD Securities Inc. are wholly-owned subsidiaries of The Toronto-Dominion Bank, a Schedule 1 chartered bank subject to the provisions of the Bank Act (Canada) whose shares are publicly traded on the Toronto and New York Stock Exchanges.  No publicly held company owns or exercises control over 10% or more of the common shares of The Toronto-Dominion Bank.

Dated:  February 23, 2021

Respectfully submitted,

<u>/s/ *David Sapir Lesser*</u>
David Sapir Lesser
Jamie Stephen Dycus
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
Tel.:  (212) 230-8800
Fax:  (212) 230-8888
david.lesser@wilmerhale.com
jamie.dycus@wilmerhale.com

Jenny Pelaez
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071 USA
Tel.:  (213) 443-5300
Fax:  (213) 443-5400
E-mail: jenny.pelaez@wilmerhale.com

*Counsel for Defendants TD Securities Inc., and TD Securities (USA) LLC*