# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>                Plaintiff,<br><br>v.<br><br>CIBC WORLD MARKETS CORP., CIBC WORLD MARKETS INC., BANK OF AMERICA SECURITIES, INC., MERRILL LYNCH CANADA INC., MERRILL LYNCH PROFESSIONAL CLEARING CORP., TD SECURITIES, INC., TD SECURITIES(USA) LLC, CORMARK SECURITIES, INC., UBS FINANCIAL SERVICES, INC., UBS SECURITIES CANADA, INC., SOCIETE GENERALE CAPITALE CANADA, INC., SG AMERICAS SECURITIES, LLC, AND JOHN DOES 1 THROUGH 10,<br><br>                Defendants. | **Case No. 1:21-cv-00761 (LGS)** |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

      PLEASE TAKE NOTICE the undersigned hereby enters his appearance as counsel in this action for Defendants TD Securities Inc., and TD Securities (USA) LLC.  I certify that I am admitted to practice in this court.

Dated: February 23, 2021                     Respectfully submitted,

                                                                                               */s/ Jamie Stephen Dycus*
Jamie Stephen Dycus
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
Tel.:  (212) 230-8800
Fax:  (212) 230-8888
E-mail: jamie.dycus@wilmerhale.com

*Counsel to Defendants TD Securities Inc., and TD Securities (USA) LLC*