UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>                Plaintiff,<br><br>v.<br><br>CIBC WORLD MARKETS CORP., CIBC WORLD MARKETS INC., BANK OF AMERICA SECURITIES, INC., MERRILL LYNCH CANADA INC., MERRILL LYNCH PROFESSIONAL CLEARING CORP., TD SECURITIES, INC., TD SECURITIES(USA) LLC, CORMARK SECURITIES, INC., UBS FINANCIAL SERVICES, INC., UBS SECURITIES CANADA, INC., SOCIETE GENERALE CAPITALE CANADA, INC., SG AMERICAS SECURITIES, LLC, AND JOHN DOES 1 THROUGH 10,<br><br>                Defendants. | **Case No. 1:21-cv-00761 (LGS)** |

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE the undersigned hereby enters her appearance as counsel in this action for Defendants TD Securities Inc., and TD Securities (USA) LLC. I certify that I am admitted to practice in this court.

|  |  |
|---|---|
| Dated: February 23, 2021 | Respectfully submitted, |
| | |
| | <u>*/s/ Jenny Pelaez*</u> |
| | Jenny Pelaez |
| | WILMER CUTLER PICKERING |
| |    HALE AND DORR LLP |
| | 350 South Grand Avenue, Suite 2400 |
| | Los Angeles, CA 90071 USA |
| | Tel.: (213) 443-5300 |
| | Fax: (213) 443-5400 |
| | E-mail: jenny.pelaez@wilmerhale.com |
| | |
| | *Counsel to Defendants TD Securities Inc., and TD Securities (USA) LLC* |