IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>       Plaintiff,<br><br>-against-<br><br>CIBC WORLD MARKETS CORP., CIBC WORLD MARKETS INC., BANK OF AMERICA SECURITIES, INC., MERRILL LYNCH CANADA INC., MERRILL LYNCH PROFESSIONAL CLEARING CORP., TD SECURITIES, INC., TD SECURITIES(USA) LLC, CORMARK SECURITIES, INC., UBS FINANCIAL SERVICES, INC., UBS SECURITIES CANADA, INC., SOCIETE GENERALE CAPITALE CANADA, INC., SG AMERICAS SECURITIES, LLC, AND JOHN DOES 1 THROUGH 10,<br><br>       Defendants. | Case No.: 1:21-cv-00761 (LGS)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all Parties of Record:

PLEASE TAKE NOTICE that Sandra D. Hauser, an attorney in good standing of the bar of this Court and a member of the law firm DENTONS US LLP, hereby appears as counsel for CIBC World Markets Corp. and CIBC World Markets, Inc. in the above-captioned action, and requests that copies of papers served in this action be served on the undersigned.

Dated: February 26, 2021
New York, New York

                        DENTONS US LLP

                        __/s/ Sandra D. Hauser_____
                        Sandra D. Hauser, Esq.
                        1221 Avenue of Americas
                        New York, New York 10020
                        Telephone: (212) 768-6700
                        Fax: (212) 768-6800
                        sandra.hauser@dentons.com

                        *CIBC World Markets Corp. and CIBC World Markets, Inc.*