IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>      Plaintiff,<br><br>-against-<br><br>CIBC WORLD MARKETS CORP., CIBC WORLD MARKETS INC., BANK OF AMERICA SECURITIES, INC., MERRILL LYNCH CANADA INC., MERRILL LYNCH PROFESSIONAL CLEARING CORP., TD SECURITIES, INC., TD SECURITIES(USA) LLC, CORMARK SECURITIES, INC., UBS FINANCIAL SERVICES, INC., UBS SECURITIES CANADA, INC., SOCIETE GENERALE CAPITALE CANADA, INC., SG AMERICAS SECURITIES, LLC, AND JOHN DOES 1 THROUGH 10,<br><br>      Defendants. | Case No.: 21-cv-00761 (LGS) |

**AFFIDAVIT OF WILLIAM E. WALSH
<u>IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*</u>**

   Pursuant to Rule 1.3 of the Local Rules, William E. Walsh, first being duly sworn, deposes and states as follows:

   1.  I am counsel in the law firm of Dentons US LLP at 233 S. Wacker Drive, Chicago, IL 60606, and have personal knowledge of the facts set forth herein. My telephone number is (312) 876-3113, facsimile number is (312) 876-7934, and email address is william.walsh@dentons.com.

2.     I submit this affidavit in support of the motion for my admission to practice before this Court *pro hac vice* in the above-captioned action. I am familiar with the facts and circumstances of this case.

3.     I am a member in good standing of the bars of Illinois, California and the District of Columbia.

4.     I have never been convicted of a felony.

5.     I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6.     There are no pending disciplinary proceedings against me. I will immediately notify the Court of any matter affecting my standing at the bar of any court.

7.     I respectfully submit that there is good cause for my admission *pro hac vice*.

Dated: March 3, 2021

DENTONS US LLP

/s/ William E. Walsh
William E. Walsh
233 S. Wacker Drive
Suite 5900
Chicago, IL 60606
Tel: (312) 876-3113
william.walsh@dentons.com

*Attorneys for Defendants CIBC World Markets Corp. and CIBC World Markets, Inc.*