IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>                      Plaintiff,<br><br>-against-<br><br>CIBC WORLD MARKETS CORP., CIBC WORLD MARKETS INC., BANK OF AMERICA SECURITIES, INC., MERRILL LYNCH CANADA INC., MERRILL LYNCH PROFESSIONAL CLEARING CORP., TD SECURITIES, INC., TD SECURITIES(USA) LLC, CORMARK SECURITIES, INC., UBS FINANCIAL SERVICES, INC., UBS SECURITIES CANADA, INC., SOCIETE GENERALE CAPITALE CANADA, INC., SG AMERICAS SECURITIES, LLC, AND JOHN DOES 1 THROUGH 10,<br><br>                      Defendants. | Case No.: 21-cv-00761 (LGS) |

## **[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF WILLIAM E. WALSH**

      The motion of William E. Walsh, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

      Applicant has declared that he is a member in good standing of the bars of Illinois, California and the District of Columbia, and that his contact information is as follows:

    William E. Walsh
    Dentons US LLP
    233 S. Wacker Drive
    Suite 5900
    Chicago, IL 60606
    Tel: (312) 876-3113
    Fax: (312) 876-7934
    william.walsh@dentons.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for CIBC World Markets Corp. and CIBC World Markets, Inc.;

**IT IS HEREBY ORDERED** that the Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:

_____

United States District / Magistrate Judge