**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

HARRINGTON GLOBAL OPPORTUNITY
FUND, LIMITED,

                            Plaintiff,                    Case No.: 21-cv-00761 (LGS)

-against-

CIBC WORLD MARKETS CORP., CIBC
WORLD MARKETS INC., BANK OF
AMERICA SECURITIES, INC., MERRILL
LYNCH CANADA INC., MERRILL LYNCH
PROFESSIONAL CLEARING CORP., TD
SECURITIES, INC., TD SECURITIES(USA)
LLC, CORMARK SECURITIES, INC., UBS
FINANCIAL SERVICES, INC., UBS
SECURITIES CANADA, INC., SOCIETE
GENERALE CAPITALE CANADA, INC.,
SG AMERICAS SECURITIES, LLC, AND
JOHN DOES 1 THROUGH 10,

                            Defendants.

## MOTION FOR ADMISSION *PRO HAC VICE* OF WILLIAM E. WALSH

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and

Eastern Districts of New York, I, William E. Walsh, hereby move this Court for an Order for

admission to practice *pro hac vice* to appear as counsel on behalf of Defendants CIBC World

Markets Corp. and CIBC World Markets, Inc. in the above-captioned action.

I am in good standing of the bars of Illinois, California, and the District of Columbia, and

there are no pending disciplinary proceedings against me in any state or federal court.

Certificates of Good Standing from Illinois, California, and the District of Columbia are attached

as Exhibit A.

Dated: March 4, 2021

DENTONS US LLP

/s/ William E. Walsh
William E. Walsh
233 S. Wacker Drive
Suite 5900
Chicago, IL 60606
Tel: (312) 876-3113
william.walsh@dentons.com

*Attorneys for Defendants CIBC World Markets Corp. and CIBC World Markets, Inc.*