

# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *WILLIAM EDWARD WALSH*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that WILLIAM EDWARD WALSH, #252401, was on the 2nd day of December, 2007, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Inactive Members of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 1st day of March, 2021.*

JORGE E. NAVARRETE
*Clerk/Executive of the Supreme Court*

By: _____
Tao Zhang, Assistant Deputy Clerk III



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *William E Walsh*

was duly qualified and admitted on January 11, 2008 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) INACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 25, 2021.**

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

William Edward Walsh

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/10/2005 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 26th day of February, 2021.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois