## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>                    Plaintiff,<br><br>-against-<br><br>CIBC WORLD MARKETS CORP., CIBC WORLD MARKETS INC., BANK OF AMERICA SECURITIES, INC., MERRILL LYNCH CANADA INC., MERRILL LYNCH PROFESSIONAL CLEARING CORP., TD SECURITIES, INC., TD SECURITIES(USA) LLC, CORMARK SECURITIES, INC., UBS FINANCIAL SERVICES, INC., UBS SECURITIES CANADA, INC., SOCIETE GENERALE CAPITALE CANADA, INC., SG AMERICAS SECURITIES, LLC, AND JOHN DOES 1 THROUGH 10,<br><br>                    Defendants. | Case No.: 21-cv-00761 (LGS) |

### **MOTION FOR ADMISSION *PRO HAC VICE* OF STEPHEN J. SENDEROWITZ**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Stephen J. Senderowitz, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel on behalf of Defendants CIBC World Markets Corp. and CIBC World Markets, Inc. in the above-captioned action.

I am in good standing of the bar of Illinois, and there are no pending disciplinary proceedings against me in any state or federal court. A Certificate of Good Standing from Illinois is attached as Exhibit A.

Dated: March 4, 2021

                              DENTONS US LLP

                              /s/ Stephen J. Senderowitz
                              Stephen J. Senderowitz
                              233 S. Wacker Drive
                              Suite 5900
                              Chicago, IL 60606
                              Tel: (312) 876-8141
                              stephen.senderowitz@dentons.com

                              *Attorneys for Defendants CIBC World Markets Corp. and CIBC World Markets, Inc.*