Court File No.: 1:21-cv-00761

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**BETWEEN:**

### HAARINGTON GLOBAL OPPORTUNITY FUND, LIMITED

Plaintiff

-and-

### CIBC WORLD MARKETS CORP., CIBC WORLD MARKETS INC, BANK OF AMERICA SECURITIES, INC., MERRIL LYNCH CANADA INC., MERRIL LYNCH PROFFESSIONAL CLEARING CORP., TD SECURITIES, INC., TD SECURITIES(USA) LLC, CORMARK SECURITIES, INC., UBS FINANCIAL SERVICES, INC., UBS SECURITIES CANADA, INC., SOCIETE GENERAL CAPITALE CANADA, INC., SG AMERICAS SECURITIES, LLC, AND JOHN DOE'S 1 THROUGH 10

Defendants

## AFFIDAVIT OF SERVICE

I, Michael Sudiacal, Process Server, of the City of Toronto, in the Province of Ontario **MAKE OATH AND SAY AS FOLLOWS:**

1. On February 5, 2021, at 11:32 a.m., I served Cormark Securities, Inc. with a copy of the Complaint Jury Trial Demand, Summons, Civil Cover Sheet, and Rule 7.1 Statement by leaving a copy with Claudio Celenza, a person who appeared to be in control or management of the business located at Suite 1800, 200 Bay Street, North Tower, Toronto, Ontario.

2. Claudio Celenza identified herself to me.

**SWORN** Before me at the City of  )
Toronto, in the Province of Ontario )
This 19th day of February 2021    )_____
                                                          Michael Sudiacal

A Commissioner of Oaths

Franco Temprile, a Commissioner, etc., City of Toronto, for 911027 Ontario Inc. o/a Reliable Process Servers Inc., and for Process Serving and Residential Tenancies Act, 2006, matters only. Expires December 16, 2022

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-CV-00761

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Cormark Securities, Inc.**
was received by me on *(date)* **February 3, 2021**

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Claudio Celenza** , who is
designated by law to accept service of process on behalf of *(name of organization)* **Cormark Securities, Inc.** on *(date)* **Feb 5, 2021** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **Feb 5, 2021**

*Server's signature*

**MICHAEL SUDIACAL - Process Server**
*Printed name and title*

21 Nelson St. Suite 515
Toronto, Ontario, Canada
M5V 3H9
*Server's address*

Additional information regarding attempted service, etc:

**RIDER TO SUMMONS - DEFENDANTS' NAMES AND ADDRESSES**

CIBC World Markets Corp., 425 Lexington Ave Ste C2, New York, NY 10017.

CIBC World Markets Inc., 161 Bay Street, Toronto, Ontario, M5J 2S8.

Bank of America Securities, Inc., One Bryant Park, New York, NY.

Merrill Lynch Canada Inc., 181 Bay St 4, Toronto, Ontario, M5J 2T3.

Merrill Lynch Professional Clearing Corp., 222 Broadway, 6th Floor, New York, NY.

TD Securities, Inc., 66 Wellington Street West Toronto, Ontario, Canada.

TD Securities (USA) LLC, 31 W 52nd St, New York, NY 10019.

Cormark Securities, Inc., 200 Bay Street, Suite 2800, Toronto, Ontario, Canada.

UBS Financial Services, Inc., 1285 Avenue of the Americas, New York, NY.

UBS Securities Canada, Inc., 154 University Avenue Toronto, Ontario, Canada.

Societe Generale Capitale Canada, Inc., 130 King Street West, Suite 2200, Toronto, Ontario, Canada.

SG Americas Securities, LLC, 245 Park Avenue, New York, NY; and

John Does 1 through 10 ("John Doe-Canada," "John Doe-U.S.").