Court File No: 1:21-cv-00761

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**B E T W E E N:**

### HAARINGTON GLOBAL OPPORTUNITY FUND, LIMITED

**Plaintiff**

-and-

### CIBC WORLD MARKETS CORP., CIBC WORLD MARKETS INC, BANK OF AMERICA SECURITIES, INC., MERRIL LYNCH CANADA INC., MERRIL LYNCH PROFFESSIONAL CLEARING CORP., TD SECURITIES, INC., TD SECURITIES(USA) LLC, CORMARK SECURITIES, INC.,  UBS FINANCIAL SERVICES, INC., UBS SECURITIES CANADA, INC., SOCIETE GENERAL CAPITALE CANADA, INC., SG AMERICAS SECURITIES, LLC, AND JOHN DOE'S 1 THROUGH 10

**Defendants**

## AFFIDAVIT OF SERVICE

I, Michael Sudiacal, Process Server, of the City of Toronto, in the Province of Ontario **MAKE OATH AND SAY AS FOLLOWS:**

1. On February 4, 2021, at 10:26 a.m., I served Societe General Capitale Canada, Inc.  with a copy of the Complaint Jury Trial Demand, Summons, Civil Cover Sheet, and Rule 7.1 Statement by leaving a copy with Louise Frost, a person who appeared to be in control or management of the business located at Suite 2200 - 130 King Street West, Toronto, Ontario.

2. Louise Frost  identified herself to me.

**SWORN** Before me at the City of   )
Toronto, in the Province of Ontario  )
This  19th day of  February   2021    )_____
                                                                        Michael Sudiacal

A Commissioner of Oaths

Franco Temprile, a Commissioner, etc., City of Toronto,
for 911027 Ontario Inc. o/a Reliable Process Servers
Inc., and for Process Serving and Residential Tenancies
Act, 2006, matters only. Expires December 16, 2022

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-CV-00761

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Societe Generale Capitale Canada, Inc.
was received by me on *(date)* February 3, 2021

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Louise Frost , who is
designated by law to accept service of process on behalf of *(name of organization)* Societe Generale Capitale Canada, Inc. on *(date)* Feb 4, 2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: Feb 4, 2021

_____
Server's signature

MICHAEL SUDIACAL - Process Server
Printed name and title

21 Nelson St. Suite 515
Toronto, Ontario, Canada
M5V 3H9
Server's address

Additional information regarding attempted service, etc:

**RIDER TO SUMMONS -DEFENDANTS' NAMES AND ADDRESSES**

CIBC World Markets Corp., 425 Lexington Ave Ste C2, New York, NY 10017.

CIBC World Markets Inc., 161 Bay Street, Toronto, Ontario, M5J 2S8.

Bank of America Securities, Inc., One Bryant Park, New York, NY.

Merrill Lynch Canada Inc., 181 Bay St 4, Toronto, Ontario, M5J 2T3.

Merrill Lynch Professional Clearing Corp., 222 Broadway, 6th Floor, New York, NY.

TD Securities, Inc., 66 Wellington Street West Toronto, Ontario, Canada.

TD Securities (USA) LLC, 31 W 52nd St, New York, NY 10019.

Cormark Securities, Inc., 200 Bay Street, Suite 2800, Toronto, Ontario, Canada.

UBS Financial Services, Inc., 1285 Avenue of the Americas, New York, NY.

UBS Securities Canada, Inc., 154 University Avenue Toronto, Ontario, Canada.

Societe Generale Capitale Canada, Inc., 130 King Street West, Suite 2200, Toronto, Ontario, Canada.

SG Americas Securities, LLC, 245 Park Avenue, New York, NY; and

John Does 1 through 10 ("John Doe-Canada," "John Doe-U.S.").