UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>    Plaintiff,<br><br>    v.<br><br>CIBC WORLD MARKETS CORP., CIBC WORLD MARKETS INC., BANK OF AMERICA SECURITIES, INC., MERRILL LYNCH CANADA INC., MERRILL LYNCH PROFESSIONAL CLEARING CORP., TD SECURITIES, INC., TD SECURITIES(USA) LLC, CORMARK SECURITIES, INC., UBS FINANCIAL SERVICES, INC., UBS SECURITIES CANADA, INC., SOCIETE GENERALE CAPITALE CANADA, INC., SG AMERICAS SECURITIES, LLC, and JOHN DOES 1 THROUGH 10.<br><br>    Defendants. | Case No. 1:21-cv-00761-LGS |

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Todd S. Fishman of Allen & Overy LLP, a member of this Court in good standing, hereby enters an appearance as counsel for defendants Societe Generale Capitale Canada Inc. and SG Americas Securities, LLC in this action and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on the undersigned.

Dated: New York, New York
      March 8, 2021

Respectfully submitted,

ALLEN & OVERY LLP

By: /s/ Todd S. Fishman
     Todd S. Fishman
1221 Avenue of the Americas
New York, New York 10020
Tel: 212-610-6300
todd.fishman@allenovery.com

*Attorneys for Defendants Societe Generale Capitale Canada Inc. and SG Americas Securities, LLC*