UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>      Plaintiff,<br><br>      v.<br><br>CIBC WORLD MARKETS CORP., CIBC WORLD MARKETS INC., BANK OF AMERICA SECURITIES, INC., MERRILL LYNCH CANADA INC., MERRILL LYNCH PROFESSIONAL CLEARING CORP., TD SECURITIES, INC., TD SECURITIES(USA) LLC, CORMARK SECURITIES, INC., UBS FINANCIAL SERVICES, INC., UBS SECURITIES CANADA, INC., SOCIETE GENERALE CAPITALE CANADA, INC., SG AMERICAS SECURITIES, LLC, and JOHN DOES 1 THROUGH 10.<br><br>      Defendants. | Case No. 1:21-cv-00761-LGS |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendants Societe Generale Capitale Canada, Inc. and SG Americas Securities, LLC state the following:

(1) Societe Generale Capitale Canada Inc. states that it is a wholly-owned subsidiary of Société Générale S.A. Société Générale S.A. is a publicly traded company, and no publicly traded company owns 10% or more of its stock.

(2) SG Americas Securities, LLC states that it is a limited liability company and is an indirect wholly-owned subsidiary of Société Générale S.A. Société Générale S.A. is a publicly traded company, and no publicly traded company owns 10% or more of its stock.

Dated: New York, New York
      March 8, 2021

Respectfully submitted,

ALLEN & OVERY LLP

By: /s/ Todd S. Fishman
     Todd S. Fishman
1221 Avenue of the Americas
New York, New York 10020
Tel: 212-610-6300
todd.fishman@allenovery.com

*Attorneys for Defendants Societe Generale Capitale Canada Inc. and SG Americas Securities, LLC*