**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>                   Plaintiff,<br><br>-against-<br><br>CIBC WORLD MARKETS CORP., CIBC WORLD MARKETS INC., BANK OF AMERICA SECURITIES, INC., MERRILL LYNCH CANADA INC., MERRILL LYNCH PROFESSIONAL CLEARING CORP., TD SECURITIES, INC., TD SECURITIES(USA) LLC, CORMARK SECURITIES, INC., UBS FINANCIAL SERVICES, INC., UBS SECURITIES CANADA, INC., SOCIETE GENERALE CAPITALE CANADA, INC., SG AMERICAS SECURITIES, LLC, AND JOHN DOES 1 THROUGH 10,<br><br>                   Defendants. | Case No.: 21-cv-00761 (LGS) |

## RULE 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, in order to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants CIBC World Markets Corp. and CIBC World Markets, Inc. certifies that the Canadian Imperial Bank of Commerce owns 10% or more of each of these Defendants' stock or membership interest.  Shares of Canadian Imperial Bank of Commerce stock trade on the Toronto Stock Exchange and the New York Stock Exchange under the symbol CM.

No other parent and/or other publicly held corporations own 10% or more of either of these Defendants' stock.

Dated: March 12, 2021

DENTONS US LLP

/s/ Sandra D. Hauser
Sandra D. Hauser
1221 Avenue of Americas
New York, New York 10020
Telephone: (212) 768-6700
Fax: (212) 768-6800
sandra.hauser@dentons.com

*Attorneys for Defendants CIBC World Markets Corp. and CIBC World Markets, Inc.*