## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>                          Plaintiff,<br><br>                        -against-<br><br>CIBC WORLD MARKETS COPR., CIBC WORLD MARKETS INC., BANK OF AMERICA SECURITIES, INC., MERRILL LYNCH CANADA INC., MERRILL LYNCH PROFESSIONAL CLEARING CORP., TD SECURITIES, INC., TD SECURITIES(USA) LLC, CORMARK SECURITIES, INC., UBS FINANCIAL SERVICES, INC., UBS SECURITIES CANADA, INC., SOCIETE GENERALE CAPITALE CANADA, INC., SG AMERICAS SECURITIES, LLC, AND JOHN DOES 1 THROUGH 10,<br><br>                        Defendants. | Case No. 1:21-cv-00761 (LGS)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

      PLEASE TAKE NOTICE that LAURA ZIMMERMAN, an attorney admitted to practice in this Court, hereby appears as counsel for UBS Securities Canada, Inc. and UBS Financial Services, Inc. in the above-captioned action and requests that copies of all papers relating to this action be served upon the undersigned.

Dated: March 23, 2021					B<small>AKER</small> & M<small>C</small>K<small>ENZIE</small> LLP


						By:   /s/ Laura Zimmerman
							Laura Zimmerman (Bar No. 4995494)
							452 Fifth Avenue
							New York, NY 10018
							laura.zimmerman@bakermckenzie.com
							T: 212-626-4342
							F: 212-310-1855

							*Attorneys for UBS Securities Canada, Inc.
							and UBS Financial Services, Inc.*