UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>Plaintiff,<br><br>-against-<br><br>CIBC WORLD MARKETS CORP., CIBC WORLD MARKETS INC., BANK OF AMERICA SECURITIES, INC., MERRILL LYNCH CANADA INC., MERRILL LYNCH PROFESSIONAL CLEARING CORP., TD SECURITIES, INC., TD SECURITIES (USA) LLC, CORMARK SECURITIES, INC., UBS FINANCIAL SERVICES, INC., UBS SECURITIES CANADA, INC., SOCIETE GENERALE CAPITALE CANADA, INC., SG AMERICAS SECURITIES, LLC, AND JOHN DOES 1 THROUGH 10,<br><br>Defendants. | Case No. 1:21-cv-00761 (LGS) |

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants UBS Financial Services, Inc. and UBS Securities Canada, Inc. provide the following disclosure:

UBS Financial Services, Inc. is wholly owned by UBS Americas Inc., which is wholly owned by UBS Americas Holding LLC. UBS Americas Holding LLC is wholly owned by UBS AG. UBS Securities Canada, Inc. is wholly owned by UBS Holding Canada Ltd., which is a wholly owned by UBS AG. UBS AG is wholly

owned by UBS Group AG, a publicly traded company. No publicly held corporation owns 10% or more of UBS Group AG stock.

Dated: March 23, 2021

    New York, New York    Respectfully submitted,

                                           BAKER & MCKENZIE LLP

                                           By: /s/ Laura Zimmerman
                                               Laura Zimmerman
                                               452 Fifth Avenue
                                               New York, NY 10018
                                               laura.zimmerman@bakermckenzie.com
                                               T: 212-626-4342

                                               Perrie M. Weiner (*pro hac vice* pending)
                                               10250 Constellation Boulevard
                                               Suite 1850
                                               Los Angeles, CA 90067
                                               perrie.weiner@bakermckenzie.com
                                               T: 310-201-4709

                                               *Attorneys for UBS Securities Canada, Inc.*
                                               *and UBS Financial Services, Inc.*