UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>      Plaintiff,<br><br>    -against-<br><br>CIBC WORLD MARKETS COPR., CIBC WORLD MARKETS INC., BANK OF AMERICA SECURITIES, INC., MERRILL LYNCH CANADA INC., MERRILL LYNCH PROFESSIONAL CLEARING CORP., TD SECURITIES, INC., TD SECURITIES(USA) LLC, CORMARK SECURITIES, INC., UBS FINANCIAL SERVICES, INC., UBS SECURITIES CANADA, INC., SOCIETE GENERALE CAPITALE CANADA, INC., SG AMERICAS SECURITIES, LLC, AND JOHN DOES 1 THROUGH 10,<br><br>      Defendants. | Case No. 1:21-cv-00761 (LGS)<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Michael D. Hidalgo, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for UBS Securities Canada, Inc. and UBS Financial Services, Inc., in the above-captioned action.

  I am a member in good standing of the State Bar of California and there are no

pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Counsel to the Defendants certifies that they have spoken with counsel to the Plaintiff and have been informed that the Plaintiff does not oppose the Motion for *Pro Hac Vice*.

Dated: March 22, 2021                                   Respectfully submitted,

                                                                          _____
                                                                          Michael D. Hidalgo
                                                                          Baker & McKenzie LLP
                                                                          10250 Constellation Blvd., Suite 1850
                                                                          Los Angeles, CA 90067
                                                                          Tele/Fax: (310) 201-4728/(310) 201-4721
                                                                          Email:michael.hidalgo@bakermckenzie.com

                                                                          Attorneys for Defendants UBS Securities Canada, Inc. and UBS Financial Services, Inc.