# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

HARRINGTON GLOBAL OPPORTUNITY
FUND, LIMITED,

          Plaintiff,

         -against-

CIBC WORLD MARKETS COPR., CIBC
WORLD MARKETS INC., BANK OF
AMERICA SECURITIES, INC., MERRILL
LYNCH CANADA INC., MERRILL LYNCH
PROFESSIONAL CLEARING CORP., TD
SECURITIES, INC., TD SECURITIES(USA)
LLC, CORMARK SECURITIES, INC., UBS
FINANCIAL SERVICES, INC., UBS
SECURITIES CANADA, INC., SOCIETE
GENERALE CAPITALE CANADA, INC.,
SG AMERICAS SECURITIES, LLC, AND
JOHN DOES 1 THROUGH 10,

         Defendants.

Case No. 1:21-cv-00761 (LGS)

**ORDER FOR ADMISSION**
***PRO HAC VICE***

    The motion of Michael D. Hidalgo for admission to practice *Pro Hac Vice* in the

above captioned action is granted.

    Applicant has declared that he is a member in good standing of the State Bar of

California and that his contact information is as follows:

        Michael D. Hidalgo
        Baker & McKenzie LLP
        10250 Constellation Blvd., Suite 1850
        Los Angeles, CA 90067
        Tele/Fax: (310) 201-4728/(310) 201-4721
        Email: michael.hidalgo@bakermckenzie.com

2

**IT IS HEREBY ORDERED** that Applicant, having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendants UBS Securities Canada, Inc. and UBS Financial Services, Inc. in the above entitled action, is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:                                    _____
                                          United States District / Magistrate Judge