UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>        Plaintiff,<br><br>        v.<br><br>CIBC WORLD MARKETS CORP.; CIBC WORLD MARKETS INC.; BANK OF AMERICA SECURITIES, INC.; MERRILL LYNCH CANADA INC.; MERRILL LYNCH PROFESSIONAL CLEARING CORP.; TD SECURITIES, INC.; TD SECURITIES(USA) LLC; CORMARK SECURITIES, INC.; UBS FINANCIAL SERVICES, INC.; UBS SECURITIES CANADA, INC.; SOCIETE GENERALE CAPITALE CANADA, INC.; SG AMERICAS SECURITIES, LLC; AND JOHN DOES 1 THROUGH 10,<br><br>        Defendants. | Civil Action No.: 1:21-cv-00761-LGS<br><br>Hon. Lorna G. Schofield<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all Parties of Record:

PLEASE TAKE NOTICE that Abby F. Rudzin of O'Melveny & Myers LLP, a member of this Court in good standing, hereby enters her appearance as counsel of record for Defendants Merrill Lynch Canada Inc. and Merrill Lynch Professional Clearing Corp. and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on the undersigned.

Dated: March 25, 2021
New York, New York

Respectfully submitted,

/s/ Abby F. Rudzin
Abby F. Rudzin
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York  10036
Telephone:  (212) 326-2000
arudzin@omm.com

*Counsel for Defendants
Merrill Lynch Canada Inc. and
Merrill Lynch Professional Clearing Corp.*