**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>        Plaintiff,<br><br>    v.<br><br>CIBC WORLD MARKETS CORP.; CIBC WORLD MARKETS INC.; BANK OF AMERICA SECURITIES, INC.; MERRILL LYNCH CANADA INC.; MERRILL LYNCH PROFESSIONAL CLEARING CORP.; TD SECURITIES, INC.; TD SECURITIES(USA) LLC; CORMARK SECURITIES, INC.; UBS FINANCIAL SERVICES, INC.; UBS SECURITIES CANADA, INC.; SOCIETE GENERALE CAPITALE CANADA, INC.; SG AMERICAS SECURITIES, LLC; AND JOHN DOES 1 THROUGH 10,<br><br>        Defendants. | Civil Action No.:  1:21-cv-00761-LGS<br><br>Hon. Lorna G. Schofield<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all Parties of Record:

PLEASE TAKE NOTICE that Brad M. Elias of O'Melveny & Myers LLP, a member of this Court in good standing, hereby enters his appearance as counsel of record for Defendants Merrill Lynch Canada Inc. and Merrill Lynch Professional Clearing Corp. and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on the undersigned.

Dated:   March 25, 2021
         New York, New York

                             Respectfully submitted,

                             */s/ Brad M. Elias*
                             Brad M. Elias
                             O'MELVENY & MYERS LLP
                             Times Square Tower
                             7 Times Square
                             New York, New York  10036
                             Telephone:  (212) 326-2000
                             belias@omm.com

                             *Counsel for Defendants*
                             *Merrill Lynch Canada Inc. and*
                             *Merrill Lynch Professional Clearing Corp.*