UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>CIBC WORLD MARKETS CORP.; CIBC WORLD MARKETS INC.; BANK OF AMERICA SECURITIES, INC.; MERRILL LYNCH CANADA INC.; MERRILL LYNCH PROFESSIONAL CLEARING CORP.; TD SECURITIES, INC.; TD SECURITIES(USA) LLC; CORMARK SECURITIES, INC.; UBS FINANCIAL SERVICES, INC.; UBS SECURITIES CANADA, INC.; SOCIETE GENERALE CAPITALE CANADA, INC.; SG AMERICAS SECURITIES, LLC; AND JOHN DOES 1 THROUGH 10,<br><br>    Defendants. | Case No. 1:21-cv-00761-LGS<br><br>Hon. Lorna G. Schofield<br><br>**DEFENDANTS MERRILL LYNCH CANADA INC. AND MERRILL LYNCH PROFESSIONAL CLEARING CORP.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

    Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Merrill Lynch Canada Inc. and Merrill Lynch Professional Clearing Corp., by and through their undersigned counsel, hereby state as follows:

    Merrill Lynch Professional Clearing Corp. is a direct, wholly owned subsidiary of BofA Securities, Inc.  Merrill Lynch Canada Inc. is a direct, wholly owned subsidiary of Merrill Lynch Canada Holdings Company, which is a direct, wholly owned subsidiary of Merrill Lynch International, LLC.  BofA Securities, Inc., and Merrill Lynch International, LLC, are direct, wholly owned subsidiaries of NB Holdings Corporation, which is a direct, wholly owned subsidiary of Bank of America Corporation.  Bank of America Corporation is a publicly held company whose shares are traded on the New York Stock Exchange and has no parent corporation.  Based on the U.S. Securities and Exchange Commission Rules regarding beneficial

ownership, Berkshire Hathaway Inc., 3555 Farnam Street, Omaha, Nebraska 68131, beneficially owns greater than 10% of Bank of America Corporation's outstanding common stock.

Dated: March 25, 2021
New York, New York

Respectfully submitted,

By: */s/ Abby F. Rudzin*
Abby F. Rudzin
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
Tel.: (212) 326-2000
Fax: (212) 326-2061
arudzin@omm.com

*Counsel for Defendants Merrill Lynch Canada Inc. and Merrill Lynch Professional Clearing Corp.*