UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>CIBC WORLD MARKETS COPR., CIBC WORLD MARKETS INC., BANK OF AMERICA SECURITIES, INC., MERRILL LYNCH CANADA INC., MERRILL LYNCH PROFESSIONAL CLEARING CORP., TD SECURITIES, INC., TD SECURITIES(USA) LLC, CORMARK SECURITIES, INC., UBS FINANCIAL SERVICES, INC., UBS SECURITIES CANADA, INC., SOCIETE GENERALE CAPITALE CANADA, INC., SG AMERICAS SECURITIES, LLC, AND JOHN DOES 1 THROUGH 10,<br><br>　　　　　　　Defendants. | Case No. 1:21-cv-00761 (LGS)<br><br>**AFFIDAVIT OF BENJAMIN W. TURNER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

STATE OF CALIFORNIA　　　)
　　　　　　　　　　　　　) ss.
COUNTY OF LOS ANGELES　)

　　　Benjamin W. Turner, being duly sworn, deposes and says:

　　　1.　　I am of counsel in the law firm of Baker & McKenzie LLP, 10250 Constellation Blvd., Suite 1850, Los Angeles, California 90067, counsel to Defendants UBS Securities Canada, Inc. and UBS Financial Services, Inc.

("Defendants") in this proceeding. The statements contained in this Affidavit are based on my personal knowledge and if called as a witness, I could and would competently testify to the statements contained herein.

2. I am admitted to practice law in the State of California and am a member in good standing of the State Bar of California, having been admitted to practice on June 2, 2008. Attached as Exhibit A is a certified copy of a Certificate of Good Standing from the California Supreme Court dated March 23, 2021.

3. There are no disciplinary proceedings pending against me in any State or Federal Court.

4. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Defendants. I declare under penalty of perjury of the United States of America that the foregoing is true and correct.

Dated: March 25, 2021

_____
Benjamin W. Turner
Baker & McKenzie LLP
10250 Constellation Blvd., Suite 1850
Los Angeles, CA 90067
Tele/Fax: (310) 201-4728/(310) 201-4721
Email: Ben.Turner@bakermckenzie.com

Attorneys for Defendants UBS Securities Canada, Inc. and UBS Financial Services, Inc.

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

     On March 25, 2021, before me, Marianne Ricci, Notary Public, personally appeared Benjamin W. Turner and proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature(s) on the instrument the person, or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

MARIANNE RICCI
Notary Public - California
Los Angeles County
Commission # 2294195
My Comm. Expires Jul 18, 2023