UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>      Plaintiff,<br><br>    -against-<br><br>CIBC WORLD MARKETS COPR., CIBC WORLD MARKETS INC., BANK OF AMERICA SECURITIES, INC., MERRILL LYNCH CANADA INC., MERRILL LYNCH PROFESSIONAL CLEARING CORP., TD SECURITIES, INC., TD SECURITIES(USA) LLC, CORMARK SECURITIES, INC., UBS FINANCIAL SERVICES, INC., UBS SECURITIES CANADA, INC., SOCIETE GENERALE CAPITALE CANADA, INC., SG AMERICAS SECURITIES, LLC, AND JOHN DOES 1 THROUGH 10,<br><br>      Defendants. | Case No. 1:21-cv-00761 (LGS)<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE*** |

 The motion of Benjamin W. Turner for admission to practice *Pro Hac Vice* in the above captioned action is granted.

 The Applicant has declared that he is a member in good standing of the State Bar of California and that his contact information is as follows:

   Benjamin W. Turner
   Baker & McKenzie LLP
   10250 Constellation Blvd., Suite 1850
   Los Angeles, CA 90067
   Tele/Fax: (310) 201-4728/(310) 201-4721
   Email: Ben.Turner@bakermckenzie.com

**IT IS HEREBY ORDERED** that Applicant, having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendants UBS Securities Canada, Inc. and UBS Financial Services, Inc. in the above entitled action, is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

United States District / Magistrate Judge