UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>                         Plaintiff,<br><br>        - against<br><br>CIBC WORLD MARKETS CORP., CIBC WORLD MARKETS INC, BANK OF AMERICA SECURITIES, INC., MERRILL LYNCH CANADA INC., MERRILL LYNCH PROFESSIONAL CLEARING CORP., TD SECURITIES, INC., TD SECURITIES(USA) LLC, CORMARK SECURITIES, INC., UBS FINANCIAL SERVICES, INC., UBS SECURITIES CANADA, INC., SOCIETE GENERALE CAPITALE CANADA, INC., SG AMERICAS SECURITIES, LLC, AND JOHN DOES 1 THROUGH 10.<br><br>                   Defendants. | Civil Action<br><br>**NOTICE OF**<br><br>**APPEARANCE** |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE the undersigned hereby enters his appearance as counsel in the action for Harrington Global Opportunity Fund, Limited. I certify that I am admitted to practice in this Court.

Respectfully submitted,

*/s/James W. Christian*
James W. Christian
**CHRISTIAN, SMITH & JEWELL, L.L.P.**
State Bar No. 04228700
jchristian@csj-law.com
2302 Fannin Street, Suite 500
Houston, Texas 77002
(713) 659-7617 telephone
(713) 659-7614 facsimile
Email: jchristian@csj-law.com
**ATTORNEYS FOR PLAINTIFFS**