UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>                  Plaintiff,<br><br>- against -<br><br>CIBC WORLD MARKETS CORP., CIBC WORLD MARKETS INC, BANK OF AMERICA SECURITIES, INC., MERRILL LYNCH CANADA INC., MERRILL LYNCH PROFESSIONAL CLEARING CORP., TD SECURITIES, INC., TD SECURITIES(USA) LLC, CORMARK SECURITIES, INC., UBS FINANCIAL SERVICES, INC., UBS SECURITIES CANADA, INC., SOCIETE GENERALE CAPITALE CANADA, INC., SG AMERICAS SECURITIES, LLC, AND JOHN DOES 1 THROUGH 10.<br><br>                  Defendants. | Civil Action<br><br>1:21-cv-00761<br><br>**NOTICE OF**<br><br>**APPEARANCE** |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE the undersigned hereby enters his appearance as counsel in the action for Harrington Global Opportunity Fund, Limited. I certify that I was admitted *Pro Hac Vice* to practice in this Court on February 23, 2021 for the above referenced case.

                                                                                       Respectfully submitted,

                                                                                       */s/Ardalan Attar*
                                                                                       Ardalan Attar
                                                                                       **CHRISTIAN, SMITH & JEWELL, L.L.P.**
                                                                                       State Bar No. 24113538
                                                                                       ardalan.attar@csj-law.com
                                                                                       2302 Fannin Street, Suite 500
                                                                                       Houston, Texas 77002
                                                                                       (713) 659-7617 telephone
                                                                                       (713) 659-7614 facsimile

                                                                **ATTORNEYS FOR PLAINTIFFS**