UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED<br><br>Plaintiff,<br><br>- against -<br><br>CIBC WORLD MARKETS CORP., CIBC WORLD MARKETS INC., BANK OF AMERICA SECURITIES, INC., MERRILL LYNCH CANADA INC., MERRILL LYNCH PROFESSIONAL CLEARING CORP., TD SECURITIES, INC., TD SECURITIES(USA) LLC, CORMARK SECURITIES, INC., UBS FINANCIAL SERVICES, INC., UBS SECURITIES CANADA, INC., SOCIETE GENERALE CAPITALE CANADA, INC., SG AMERICAS SECURITIES, LLC, and JOHN DOES 1 THROUGH 10.,<br><br>Defendants | No: 21-cv-761-LGS<br><br>SO ORDERED<br><br>*/s/ Lorna G. Schofield*<br>HON. LORNA G. SCHOFIELD<br>UNITED STATES DISTRICT JUDGE<br><br>Dated: April 23, 2021<br>New York, New York |

**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF CORMARK SECURITIES, INC. WITHOUT PREJUDICE**

WHEREAS Plaintiff Harrington Global Opportunity Fund, Limited ("Plaintiff") filed a complaint (the "Complaint") against, amongst others, Defendant Cormark Securities, Inc. ("Cormark") in the above captioned matter;

WHEREAS Plaintiff and Cormark have agreed to dismiss without prejudice all claims against Cormark as set out in the Complaint;

NOW, THEREFORE, THE UNDERSIGNED STIPULATE AND AGREE AS FOLLOWS:

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff's claims against Cormark are hereby dismissed without prejudice, each party to bear its own attorneys' fees and costs.

{1338404.1 }

<div style="display: flex;">

<div>

**WARSHAW BURSTEIN LLP**

By:  /s/Alan M. Pollack
    Alan M. Pollack
    Felicia S. Ennis

Warshaw Burstein, LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022
(212) 984-7700
apollack@wbny.com
Fennis@wbny.com

**CHRISTIAN SMITH & JEWELL, LLP**

By:  /s/James Wes Christian
    James Wes Christian
    Ardalan Attar

2302 Fannin, Suite 500
Houston, Texas 77002
(713) 659-7616
jchristian@csj-law.com
ardalan.attar@csj-law.com

*Attorneys for Plaintiff Harrington Global Opportunity Fund*

</div>

<div>

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:  /s/Audra J. Soloway
    Audra J. Soloway

1285 Avenue of the Americas
New York, New York 10019–6064
(212) 373-3000
asoloway@paulweiss.com

*Attorney for Defendant Cormark Securities Inc.*

</div>

</div>