UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED

                Plaintiff,

- against -

CIBC WORLD MARKETS CORP., CIBC WORLD MARKETS INC., BOFA SECURITIES, INC., MERRILL LYNCH CANADA INC., MERRILL LYNCH PROFESSIONAL CLEARING CORP., TD SECURITIES, INC., TD SECURITIES(USA) LLC, UBS FINANCIAL SERVICES, INC., UBS SECURITIES CANADA, INC., SOCIETE GENERALE CAPITALE CANADA, INC., SG AMERICAS SECURITIES, LLC, and JOHN DOES 1 THROUGH 10.

                Defendants

No: 21-cv-00761-LGS

**STIPULATION AND ORDER**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the undersigned parties that:

1. Bank of America Securities, Inc. was named as a Defendant in the original Complaint in this action;

2. There is no corporate entity known as Bank of America Securities, Inc.;

3. Plaintiff has agreed to drop Bank of America Securities, Inc. as a party to this action and has asserted no claims against Bank of America Securities, Inc. in the Amended Complaint;

4. Plaintiff seeks to add BofA Securities, Inc. as a party to this action and has pleaded claims against BofA Securities, Inc. in the Amended Complaint;

{1339293.1 }

5. BofA Securities Inc. through its undersigned counsel, does not object to being added as a party to this action and has agreed to accept service of the Amended Complaint on the date this Stipulation is executed.

| | |
|---|---|
| **WARSHAW BURSTEI LLP** | **O'MELVENY & MYERS LLP** |
| By: *[signature]* <br> Alan M. Pollack <br> Felicia S. Ennis | By: *[signature]* <br> Abby Rudzin <br> Times Square Towers <br> 7 Times Square <br> New York, New York 10036 <br> (212) 326-2033 <br> arudzin@omm.com |
| Warshaw Burstein, LLP <br> 575 Lexington Avenue, 7th Floor <br> New York, New York 10022 <br> (212) 984-7700 <br> apollack@wbny.com <br> Fennis@wbny.com | *Attorney for Defendants BofA Securities, Inc. Merrill Lynch Canada Inc., and Merrill Lynch Professional Clearing Corp.* |
| *Attorneys for Plaintiff Harrington Global Opportunity Fund* | |

SO ORDERED

Dated: April 28, 2021
      New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

{1339293.1}