UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARRINGTON GLOBAL OPPORTUNITY FUND,
LIMITED

                              Plaintiff,

                    - against -

CIBC WORLD MARKETS CORP., CIBC WORLD
MARKETS INC., BOFA SECURITIES, INC., MERRILL
LYNCH CANADA INC., MERRILL LYNCH
PROFESSIONAL CLEARING CORP., TD SECURITIES,
INC., TD SECURITIES(USA) LLC, UBS FINANCIAL
SERVICES, INC., UBS SECURITIES CANADA, INC.,
SOCIETE GENERALE CAPITALE CANADA, INC., SG
AMERICAS SECURITIES, LLC, and JOHN DOES 1
THROUGH 10.

                              Defendants

No: 21-cv-00761-LGS

**STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the

undersigned parties that:

      1.     Bank of America Securities, Inc. was named as a Defendant in the original

Complaint in this action;

      2.     There is no corporate entity known as Bank of America Securities, Inc.;

      3.     Plaintiff has agreed to drop Bank of America Securities, Inc. as a party to

this action and has asserted no claims against Bank of America Securities, Inc. in the

Amended Complaint;

      4.     Plaintiff seeks to add BofA Securities, Inc. as a party to this action and has

pleaded claims against BofA Securities, Inc. in the Amended Complaint;

{1339293.1 }

5.     BofA Securities  Inc. through its undersigned counsel, does not object to being added as a party to this action and has agreed to accept service of the Amended Complaint on the date this Stipulation is executed.


**WARSHAW BURSTEI  LLP**

By: _____
        Alan M. Pollack
        Felicia S. Ennis

Warshaw Burstein, LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022
(212) 984-7700
apollack@wbny.com
Fennis@wbny.com

*Attorneys for Plaintiff Harrington Global
Opportunity Fund*


**O'MELVENY & MYERS LLP**

By: _____
        Abby Rudzin

Times Square Towers
7 Times Square
New York  New York 10036
(212) 326-2033
arudzin@omm.com

*Attorney for Defendants BofA Securities,
Inc.  Merrill Lynch Canada Inc., and
Merrill Lynch Professional Clearing Corp.*


SO ORDERED

Dated:  April 28, 2021
           New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**


{1339293.1 }