UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
HARRINGTON GLOBAL OPPORTUNITY
FUND, LIMITED,
                              Plaintiff,        :    21 Civ. 761 (LGS)

            -against-                            :    **ORDER**

CIBC WORLD MARKETS CORP.,
                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant filed a pre-motion letter for a motion to dismiss Plaintiff's Amended Complaint (Dkt. No. 61). Plaintiff opposes (Dkt. No. 62). It is hereby

**ORDERED** that by **May 28, 2021**, Defendant shall file its motion to dismiss. By **June 18, 2021**, Plaintiff shall file its opposition. By **June 25, 2021**, Defendant shall file its reply. All submissions shall be per the Individual Rules.

Dated: May 7, 2021
       New York, New York

                                        _____
                                            LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE