**WILMERHALE**

June 1, 2021

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007

> The application is GRANTED. Defendants' brief in support of the motion shall not exceed 30 pages. Plaintiffs' opposition shall not exceed 30 pages. Defendants' reply shall not exceed 15 pages.
>
> SO ORDERED
>
> Dated:  June 2, 2021
>            New York, New York
>
> *[signature]*
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

Re: *Harrington Global Opportunity Fund, Limited v. CIBC World Markets Corp. et al.*, No. 1:21-cv-00761 (LGS)

Dear Judge Schofield:

I represent Defendants TD Securities, Inc. and TD Securities (USA) LLC in the above-captioned action and write on behalf of all parties in connection with the briefing on Defendants' forthcoming motion to dismiss (the "Motion").

The parties have conferred and respectfully request a modest enlargement of the page limits set out in Rule III.B.1 of the Court's Individual Rules of Practice. To streamline the briefing, the eleven Defendants together intend to file one consolidated opening brief and one consolidated reply brief addressing all of the issues set forth in the pre-motion letters, and Plaintiff intends to oppose the Motion with a single brief. To facilitate this approach, the parties jointly request that the Court so order the following:

(i)   Defendants may file a joint brief in support of the Motion of up to 30 pages;

(ii)  Plaintiff may file a brief in opposition to the Motion of up to 30 pages; and

(iii) Defendants may file a joint brief in further support of the Motion of up to 15 pages.

The parties respectfully submit that the requested enlargements will allow the parties to address adequately and efficiently the relevant issues in a manner that will benefit the Court and the parties. This request will not affect any of the deadlines in this matter.

We thank the Court for considering this request.

Respectfully submitted,

*/s/ David Lesser*
David Lesser

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington