UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CIBC WORLD MARKETS CORP.; CIBC WORLD MARKETS INC.; BOFA SECURITIES, INC.; MERRILL LYNCH CANADA INC.; MERRILL LYNCH PROFESSIONAL CLEARING CORP.; TD SECURITIES, INC.; TD SECURITIES (USA) LLC; UBS FINANCIAL SERVICES, INC.; UBS SECURITIES CANADA, INC.; SOCIETE GENERALE CAPITALE CANADA, INC.; SG AMERICAS SECURITIES, LLC; AND JOHN DOES 1 THROUGH 10,<br><br>　　　　　Defendants. | Civil Action No.: 1:21-cv-00761-LGS<br><br>Hon. Lorna G. Schofield<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY** |

　　PLEASE TAKE NOTICE that O'Melveny & Myers LLP, counsel of record for Defendants Merrill Lynch Canada Inc. and Merrill Lynch Professional Clearing Corp., respectfully moves the Court for an order permitting the withdrawal of Brad M. Elias as counsel for Merrill Lynch Canada Inc. and Merrill Lynch Professional Clearing Corp. Mr. Elias is leaving the law firm of O'Melveny & Myers LLP, effective June 8, 2021, and Merrill Lynch Canada Inc. and Merrill Lynch Professional Clearing Corp. have been informed of this request. O'Melveny & Myers LLP remains as counsel of record in this matter for Merrill Lynch Canada Inc. and Merrill Lynch Professional Clearing Corp., and the appearance by Abby F. Rudzin is unaffected by this request.

Dated: June 2, 2021
New York, New York

Respectfully submitted,

<u>/s/ Brad M. Elias</u>
Brad M. Elias
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York  10036
Telephone:  (212) 326-2000
belias@omm.com

*Counsel for Defendants*
*Merrill Lynch Canada Inc. and*
*Merrill Lynch Professional Clearing Corp.*