**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>CIBC WORLD MARKETS CORP.; CIBC WORLD MARKETS INC.; BANK OF AMERICA SECURITIES, INC.; MERRILL LYNCH CANADA INC.; MERRILL LYNCH PROFESSIONAL CLEARING CORP.; TD SECURITIES, INC.; TD SECURITIES(USA) LLC; CORMARK SECURITIES, INC.; UBS FINANCIAL SERVICES, INC.; UBS SECURITIES CANADA, INC.; SOCIETE GENERALE CAPITALE CANADA, INC.; SG AMERICAS SECURITIES, LLC; AND JOHN DOES 1 THROUGH 10,<br><br>    Defendants. | Case No. 1:21-cv-00761-LGS<br><br>Hon. Lorna G. Schofield<br><br>**DEFENDANT BOFA SECURITIES, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant BofA Securities, Inc., by and through its undersigned counsel, hereby states as follows:

BofA Securities, Inc., is a direct, wholly owned subsidiary of NB Holdings Corporation, which is a direct, wholly owned subsidiary of Bank of America Corporation.  Bank of America Corporation is a publicly held company whose shares are traded on the New York Stock Exchange and has no parent corporation.  Based on the U.S. Securities and Exchange Commission Rules regarding beneficial ownership, Berkshire Hathaway Inc., 3555 Farnam Street, Omaha, Nebraska 68131, beneficially owns greater than 10% of Bank of America Corporation's outstanding common stock.

Dated: June 4, 2021
       New York, New York

Respectfully submitted,

By: <u>/s/ Abby F. Rudzin</u>
    Abby F. Rudzin
    O'MELVENY & MYERS LLP
    7 Times Square
    New York, New York 10036
    Tel.: (212) 326-2000
    Fax: (212) 326-2061
    arudzin@omm.com

*Counsel for Defendants BofA Securities, Inc., Merrill Lynch Canada Inc., and Merrill Lynch Professional Clearing Corp.*