# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>    Plaintiff,<br><br>    v.<br><br>CIBC WORLD MARKETS CORP.; CIBC WORLD MARKETS INC.; BOFA SECURITIES, INC.; MERRILL LYNCH CANADA INC.; MERRILL LYNCH PROFESSIONAL CLEARING CORP.; TD SECURITIES, INC.; TD SECURITIES(USA) LLC; UBS FINANCIAL SERVICES, INC.; UBS SECURITIES CANADA, INC.; SOCIETE GENERALE CAPITALE CANADA, INC.; SG AMERICAS SECURITIES, LLC; and JOHN DOES 1 THROUGH 10,<br><br>    Defendants. | Case No.  1:21-cv-00761-LGS<br><br>Hon. Lorna G. Schofield<br><br>**NOTICE OF DEFENDANTS' MOTION TO DISMISS TO THE AMENDED COMPLAINT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint, the Declarations of Christopher Climo, Gaylen Duncan, George Stratis, Lisa Petrelli, Benoit Carignan, the Notice of Motion, and such other and further papers and proceedings as may be filed or had, Defendants, by their counsel, will move this Court before the Honorable Lorna G. Schofield, United States District Judge, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, at a time and date to be determined by this Court, for an Order dismissing Harrington Global Opportunity Fund, Limited's Amended Complaint with prejudice under

Federal Rule of Civil Procedure 12(b)(6) and as against the foreign defendants under Federal Rule of Civil Procedure 12(b)(2).

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's May 14, 2021 Order (ECF No. 66), opposition papers, if any, are to be filed by July 9, 2021, and reply papers, if any, are to be filed by July 26, 2021.

Dated: June 7, 2021

**O'MELVENY & MYERS LLP**

By: */s/Abby F. Rudzin*_____
    Abby F. Rudzin
    William J. Martin

Times Square Tower
7 Times Square
New York, New York 10036
(212) 326-2033
arudzin@omm.com
wmartin@omm.com

*Attorneys for Defendants BOFA Securities, Inc.; Merrill Lynch Canada Inc.; and Merrill Lynch Professional Clearing Corp.*

**WILMER CUTLER PICKERING HALE AND DORR LLP**

By: */s/David Lesser*_____
    David Lesser
    Jamie Dycus

7 World Trade Center
250 Greenwich Street
45th Floor
New York, New York 10007
(212) 230-8851
david.lesser@wilmerhale.com
jame.dycus@wilmerhale.com

Jenny Pelaez
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
(213) 443-5300
jenny.pelaez@wilmerhale.com

*Attorneys for TD Securities, Inc. and TD Securities (USA) LLC*

**ALLEN & OVERY LLP**

By: */s/Todd S. Fishman*_____
    Todd S. Fishman
    Alexander K. Bussey

1221 Avenue of the Americas
New York, New York 10020
(212) 756-1130
todd.fishman@allenovery.com
alexander.bussey@allenovery.com

*Attorneys for Defendants Societe Generale Capital Canada, Inc. and SG Americas Securities, LLC*

**DENTONS US LLP**

By: */s/Sandra D. Hauser*
     Sandra D. Hauser

1221 Avenue of the Americas
New York, NY 10020
(212) 768-6802
sandra.hauser@dentons.com

*Attorney for CIBC World Markets Corp.
and CIBC World Markets Inc.*

**BAKER & MCKENZIE LLP**

By: */s/Perrie M. Weiner*
     Perrie M. Weiner
     Ben W. Turner
     Michael D. Hidalgo

10250 Constellation Boulevard
Suite 1850
Los Angeles, CA 90067
(310) 201-4709
perrie.weiner@bakermckenzie.com
ben.turner@bakermckenzie.com
michael.hidalgo@bakermckenzie.com

*Attorneys for UBS Financial Services, Inc.
and UBS Securities Canada, Inc.*