UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>Plaintiff,<br><br>- against-<br><br>CIBC WORLD MARKETS CORP., CIBC WORLD MARKETS INC., BOFA SECURITIES, INC., MERRILL LYNCH CANADA INC., MERRILL LYNCH PROFESSIONAL CLEARING CORP., TD SECURITIES, INC., TD SECURITIES (USA) LLC, UBS FINANCIAL SERVICES, INC., UBS SECURITIES CANADA, INC., SOCIETE GENERALE CAPITALE CANADA, INC., SG AMERICAS SECURITIES, LLC, and JOHN DOES 1 THROUGH 10.<br><br>Defendants. | No. 1:21-cv-00761-LGS-JLC |

**DECLARATION OF CHRISTOPHER CLIMO IN SUPPORT OF THE MOTION OF CIBC WORLD MARKETS INC.
TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

I, Christopher Climo, hereby declare under penalty of perjury the truth of the following statements based upon personal knowledge and knowledge gained from the review of relevant corporate records and from discussions with others with such knowledge.

1. I am an adult and competent to testify to the matters below. I submit this declaration in support of the motion of CIBC World Markets Inc. to dismiss for lack of personal jurisdiction.

2. I am Chief Compliance Officer of CIBC World Markets Inc. I am authorized to make this declaration on behalf of CIBC World Markets Inc.

3. CIBC World Markets Inc. is incorporated in Ontario, Canada and is a Canadian-based subsidiary of the Canadian Imperial Bank of Commerce. CIBC World Markets Inc.'s headquarters, registered office, and principal place of business is at 161 Bay Street, Brookfield Place, Toronto, ON, CA, M5L 1A2.

4. CIBC World Markets Inc. is a member of the Canadian Investor Protection Fund and the Investment Industry Regulatory Organization of Canada.

5. CIBC World Markets Inc. has no United States operations. CIBC World Markets Inc. has no offices in the United States.

Pursuant to 28 U.S.C. § 1748, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __7th__ day of __June__ 2021 in Mississauga, Ontario, Canada.

_____
Christopher Climo