UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>                      Plaintiff,<br><br>            v.<br><br>CIBC WORLD MARKETS CORP.; CIBC WORLD MARKETS INC.; BOFA SECURITIES, INC.; MERRILL LYNCH CANADA INC.; MERRILL LYNCH PROFESSIONAL CLEARING CORP.; TD SECURITIES, INC.; TD SECURITIES(USA) LLC; UBS FINANCIAL SERVICES, INC.; UBS SECURITIES CANADA, INC.; SOCIETE GENERALE CAPITALE CANADA, INC.; SG AMERICAS SECURITIES, LLC; AND JOHN DOES 1 THROUGH 10,<br><br>                      Defendants. | Civil Action No.: 1:21-cv-00761-LGS |

### DECLARATION OF BENOIT CARIGNAN IN SUPPORT OF THE MOTION OF SOCIETE GENERALE CAPITAL CANADA INC. TO DISMISS FOR LACK OF PERSONAL JURISDICTION

I, Benoit Carignan, hereby declare under penalty of perjury the truth of the following statements based upon personal knowledge and knowledge gained from the review of relevant corporate records and from discussions with others with such knowledge.

1.    I submit this declaration in support of the motion of Société Générale Capital Canada Inc. ("SG Canada") to dismiss for lack of personal jurisdiction.

2.    I am Chief Operating Officer for SG Canada. I am authorized to make this declaration on behalf of SG Canada.

3. SG Canada is a regulated Canadian financial institution with its headquarters and principal place of business located at 1501 McGill College, Suite 1800, Montreal, Quebec H3A 3M8, Canada.

4. SG Canada has no operations or employees in the United States.

5. During the time period alleged in the Amended Complaint (January 27, 2016 to November 15, 2016), SG Canada did not conduct any trading in Concordia International Corp.'s stock on any U.S. exchanges, including NASDAQ.

Pursuant to 28 U.S.C. § 1748, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of June 2021 in Quebec, Canada.

                                             _____
                                             Benoit Carignan