**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>           Plaintiff,<br><br>      - against-<br><br>CIBC WORLD MARKETS CORP., CIBC WORLD MARKETS INC., BOFA SECURITIES, INC., MERRILL LYNCH CANADA INC., MERRILL LYNCH PROFESSIONAL CLEARING CORP., TD SECURITIES, INC., TD SECURITIES (USA) LLC, UBS FINANCIAL SERVICES, INC., UBS SECURITIES CANADA, INC., SOCIETE GENERALE CAPITALE CANADA, INC., SG AMERICAS SECURITIES, LLC, and JOHN DOES 1 THROUGH 10.<br><br>           Defendants. | No. 1:21-cv-00761-LGS-JLC |

**DECLARATION OF GEORGE STRATIS IN SUPPORT OF THE MOTION OF TD SECURITIES INC. TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

I, George Stratis, hereby declare under penalty of perjury the truth of the following statements based upon personal knowledge and knowledge gained from the review of relevant corporate records and from discussions with others with such knowledge.

1.  I am an adult and competent to testify to the matters below.  I submit this declaration in support of the motion of TD Securities Inc. ("TDSI Canada") to dismiss for lack of personal jurisdiction.

2.  I am Managing Director, Institutional Equities for TDSI Canada.  I am authorized to make this declaration on behalf of TDSI Canada.

3.  TDSI Canada is a Canadian broker-dealer with its headquarters and principal place of business located at 66 Wellington Street W, Toronto, Ontario M5K 1A2, Canada.

4. TDSI Canada has no locations or employees in the United States.

5. Between January 27, 2016 and November 15, 2016, TDSI Canada conducted no proprietary trading in Concordia International Corp. stock on the NASDAQ.

     Pursuant to 28 U.S.C. § 1748, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

     Executed this ___7th___ day of ___June___ 2021 in Ontario, Canada.

                            *George Stratis*
                            George Stratis