AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND LIMIT ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 21 Civ 761 (LGS) |
| CIBC WORLD MARKETS CORP., et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Harrington Global Opportunity Fund Limited                                                                        .

Date:   06/07/2021

/s/ Leron Thumim
*Attorney's signature*

Leron Thumim (LT-4030)
*Printed name and bar number*
Warshaw Burstein, LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022

*Address*

lthumim@wbny.com
*E-mail address*

(212) 984-7700
*Telephone number*

(212) 972-9150
*FAX number*