UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                                               :
HARRINGTON GLOBAL OPPORTUNITY                                  :
FUND, LIMITED,                                                 :
                                        Plaintiff,             :         21 Civ. 761 (LGS)
                                                               :
                        -against-                              :              ORDER
                                                               :
CIBC WORLD MARKETS CORP., et al.,                             :
                                                               :
                                        Defendants.  X
---------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, Defendants filed a motion to dismiss the Amended Complaint on June 7,

2021 (Dkt. 72);

        WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995, 15 USC

§ 78u4(b)(3)(B), all discovery and other proceedings in this matter are stayed during the

pendency of Defendants' motion to dismiss.  It is hereby

        **ORDERED** that in the event Defendants' motion to dismiss is denied, Defendants shall

have 45 days to file an Answer to the Amended Complaint; it is further

        **ORDERED** that fourteen days after the Court's decision on the motion to dismiss, if

necessary, the parties shall submit a joint Proposed Case Management Plan and Scheduling Order

in the form available at the Court's website (http://nysd.uscourts.gov/judge/Schofield).


Dated: June 8, 2021
       New York, New York

                                          **LORNA G. SCHOFIELD**
                                     **UNITED STATES DISTRICT JUDGE**