# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CIBC WORLD MARKETS CORP.; CIBC WORLD MARKETS INC.; BOFA SECURITIES, INC.; MERRILL LYNCH CANADA INC.; MERRILL LYNCH PROFESSIONAL CLEARING CORP.; TD SECURITIES, INC.; TD SECURITIES(USA) LLC; UBS FINANCIAL SERVICES, INC.; UBS SECURITIES CANADA, INC.; SOCIETE GENERALE CAPITALE CANADA, INC.; SG AMERICAS SECURITIES, LLC; AND JOHN DOES 1 THROUGH 10,<br><br>　　　　Defendants. | Civil Action No.: 1:21-cv-00761-LGS<br><br>Hon. Lorna G. Schofield<br><br>**NOTICE OF APPEARANCE** |

　　To the Clerk of this Court and all Parties of Record:

　　PLEASE TAKE NOTICE that William J. Martin of O'Melveny & Myers LLP, a member of this Court in good standing, hereby enters his appearance as counsel of record for Defendants BOFA Securities, Inc.; Merrill Lynch Canada Inc.; and Merrill Lynch Professional Clearing Corp. and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on the undersigned.

Dated: June 7, 2021
New York, New York

Respectfully submitted,

<u>*/s/ William J. Martin*</u>
William J. Martin
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York  10036
Telephone:  (212) 326-2000
wmartin@omm.com

*Counsel for Defendants BOFA Securities, Inc.; Merrill Lynch Canada Inc.; and Merrill Lynch Professional Clearing Corp.*

2