UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>        Plaintiff,<br><br>  - against-<br><br>CIBC WORLD MARKETS CORP., CIBC WORLD MARKETS INC., BOFA SECURITIES, INC., MERRILL LYNCH CANADA INC., MERRILL LYNCH PROFESSIONAL CLEARING CORP., TD SECURITIES, INC., TD SECURITIES (USA) LLC, UBS FINANCIAL SERVICES, INC., UBS SECURITIES CANADA, INC., SOCIETE GENERALE CAPITALE CANADA, INC., SG AMERICAS SECURITIES, LLC, and JOHN DOES 1 THROUGH 10.<br><br>        Defendants. | No. 1:21-cv-00761-LGS-JLC |

**SUPPLEMENTAL DECLARATION OF LISA PETRELLI IN SUPPORT OF THE MOTION OF UBS SECURITIES CANADA, INC. TO DISMISS THE AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION**

  I, Lisa Petrelli, hereby declare under penalty of perjury the truth of the following statements based upon personal knowledge and knowledge gained from the review of relevant corporate records and from discussions with others with such knowledge.

  1. I am an adult and competent to testify to the matters below. I submit this supplemental declaration in support of the motion of UBS Securities Canada, Inc. ("UBS Securities Canada ") to dismiss for lack of personal jurisdiction.

  2. I am a Managing Director and Head of Global Markets for UBS Securities Canada. I am authorized to make this declaration on behalf of UBS Securities Canada.

3. UBS Securities Canada conducted substantially no proprietary trading of Concordia International Corp. stock on the NASDAQ during the relevant time period alleged in the Complaint (January 27, 2016 to November 15, 2016).

Pursuant to 28 U.S.C. § 1748, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __9th__ day of July 2021 in Toronto, Canada.

_____
Lisa Petrelli