# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>CIBC WORLD MARKETS CORP.; CIBC WORLD MARKETS INC.; BOFA SECURITIES, INC.; MERRILL LYNCH CANADA INC.; MERRILL LYNCH PROFESSIONAL CLEARING CORP.; TD SECURITIES, INC.; TD SECURITIES(USA) LLC; UBS FINANCIAL SERVICES, INC.; UBS SECURITIES CANADA, INC.; SOCIETE GENERALE CAPITALE CANADA INC.; SG AMERICAS SECURITIES, LLC; AND JOHN DOES 1 THROUGH 10,<br><br>Defendants. | Civil Action No.: 1:21-cv-00761-LGS<br><br>Hon. Lorna G. Schofield |

## MOTION TO WITHDRAW APPEARANCE OF WILLIAM E. WALSH

PLEASE TAKE NOTICE that William E. Walsh hereby respectfully moves this court to withdraw his appearance for Defendants CIBC World Markets Corp. and CIBC World Markets Inc., in the above-captioned matter, because Mr. Walsh has left the employment of Dentons US LLP.  These parties will continue to be represented by Dentons US LLP, and no party will be prejudiced if this Motion is granted.

Dated: February 22, 2022

Respectfully Submitted,

MCGONIGLE, P.C.

 /s/ William E. Walsh
300 North LaSalle St.
Suite 2200
Chicago, IL 60654
Tel: (312) 820-5114
Fax: (312) 820-5106

## **<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on February 22, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

<u>*/s/ William E. Walsh*</u>
William E. Walsh