

**ALAN M. POLLACK**
PARTNER

DIRECT DIAL: 212-984-7794
EMAIL: apollack@wbny.com

WARSHAW BURSTEIN, LLP
575 Lexington Avenue
New York, NY 10022
(212) 984-7700
www.wbny.com

February 23, 2022

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Judge
United States District Court
   for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Harrington Global Opportunity Fund, Ltd. V. CIBC World Markets Corp. et al., No. 21-cv-00761(LGS)*

Dear Judge Schofield:

We write on behalf of Plaintiff Harrington Global Opportunity Fund, Ltd. ("Harrington") in the above-referenced action to request a short, two-day extension of time to the date by which the parties must submit a joint Proposed Case Management Plan and Scheduling Order (the "Joint Proposed Plan"). The Court's June 8, 2021 Order [Dkt. 80] gave the parties "fourteen days after the Court's decision on the motion to dismiss" to file the Joint Proposed Plan, and in the fourteen days since the Court's February 9, 2022 Opinion and Order [Dkt. 88], the parties have met and conferred in good faith in an effort to agree upon a Joint Proposed Plan. Although the parties are not yet in agreement, we request a two-day extension to February 25, 2022 for the parties to complete the meet-and-confer process. Defendants do not object to this request.

Sincerely,

/s/ Alan M. Pollack
Alan M. Pollack

cc: All parties via ECF

**Application GRANTED. The parties shall file the Joint Proposed Plan by February 25, 2022. No further extensions will be granted.**

Dated: February 23, 2022
New York, New York

{1447791.2}

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE