**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Civil Action No.: 1:21-cv-00761-LGS

Hon. Lorna G. Schofield

HARRINGTON GLOBAL OPPORTUNITY
FUND, LIMITED,
          Plaintiff,
   v.
CIBC WORLD MARKETS CORP.; CIBC
WORLD MARKETS INC.; BOFA
SECURITIES, INC.; MERRILL LYNCH
CANADA INC.; MERRILL LYNCH
PROFESSIONAL CLEARING CORP.; TD
SECURITIES, INC.; TD SECURITIES(USA)
LLC; UBS FINANCIAL SERVICES, INC.;
UBS SECURITIES CANADA, INC.;
SOCIETE GENERALE CAPITALE CANADA
INC.; SG AMERICAS SECURITIES, LLC;
AND JOHN DOES 1 THROUGH 10,
          Defendants.

**NOTICE OF THE CIBC**
**DEFENDANTS'**
**MOTION FOR**
**RECONSIDERATION OF THE**
**COURT'S FEBRUARY 9, 2022**
**OPINION AND ORDER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, upon the accompanying CIBC Defendants' Memorandum

of Law in Support of Their Motion for Reconsideration of the Court's February 9, 2022 Opinion

and Order (ECF #88), the instant Notice of Motion, and such other and further papers and

proceedings as may be filed or had, the CIBC Defendants, by their counsel, will move this Court

before the Honorable Lorna G. Schofield, United States District Judge, Thurgood Marshall United

States Courthouse, 40 Foley Square, New York, New York 10007, at a time and date to be

determined by this Court, for an Order dismissing Harrington Global Opportunity Fund, Limited's

Amended Complaint with prejudice under Federal Rule of Civil Procedure 12(b)(6) and as against

the foreign defendants under Federal Rule of Civil Procedure 12(b)(2), as to Defendants CIBC World Markets Corp. and CIBC World Markets Inc.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Local Civil Rule 6.3, entitled "Motions for Reconsideration or Reargument," "[t]he time periods for the service of answering and reply memoranda [related to a motion for reconsideration], if any, shall be governed by Local Civil Rule 6.1(a) or (b), as in the case of the original motion." However, this Court's practice provides that "parties shall not submit opposition to a motion for reconsideration unless directed to do so by the Court." *See* "Individual Rules and Procedures for Civil Cases, Honorable Lorna G. Schofield,      United      States      District      Judge,"      Section      (III)(A)(3), https://www.nysd.uscourts.gov/sites/default/files/practice_documents/LGS%20Schofield%20Individual%20Rules%20%28NTB%20Updated%202.25.21%29.pdf (last visited February 22, 2022).

By: */s/Sandra D. Hauser*
Sandra D. Hauser
Stephen J. Senderowitz
1221 Avenue of the Americas
New York, NY 10020
(212) 768-6802
sandra.hauser@dentons.com
Stephen J. Senderowitz
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8141
stephen.senderowitz@dentons.com

*Attorneys for CIBC World Markets Corp. and CIBC World Markets Inc.*