UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                                    :
HARRINGTON GLOBAL OPPORTUNITY    :
FUND, LIMITED,                                         :
                                           Plaintiff,     :         21 Civ. 761 (LGS)
                                                                     :
                 -against-                   :         ORDER
                                                                     :
CIBC WORLD MARKETS CORP., et al.,   :
                                      Defendants.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the parties submitted a proposed civil case management plan and scheduling order on February 25, 2022.

       WHEREAS, Defendants propose discussing the possibility of phased discovery at the initial pretrial conference.

       WHEREAS, the parties propose pursuing discovery for more than a year.  It is hereby

       **ORDERED** that by **March 2, 2022**, Defendants shall file a letter not to exceed three pages explaining (i) the unique complexities or other exceptional circumstances warranting a lengthy discovery period and (ii) the basis for phased discovery.  By **March 4, 2022**, Plaintiff shall file a letter not to exceed three pages responding to Defendants' letter.  It is further

       **ORDERED** that an initial pretrial conference will be held on **March 9, 2022, at 4:20 p.m.**  The conference will be telephonic.  The parties shall call **888-363-4749** and use access code **558-3333**.

Dated: February 28, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE