UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>       Plaintiff,<br>  v.<br><br>CIBC WORLD MARKETS CORP.; CIBC WORLD MARKETS INC.; BOFA SECURITIES, INC.; MERRILL LYNCH CANADA INC.; MERRILL LYNCH PROFESSIONAL CLEARING CORP.; TD SECURITIES, INC.; TD SECURITIES (USA) LLC; UBS FINANCIAL SERVICES, INC.; UBS SECURITIES CANADA, INC.; SOCIETE GENERALE CAPITALE CANADA, INC.; SG AMERICAS SECURITIES, LLC; AND JOHN DOES 1 THROUGH 10,<br><br>       Defendants. | Index No.: 21-cv-00761 (LGS)<br><br>Hon. Lorna G. Schofield |

## NOTICE OF FIRM NAME CHANGE

**TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT,** effective immediately, the firm of Christian, Smith & Jewell, LLP, one of the law firms of record for Plaintiff Harrington Global Opportunity Fund, Limited in this case, is now the Christian Levine Law Group, LLC. The firm's address, telephone number, and facsimile number will remain the same. All attorneys of record for Plaintiff Harrington Global Opportunity Fund, Limited will remain the same.

1

2

Dated: New York, New York
       March __, 2022

By:  /s/ *James Wes Christian*
James Wes Christian, Esq.
Ardalan Attar, Esq.
CHRISTIAN LEVINE LAW GROUP, LLC
2302 Fannin, Suite 205
Houston, Texas 77002
Tel: (713) 659-7617
jchristian@christianlevinelaw.com
aattar@christianlevinelaw.com

Alan M. Pollack
Felicia S. Ennis
Leron Thumim
WARSHAW BURSTEIN, LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022
Tel:  212-984-7700
apollack@wbny.com
fennis@wbny.com
lthumim@wbny.com

***Attorneys for Plaintiff Harrington Global Opportunity Fund***