UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HARRINGTON GLOBAL OPPORTUNITY :
FUND, LIMITED,
                          Plaintiff       :       21 Civ. 761 (LGS)

           -against-                       :       ORDER

CIBC WORLD MARKETS CORP, ET AL.,    :
                          Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference in this matter is scheduled for March 9, 2022;

    WHEREAS, no significant issues were raised in the parties' proposed case management plan. It is hereby

    **ORDERED** that the March 9, 2022, initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

    **ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a joint letter on ECF requesting a referral.

    The parties should be aware fact and expert discovery deadlines will not be extended absent extraordinary circumstances.

Dated: March 7, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**