

| | |
|---|---|
| Warshaw Burstein, LLP | Alan M. Pollack |
| 575 Lexington Avenue, 7th Floor | Partner |
| New York, NY  10017 | (212) 984 7794 |
| (212) 984-7700 | apollack@wbny.com |
| www.wbny.com | |

April 6, 2022

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:  *Harrington Global Opportunity Fund, Ltd. V. CIBC World Markets Corp. et al.*, No. 21-cv-00761(LGS)

Dear Judge Schofield:

      This Firm represents the Plaintiff Harrington Global Opportunity Fund in the above referenced matter. The parties jointly request an extension of time until April 19, 2022 to file a Proposed Protective Order, ESI Protocol, and Rule 26(a)(i) Initial Disclosures. The extension is necessary to allow the parties to meet and confer to resolve all disputes concerning these documents. No prior application for an extension to file these documents has been made by the parties.

      Respectfully submitted,

      /s/ Alan M. Pollack
      Alan M. Pollack

cc: All Defendants

{1463884.1 }