This application is untimely but nevertheless GRANTED in part and DENIED in part. The deadline for the parties to file a Proposed Protective Order, ESI Protocol, and Rule 26(a)(1) disclosures is extended to **April 11, 2022**, nunc pro tunc. As stated in the Order at Dkt. No. 102, no further extensions of the deadlines in that Order will be granted absent extraordinary circumstances, which do not include the need to meet and confer.

Dated: April 7, 2022
New York, New York



Warshaw Burstein, LLP
575 Lexington Avenue, 7ᵗʰ Floor
New York, NY 10017
(212) 984-7700
www.wbny.com

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Alan M. Pollack
Partner
(212) 984 7794
apollack@wbny.com

April 6, 2022

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:  *Harrington Global Opportunity Fund, Ltd. V. CIBC World Markets Corp. et al., No. 21-cv-00761(LGS)*

Dear Judge Schofield:

      This Firm represents the Plaintiff Harrington Global Opportunity Fund in the above referenced matter. The parties jointly request an extension of time until April 19, 2022 to file a Proposed Protective Order, ESI Protocol, and Rule 26(a)(i) Initial Disclosures. The extension is necessary to allow the parties to meet and confer to resolve all disputes concerning these documents. No prior application for an extension to file these documents has been made by the parties.

                    Respectfully submitted,

                    /s/ Alan M. Pollack
                    Alan M. Pollack

cc: All Defendants