UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>                                  Plaintiff,<br><br>          - against –<br><br>CIBC WORLD MARKETS CORP., *et al.*,<br><br><br>                               Defendants. | **Index No. 1:21-cv-00761 (LGS)**<br><br>Civil Action<br><br>NOTICE OF APPEARANCE |

------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned hereby appears as an attorney on behalf of Plaintiff Harrington Global Opportunity Fund, Limited, and demands that copies of all pleadings, papers, notices and other communications relating to this action be served upon the undersigned.

Dated: New York, New York
       April 21, 2022

                                           **WARSHAW BURSTEIN, LLP**

                                           By:  /s/ Madison N. Kelley
                                                       Madison N. Kelley
                                         *Attorneys for Plaintiff*
                                         575 Lexington Avenue, 7th Floor
                                         New York, New York 10022
                                         T:  (212) 984-7700
                                         F:  (347) 983-7255

{1469594.1 }