**WILMERHALE**

April 22, 2022

**Jamie S. Dycus**

+1 212 230-8851 (t)
jamie.dycus@wilmerhale.com

<u>VIA ECF</u>

The Honorable Lorna G. Schofield
U.S. District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>***Harrington Global Opportunity Fund, Limited v. CIBC World Markets Corp., et al.,***
***1:21-cv-00761-LGS (S.D.N.Y.)***</u>

Dear Judge Schofield:

We write on behalf of all parties in the above-referenced action. We submit this joint status letter, as ordered by the Court (Dkt. 102) and outlined in the Court's Individual Rule IV.A.2.

As ordered by the Court (Dkt. 107), the parties served their Initial Disclosures on April 11, 2022. In addition, the parties filed with the Court their proposed ESI Protocol (Dkt. 108) and Protective Order (Dkt. 109) on April 11, 2022. The Court entered an Electronic Discovery Stipulation and Order (Dkt. 110) and a Protective Order (Dkt. 111) on April 12, 2022.

The parties are at the earliest stages of document discovery and have served their Initial Requests for Production today, April 22, 2022.

The parties will operate in good faith to ensure that any discovery disputes are resolved efficiently so that we meet the Court-ordered discovery deadlines.

Respectfully submitted,

<u>*/s/ Jamie S. Dycus*</u>
Jamie S. Dycus
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8851
jamie.dycus@wilmerhale.com

*Counsel for Defendants TD Securities, Inc.,
and TD Securities (USA) LLC*

<u>*/s/ Alan M. Pollack  (e-signed with consent)*</u>
Alan M. Pollack
Felicia S. Ennis
Leron Thumim
WARSHAW BURSTEIN, LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022
(212) 984-7700
apollack@wbny.com
fennis@wbny.com
lthumim@wbny.com

**WILMERHALE**

Page 2

*/s/ Sandra D. Hauser (e-signed with consent)*
Sandra D. Hauser
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 768-6802
sandra.hauser@dentons.com

Stephen J. Senderowitz
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8141
stephen.senderowitz@dentons.com

*Counsel for Defendants CIBC World Markets Corp. and CIBC World Markets Inc.*

James Wes Christian, Esq.
Ardalan Attar, Esq.
CHRISTIAN LEVINE LAW GROUP, LLC
2302 Fannin, Suite 205
Houston, Texas 77002
(713) 659-7617
jchristian@christianlevinelaw.com
aattar@christianlevinelaw.com

*Counsel for Plaintiff Harrington Global Opportunity Fund*

*/s/ Abby F. Rudzin (e-signed with consent)*
Abby F. Rudzin
William J. Martin
O'MELVENY & MEYERS LLP
Seven Times Square
New York, NY 10026
(212) 326-2000
arudzin@omm.com
wmartin@omm.com

*Counsel for Defendants BofA Securities, Inc. and Merrill Lynch Canada, Inc.*