# WILMERHALE

June 6, 2022

**Jamie S. Dycus**

+1 212 230-8851 (t)
jamie.dycus@wilmerhale.com

<u>VIA ECF</u>

The Honorable Lorna G. Schofield
U.S. District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re:   <u>*Harrington Global Opportunity Fund, Limited v. CIBC World Markets Corp., et al.*,</u>
      <u>1:21-cv-00761-LGS (S.D.N.Y.)</u>

Dear Judge Schofield:

We write on behalf of all parties in the above-referenced action. We submit this joint status letter, as ordered by the Court (Dkt. 102) and outlined in the Court's Individual Rule IV.A.2.

As ordered by the Court (Dkt. 102), the parties served their Initial Requests for Production on April 22, 2022. Plaintiff also served its first set of interrogatories on Defendants on April 22, 2022. The parties will serve their respective responses and objections to these initial discovery requests on June 6, 2022.

The parties will continue to operate in good faith to ensure that any discovery disputes are resolved efficiently so that we meet the Court-ordered discovery deadlines.

Respectfully submitted,

<u>/s/ Jamie S. Dycus</u>
Jamie S. Dycus
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8851
jamie.dycus@wilmerhale.com

*Counsel for Defendants TD Securities, Inc.,
and TD Securities (USA) LLC*

<u>/s/ Sandra D. Hauser (e-signed with consent)</u>
Sandra D. Hauser

<u>/s/ Alan M. Pollack  (e-signed with consent)</u>
Alan M. Pollack
Felicia S. Ennis
Leron Thumim
WARSHAW BURSTEIN, LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022
(212) 984-7700
apollack@wbny.com
fennis@wbny.com
lthumim@wbny.com

James Wes Christian, Esq.
Ardalan Attar, Esq.
CHRISTIAN LEVINE LAW GROUP, LLC

WILMERHALE

Page 2

| | |
|---|---|
| DENTONS US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 768-6802<br>sandra.hauser@dentons.com | 2302 Fannin, Suite 205<br>Houston, Texas 77002<br>(713) 659-7617<br>jchristian@christianlevinelaw.com<br>aattar@christianlevinelaw.com |
| Stephen J. Senderowitz<br>233 South Wacker Drive, Suite 5900<br>Chicago, IL 60606<br>(312) 876-8141<br>stephen.senderowitz@dentons.com | *Counsel for Plaintiff Harrington Global Opportunity Fund, Limited* |

*Counsel for Defendants CIBC World Markets Corp. and CIBC World Markets Inc.*

<u>/s/ Abby F. Rudzin (e-signed with consent)</u>
Abby F. Rudzin
William J. Martin
O'MELVENY & MEYERS LLP
Seven Times Square
New York, NY 10026
(212) 326-2000
arudzin@omm.com
wmartin@omm.com

*Counsel for Defendants BofA Securities, Inc. and Merrill Lynch Canada, Inc.*