**WILMERHALE**

July 21, 2022

Jamie S. Dycus

+1 212 230-8851 (t)
jamie.dycus@wilmerhale.com

<u>VIA ECF</u>

The Honorable Lorna G. Schofield
U.S. District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *<u>Harrington Global Opportunity Fund, Limited v. CIBC World Markets Corp., et al.,</u>*
      *<u>1:21-cv-00761-LGS (S.D.N.Y.)</u>*

Dear Judge Schofield:

We write on behalf of all parties in the above-referenced action. We submit this joint status letter, as ordered by the Court (Dkt. 102) and outlined in the Court's Individual Rule IV.A.2.

As ordered by the Court (Dkt. 102), the parties served their Initial Requests for Production on April 22, 2022. The parties served their respective responses and objections to these initial discovery requests on June 6, 2022.

The parties have been meeting and conferring on discovery issues and anticipate data and document productions in the coming weeks. Recently, a discovery dispute has developed. The parties are attempting in good faith to resolve this dispute, but if unsuccessful, will seek judicial intervention pursuant to Local Rule 37.2 and Section III.C.3 of the Court's Individual Rules and Procedures.

Respectfully submitted,

| | |
|---|---|
| */s/ Jamie S. Dycus* | */s/ Alan M. Pollack (e-signed with consent)* |
| Jamie S. Dycus | Alan M. Pollack |
| WILMER CUTLER PICKERING | Felicia S. Ennis |
|    HALE AND DORR LLP | Leron Thumim |
| 7 World Trade Center | WARSHAW BURSTEIN, LLP |
| 250 Greenwich Street | 575 Lexington Avenue, 7th Floor |
| New York, NY 10007 | New York, New York 10022 |
| (212) 230-8851 | (212) 984-7700 |
| jamie.dycus@wilmerhale.com | apollack@wbny.com |
| | fennis@wbny.com |
| *Counsel for Defendants TD Securities, Inc.,* | lthumim@wbny.com |
| *and TD Securities (USA) LLC* | |
| | James Wes Christian, Esq. |

WILMERHALE

Page 2

| | |
|---|---|
| */s/ Sandra D. Hauser (e-signed with consent)*<br>Sandra D. Hauser<br>DENTONS US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 768-6802<br>sandra.hauser@dentons.com<br><br>Stephen J. Senderowitz<br>233 South Wacker Drive, Suite 5900<br>Chicago, IL 60606<br>(312) 876-8141<br>stephen.senderowitz@dentons.com<br><br>*Counsel for Defendants CIBC World Markets Corp. and CIBC World Markets Inc.* | Ardalan Attar, Esq.<br>CHRISTIAN LEVINE LAW GROUP, LLC<br>2302 Fannin, Suite 205<br>Houston, Texas 77002<br>(713) 659-7617<br>jchristian@christianlevinelaw.com<br>aattar@christianlevinelaw.com<br><br>*Counsel for Plaintiff Harrington Global Opportunity Fund, Limited* |

*/s/ Abby F. Rudzin (e-signed with consent)*
Abby F. Rudzin
William J. Martin
O'MELVENY & MYERS LLP
Seven Times Square
New York, NY 10026
(212) 326-2000
arudzin@omm.com
wmartin@omm.com

*Counsel for Defendants BofA Securities, Inc. and Merrill Lynch Canada, Inc.*