

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

File Number:

September 6, 2022

**Abby F. Rudzin**
D: +1 212 326 2033
arudzin@omm.com

<u>**VIA ECF**</u>

The Honorable Lorna G. Schofield
U.S. District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re:   ***Harrington Global Opportunity Fund, Limited v. CIBC World Markets Corp., et al.,
1:21-cv-00761-LGS (S.D.N.Y.)***

Dear Judge Schofield:

    We write on behalf of all parties in the above-referenced action.  We submit this joint status letter, as ordered by the Court (Dkt. 102) and outlined in the Court's Individual Rule IV.A.2.

    As ordered by the Court (Dkt. 107), the parties served their Initial Disclosures on April 11, 2022.  The parties served their respective responses and objections to these initial discovery requests on June 6, 2022.

    The parties have been meeting and conferring on discovery issues.  Production of documents and data has begun, and several parties anticipate additional data and document productions in the coming weeks.

    The parties will operate in good faith to ensure that any discovery disputes are resolved efficiently to ensure that we meet the Court-ordered discovery deadlines.

O'Melveny

Respectfully submitted,

/s/ Abby F. Rudzin
Abby F. Rudzin
William J. Martin
O'MELVENY & MEYERS LLP
Seven Times Square
New York, NY 10026
(212) 326-2000
arudzin@omm.com
wmartin@omm.com

*Counsel for Defendants BofA Securities, Inc. and Merrill Lynch Canada, Inc.*

  /s/ Jamie S. Dycus (e-signed with consent)
Jamie S. Dycus
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
(212) 556-2100
jdycus@kslaw.com

*Counsel for Defendants TD Securities, Inc., and TD Securities (USA) LLC*

  /s/ Sandra D. Hauser (e-signed with consent)
Sandra D. Hauser
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 768-6802
sandra.hauser@dentons.com

Stephen J. Senderowitz
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8141
stephen.senderowitz@dentons.com

*Counsel for Defendants CIBC World Markets Corp. and CIBC World Markets Inc.*

  /s/ Alan M. Pollack (e-signed with consent)
Alan M. Pollack
Felicia S. Ennis
Leron Thumim
WARSHAW BURSTEIN, LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022
(212) 984-7700
apollack@wbny.com
fennis@wbny.com
lthumim@wbny.com

  /s/ James Wes Christian (e-signed with consent)
James Wes Christian, Esq.
Ardalan Attar, Esq.
CHRISTIAN LEVINE LAW GROUP, LLC
2302 Fannin, Suite 205
Houston, Texas 77002
(713) 659-7617
jchristian@christianlevinelaw.com
aattar@christianlevinelaw.com

*Counsel for Plaintiff Harrington Global Opportunity Fund*