# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Jamie Dycus
Partner
Direct Dial: + 1 212 556 2211
jdycus@kslaw.com

October 19, 2022

**VIA ECF**

The Honorable Lorna G. Schofield
U.S. District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re: ***Harrington Global Opportunity Fund, Limited v. CIBC World Markets Corp., et al.*, No. 1:21-cv-00761 (LGS) (S.D.N.Y.)**

Dear Judge Schofield:

We write on behalf of all parties in the above-referenced action. We submit this joint status letter, as ordered by the Court (Dkt. 102) and outlined in the Court's Individual Rule IV.A.2.

As ordered by the Court (Dkt. 102), the parties served their Initial Requests for Production on April 22, 2022. The parties served their respective responses and objections to these initial discovery requests on June 6, 2022. The parties have been meeting and conferring on discovery issues.

The parties have produced documents and data prior to the document discovery deadline of October 10, 2022, as ordered by the Court (Dkt. 119). Certain parties anticipate making limited supplemental data and document productions in the coming weeks.

The parties will operate in good faith to ensure that any discovery disputes are resolved efficiently to ensure that we meet the Court-ordered fact discovery deadline of December 15, 2022.

Respectfully submitted,

| | |
|---|---|
| /s/ Jamie S. Dycus<br>Jamie S. Dycus<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>34th Floor<br>New York, NY 10036<br>(212) 556-2100<br>jdycus@kslaw.com<br><br>*Counsel for Defendants TD Securities, Inc. and TD Securities (USA) LLC* | /s/ Alan M. Pollack (e-signed with consent)<br>Alan M. Pollack<br>Felicia S. Ennis<br>Leron Thumim<br>WARSHAW BURSTEIN, LLP<br>575 Lexington Avenue, 7th Floor<br>New York, NY 10022<br>(212) 984-7700<br>apollack@wbny.com<br>fennis@wbny.com<br>lthumim@wbny.com |
| /s/ Abby F. Rudzin (e-signed with consent)<br>Abby F. Rudzin<br>William J. Martin<br>O'MELVENY & MEYERS LLP<br>Seven Times Square<br>New York, NY 10026<br>(212) 326-2000<br>arudzin@omm.com<br>wmartin@omm.com<br><br>*Counsel for Defendants BofA Securities, Inc. and Merrill Lynch Canada, Inc.* | /s/ James Wes Christian (e-signed with consent)<br>James Wes Christian, Esq.<br>Ardalan Attar, Esq.<br>CHRISTIAN LEVINE LAW GROUP, LLC<br>2302 Fannin, Suite 205<br>Houston, TX 77002<br>(713) 659-7617<br>jchristian@christianlevinelaw.com<br>aattar@christianlevinelaw.com<br><br>*Counsel for Plaintiff Harrington Global Opportunity Fund* |

/s/ Sandra D. Hauser (e-signed with consent)
Sandra D. Hauser
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 768-6802
sandra.hauser@dentons.com

Stephen J. Senderowitz
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8141
stephen.senderowitz@dentons.com

*Counsel for Defendants CIBC World Markets Corp. and CIBC Work Markets Inc.*