**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>                              Plaintiff,<br><br>                    v.<br><br>CIBC WORLD MARKETS CORP., *et al.*,<br><br>                              Defendants. | Civil Action No. 1:21-cv-00761 (LGS)<br><br>Hon. Lorna G. Schofield |

**STIPULATION AND [PROPOSED] ORDER REGARDING**
**PLAINTIFF'S PROPOSED SECOND AMENDED COMPLAINT**

Plaintiff Harrington Global Opportunity Fund, Limited ("Plaintiff") and Defendants CIBC World Markets Corp., CIBC World Markets Inc., TD Securities, Inc., TD Securities (USA) LLC, BofA Securities, Inc., and Merrill Lynch Canada, Inc. (together, "Defendants" and collectively with Plaintiff, the "Parties"), by and through their respective undersigned counsel of record, stipulate as follows:

WHEREAS, on November 30, 2022, the Court ordered the parties to submit a jointly proposed stipulation and order setting forth a schedule for Plaintiff to file a second amended complaint and briefing on Defendants' anticipated motion to dismiss that complaint (ECF No. 128),

**NOW, THEREFORE, PLAINTIFF AND DEFENDANTS HEREBY STIPULATE AND AGREE**, as follows:

1. Plaintiff shall file the Second Amended Complaint no later than ~~7 days after the Court so orders this Stipulation.~~ December 19, 2022

2. Defendants shall move to dismiss the Second Amended Complaint no later than ~~40 days after Plaintiff files the Second Amended Complaint.~~ January 27, 2023.

March 8, 2023

3.      Plaintiff shall file its brief in opposition no later than ~~40 days after Defendants move~~ ~~to dismiss the Second Amended Complaint.~~

March 28, 2023

4.      Defendants shall file any brief in reply no later than ~~20 days after Plaintiff files its~~ ~~Opposition to Defendants' Motion to Dismiss~~.

5.      Consistent with the Private Securities Litigation Reform Act, 15 U.S.C. § 78(u)–4(b)(3)(B), discovery is stayed as of the date the Court so-orders this Stipulation until the Court's decision concerning Defendants' motion to dismiss.

6.      By entering into this Stipulation and consenting to the filing of the Second Amended Complaint, Defendants do not waive and explicitly preserve any and all defenses or arguments they may possess concerning the futility of the Second Amended Complaint, including without limitation any arguments that the Second Amended Complaint is untimely under the statute of limitations and the statute of repose.

Dated:  December 9, 2022
        New York, New York

*/s/ Abby F. Rudzin*
Abby F. Rudzin
William J. Martin
O'MELVENY & MEYERS LLP
Seven Times Square
New York, NY 10026
(212) 326-2000
arudzin@omm.com
wmartin@omm.com

*Counsel for Defendants BofA Securities, Inc.*
*and Merrill Lynch Canada, Inc.*

*/s/ Alan M. Pollack*
Alan M. Pollack
Felicia S. Ennis
Leron Thumim
WARSHAW BURSTEIN, LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022
(212) 984-7700
apollack@wbny.com
fennis@wbny.com
lthumim@wbny.com

So Ordered.

Dated: December 12, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

*/s/ Jamie Dycus*
Jamie Dycus
David Lesser
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
(212) 556-2100
jdycus@kslaw.com
dlesser@kslaw.com

*Counsel for Defendants TD Securities, Inc.,
and TD Securities (USA) LLC*


*/s/ Sandra D. Hauser*
Sandra D. Hauser
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 768-6802
sandra.hauser@dentons.com

Stephen J. Senderowitz
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8141
stephen.senderowitz@dentons.com

*Counsel for Defendants CIBC World
Markets Corp. and CIBC World Markets Inc.*


**SO ORDERED:**

Dated:  December _____, 2022
            New York, New York


_____
Hon. Lorna G. Schofield
United States District Judge

*/s/ James Wes Christian*
James Wes Christian, Esq.
Ardalan Attar, Esq.
CHRISTIAN LEVINE LAW GROUP, LLC
2302 Fannin, Suite 205
Houston, Texas 77002
(713) 659-7617
jchristian@christianlevinelaw.com
aattar@christianlevinelaw.com

*Counsel for Plaintiff Harrington Global
Opportunity Fund*