# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Jamie Dycus
Partner
Direct Dial: + 1 212 556 2211
jdycus@kslaw.com

January 13, 2023

**VIA ECF**

The Honorable Lorna G. Schofield
U.S. District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re: ***Harrington Global Opportunity Fund, Limited v. CIBC World Markets Corp., et al.,*** **No. 1:21-cv-00761 (LGS) (S.D.N.Y.)**

Dear Judge Schofield:

We write on behalf of all parties in the above-referenced action and in relation to the August 15, 2022 Amended Civil Case Management Plan and Scheduling Order (Dkt. 119) ("Scheduling Order"). As the Court is aware, Paragraphs 13(a) and (b) of the Scheduling Order direct the parties to submit joint status letters concerning the procedural posture of the case, the status of discovery, and whether the parties request referral for mediation. The Court has stayed discovery (Dkt. 132) and the parties do not request referral for mediation.

The parties' understanding is that the requirements of Paragraphs 13(a) and (b) are inoperative while discovery is stayed, and as such the parties do not intend to make further periodic joint submissions while the stay remains in effect. If that understanding is in error, the parties will of course proceed as the Court directs.

We thank the Court for its consideration.

Sincerely,

| | |
|---|---|
| /s/ *Jamie S. Dycus* | /s/ *Alan M. Pollack* |
| Jamie S. Dycus | Alan M. Pollack |
| David S. Lesser | Felicia S. Ennis |
| KING & SPALDING LLP | Leron Thumim |
| 1185 Avenue of the Americas | WARSHAW BURSTEIN, LLP |
| 34th Floor | 575 Lexington Avenue, 7th Floor |
| New York, NY 10036 | New York, New York 10022 |
| (212) 556-2100 | (212) 984-7700 |
| jdycus@kslaw.com | apollack@wbny.com |

1

<div style="columns:2">

dlesser@kslaw.com
*Counsel for Defendants TD Securities, Inc., and TD Securities (USA) LLC*

/s/ *Abby F. Rudzin*
Abby F. Rudzin
William J. Martin
O'MELVENY & MEYERS LLP
Seven Times Square
New York, NY 10026
(212) 326-2000
arudzin@omm.com
wmartin@omm.com

*Counsel for Defendants BofA Securities, Inc. and Merrill Lynch Canada, Inc.*

/s/ *Sandra D. Hauser*
Sandra D. Hauser
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 768-6802
sandra.hauser@dentons.com

Stephen J. Senderowitz
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8141
stephen.senderowitz@dentons.com

*Counsel for Defendants CIBC World Markets Corp. and CIBC World Markets Inc.*

fennis@wbny.com
lthumim@wbny.com

/s/ *James Wes Christian*
James Wes Christian, Esq.
Ardalan Attar, Esq.
CHRISTIAN LEVINE LAW GROUP, LLC
2302 Fannin, Suite 205
Houston, Texas 77002
(713) 659-7617
jchristian@christianlevinelaw.com
aattar@christianlevinelaw.com

*Counsel for Plaintiff Harrington Global Opportunity Fund*

</div>