## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>                   Plaintiff,<br><br>            v.<br><br>CIBC WORLD MARKETS INC., BOFA SECURITIES, INC., MERRILL LYNCH CANADA INC., TD SECURITIES, INC., TD SECURITIES (USA) LLC, and JOHN DOES 1 THROUGH 10.<br><br>                   Defendants. | Civil Action No. 1:21-cv-00761 (LGS)<br>Hon. Lorna G. Schofield<br><br><br><br>**NOTICE OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Second Amended Complaint, the Declarations of John Cancellara and George Stratis, and such other and further papers and proceedings as may be filed or had, Defendants, by their counsel, will move this Court before the Honorable Lorna G. Schofield, United States District Judge, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, at a time and date to be determined by this Court, for an Order dismissing Harrington Global Opportunity Fund, Limited's Second Amended Complaint with prejudice under Federal Rules of Civil Procedure 12(b)(6) and 12(b)(2).

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's December 12, 2022 Order (ECF No. 132), opposition papers, if any, are to be filed by March 8, 2023, and reply papers, if any, are to be filed by March 28, 2023.

Dated: January 27, 2023

_/s/ Jamie S. Dycus_
Jamie S. Dycus
David S. Lesser
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
(212) 556-2100
jdycus@kslaw.com
dlesser@kslaw.com

_Counsel for Defendants TD Securities Inc.,_
_and TD Securities (USA) LLC_

_/s/ Abby F. Rudzin_
Abby F. Rudzin
William J. Martin
O'MELVENY & MEYERS LLP
Seven Times Square
New York, NY 10026
(212) 326-2000
arudzin@omm.com
wmartin@omm.com

_Counsel for Defendants BofA Securities, Inc._
_and Merrill Lynch Canada, Inc._

_/s/ Sandra D. Hauser_
Sandra D. Hauser
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 768-6802
sandra.hauser@dentons.com

Stephen J. Senderowitz
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8141
stephen.senderowitz@dentons.com

_Counsel for Defendant CIBC World Markets_
_Inc._