UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CIBC WORLD MARKETS INC., *et al.*,<br><br>　　　　　　　　　Defendants. | Civil Action No. 1:21-cv-00761 (LGS)<br><br>Hon. Lorna G. Schofield |

**DECLARATION OF GEORGE STRATIS IN SUPPORT OF THE MOTION OF
TD SECURITIES INC. TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

I, George Stratis, hereby declare under penalty of perjury the truth of the following statements based upon personal knowledge and knowledge gained from the review of relevant corporate records and from discussions with others with such knowledge.

1. I am an adult and competent to testify to the matters below. I submit this declaration in support of the motion of TD Securities Inc. ("TDSI") to dismiss the Second Amended Complaint for lack of personal jurisdiction.

2. I am Managing Director, Institutional Equities for TDSI. I am authorized to make this declaration on behalf of TDSI.

3. TDSI is a Canadian broker-dealer with its headquarters and principal place of business located at 66 Wellington Street West, Toronto, Ontario M5K 1A2, Canada.

4. TDSI has no locations or employees in the United States.

5. Between January 27, 2016 and November 15, 2016, TDSI conducted no proprietary trading in Concordia International Corp. ("Concordia") stock on any securities exchange located in the United States.

6. Between January 27, 2016 and November 15, 2016, TDSI, through intermediary broker-dealers, placed trades in Concordia stock on securities exchanges located in the United States to execute or facilitate client trades on nine days.

7. Between January 27, 2016 and November 15, 2016, to the extent that TDSI routed client trades in Concordia stock to securities exchanges located in the United States, it did so as a result of its duty to obtain the best available execution for its customers or at the direction of its customers.

Pursuant to 28 U.S.C. § 1748, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of January, 2023 in Ontario, Canada.

*George Stratis*
_____
George Stratis