

**ALAN M. POLLACK**
PARTNER

DIRECT DIAL: 212-984-7794
EMAIL: apollack@wbny.com

WARSHAW BURSTEIN, LLP
575 Lexington Avenue
New York, NY 10022
(212) 984-7700
www.wbny.com

February 28, 2023

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Harrington Global Opportunity Fund, Ltd. v. CIBC World Mkts. Corp.*, No. 21-cv-00761(LGS)

Dear Judge Schofield:

I represent Plaintiff Harrington Global Opportunity Fund, Ltd. ("Harrington") in the above-captioned action and write on behalf of all parties in connection with the remaining briefing on Defendants' Motion to Dismiss the Second Amended Complaint [Doc. 135] (the "Motion").

The parties have conferred and respectfully request a modest enlargement of the page limits set out in Individual Rule III.B.1.  The parties jointly request that the Court order the following:

- Harrington may file a brief in opposition to the Motion of up to 30 pages; and

- Defendants may file a joint reply brief in further support of the Motion of up to 15 pages.

The parties respectfully submit that the requested enlargements will permit them to fully address all relevant legal and factual issues in a manner that benefits both the Court and the parties. This request will not affect any deadlines with respect to the Motion.

Respectfully submitted,


By:  /s/ Alan M. Pollack
     Alan M. Pollack


cc:    All parties via ECF


{1554993.1 }