# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Jamie Dycus
Partner
Direct Dial: + 1 212 556 2211
jdycus@kslaw.com

March 28, 2023

**VIA ECF**

The Honorable Lorna G. Schofield
U.S. District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re:     ***Harrington Global Opportunity Fund, Limited v. CIBC World Markets Corp., et al.*, No. 1:21-cv-00761 (LGS) (S.D.N.Y.)**

Dear Judge Schofield:

I represent TD Securities, Inc., and TD Securities (USA) LLC and write on behalf of all Defendants in the above-referenced action to respectfully request that Defendants be permitted to present oral argument on Defendants' Motion to Dismiss the Second Amended Complaint (Dkt. 135), which is fully briefed today.

Respectfully submitted,

*/s/ Jamie Dycus*
Jamie Dycus
David Lesser
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
(212) 556-2100
jdycus@kslaw.com
dlesser@kslaw.com

*Counsel for Defendants TD Securities, Inc. and TD Securities (USA) LLC*