

**ALAN M. POLLACK**
PARTNER

DIRECT DIAL: 212-984-7794
EMAIL: apollack@wbny.com

WARSHAW BURSTEIN, LLP
575 Lexington Avenue
New York, NY 10022
(212) 984-7700
www.wbny.com

March 29, 2023

<u>**VIA ECF**</u>

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:  *Harrington Global Opportunity Fund, Ltd. v. CIBC World Mkts. Corp.*, <u>No. 21-cv-00761(LGS)</u>

Dear Judge Schofield:

    This firm and Christian Levine Law Group, LLC represent Plaintiff Harrington Global Opportunity Fund, Ltd. in the above referenced matter. We are in receipt of a letter dated March 28, 2023 submitted on behalf of all Defendants, seeking permission to present oral argument on their Motion to Dismiss the Second Amended Complaint. On behalf of our client, we object to Defendants request for oral argument. We believe that the Memoranda submitted by the parties presents their respective arguments in a thorough and comprehensive manner and that the time required to prepare and present oral argument will not materially assist the Court in deciding Defendants Motion to Dismiss.

                      Respectfully submitted,

                  By:  <u>/s/ Alan M. Pollack</u>
                      Alan M. Pollack
                      Leron Thumim
                      WARSHAW BURSTEIN, LLP
                      575 Lexington Avenue, 7th Floor
                      New York, New York 10022
                      Tel:  212-984-7700
                      apollack@wbny.com
                      lthumim@wbny.com

                      *Attorneys for Plaintiff Harrington*
                      *Global Opportunity Fund, Ltd.*

cc:    All parties via ECF

{1566143.1 }