UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
         :
HARRINGTON GLOBAL OPPORTUNITY  :
FUND, LIMITED,         :
           Plaintiff,  :    21 Civ. 761 (LGS)
         :
    -against-    :    <u>ORDER</u>
         :
CIBC WORLD MARKETS CORP. et al.  :
         Defendants.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Amended Civil Case Management Plan and Scheduling Order dated August 15, 2022, scheduled a pre-motion conference for dispositive motions following the close of discovery for April 19, 2023, at 4:20 P.M.;

    WHEREAS, discovery has not yet commenced pending the resolution of a fully briefed motion to dismiss. It is hereby

    **ORDERED** that the April 19, 2023, pre-motion conference is **adjourned sine die**.

Dated: April 18, 2023
       New York, New York

                                   LORNA G. SCHOFIELD
                                   UNITED STATES DISTRICT JUDGE