UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
HARRINGTON GLOBAL OPPORTUNITY  :
FUND, LIMITED,                 :
                    Plaintiff,   :   21 Civ. 761 (LGS)
                                 :
        -against-          :   ORDER
                               :
CIBC WORLD MARKETS CORP. et al. :
                  Defendants.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, pursuant to the Private Securities Litigation Reform Act, discovery in this matter was stayed on December 12, 2022, pending resolution of Defendants' motion to dismiss the Second Amended Complaint;

    WHEREAS, Defendants' motion to dismiss was denied on September 28, 2023. It is hereby

    **ORDERED** that by **October 10, 2023**, the parties shall file a joint letter including the items in the Court's Individual Rule III.D.3 as well as a description of what discovery remains. The parties shall also file a proposed amended Civil Case Management Plan and Scheduling Order with updated discovery deadlines.

Dated: October 3, 2023
       New York, New York

                                          LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE