December 15, 2023

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application GRANTED in part. The fact discovery deadline is adjourned six weeks, to **February 16, 2024**. The six-week extension will also apply to the expert discovery deadline and the date of the pre-motion conference. An amended case management plan will issue separately. No further extensions will be granted absent extraordinary circumstances.
>
> Dated: December 18, 2023
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:  *Harrington Global Opportunity Fund, Limited v. CIBC World Markets Corp., et al.*,
No. 1:21-cv-00761 (LGS) (S.D.N.Y.)

Dear Judge Schofield:

      On behalf of all parties, I write pursuant to Rule I.B.3 of Your Honor's Individual Rules and Procedures to respectfully request a 60-day extension of the deadline to complete responses to existing discovery requests and take depositions, which is currently January 5, 2024 under the Court's October 12, 2023 Second Amended Civil Case Management Plan and Scheduling Order ("Scheduling Order") (Dkt. 153).

      Since the Court entered the Scheduling Order, the parties have worked as expeditiously as possible to meet the Court's deadline for completing fact discovery. The parties have met and conferred many times about data and document production, have produced data and documents, and have noticed depositions. Producing data and documentation related to trading by Defendants' customers seven years ago through a variety of trading systems and across multiple venues and currencies is requiring a substantial and time-consuming exercise in collection and analysis. In addition, the Court recently granted Defendants' motion to compel Plaintiff to identify the baiting orders alleged in the SAC. (Dkt. 167). It is anticipated that document production will be completed by early January 2024. Thereafter, Plaintiff will need two weeks to analyze these documents before commencing depositions. Combined, the parties will take ten to fifteen depositions and will need at least six weeks for their completion. The parties do not see any way in which they can complete all of their depositions by the current deadline of January 5, 2024, particularly given the current status of document production, the number of depositions to be taken, holidays, pre-existing travel plans, and the international location of some witnesses. The parties are doing their best to comply with the current deadline but respectfully submit that a modest extension of 60 days, or until March 5, 2024, will permit adequate time to complete outstanding discovery. Neither party will serve, upon each other, any additional Requests for Production, Interrogatories, or Requests for Admission; the additional time is merely to permit responding to the discovery that has already been requested and completing depositions.

      This is the parties' first request for an extension of any discovery deadlines. If the Court grants this request, the parties will likely request a slight adjustment to the deadline to complete expert discovery.

      We thank the Court for considering this request.