February 22, 2024

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Harrington Global Opportunity Fund, Limited v. BofA Securities, Inc., et al.* No. 1:21-cv-
      00761 (LGS) (S.D.N.Y.)

Dear Judge Schofield:

Pursuant to the Court's February 1, 2024 Fourth Amended Civil Case Management Plan
and Scheduling Order [ECF No. 188] and Rule III.D.3 of the Court's Individual Rules, the
parties respectfully submit this joint status letter.

**(a) What discovery has taken place**

The parties began engaging in discovery in February 2022 after the Court denied
Defendants' motion to dismiss Plaintiff's Amended Complaint (the "AC").  The parties
propounded initial requests for production in April 2022; served responses and objections in June
2022; and, in multiple productions in September through November 2022, produced ESI and
trading data.  On September 28, 2023, the Court denied Defendants' motion to dismiss Plaintiff's
Second Amended Complaint (the "SAC"), which alleges unlawful spoofing by Defendants
and/or their customers.  Defendants thus agreed to produce data reflecting customer trading.

To date, the total volume of each party's productions are as follows:  Plaintiff has
produced 7,993 documents; Defendants TD Securities, Inc. and TD Securities (USA) LLC
(together, "TD") have produced 783 documents; Defendants BofA Securities, Inc. and Merrill
Lynch Canada Inc. (together, "Merrill") have produced 403 documents; and Defendant CIBC
World Markets, Inc. ("CIBC") has produced 336 documents.

**(b) The procedural history of the case to date**

Plaintiff filed its initial complaint [ECF No. 102] on January 27, 2021.  Plaintiff amended
as of right and filed the AC [ECF No. 56] on April 22, 2021.  Defendants (along with other
defendants that have since been dismissed) filed a motion to dismiss the AC on June 7, 2021.
[ECF No. 72.]  On February 9, 2022, this Court issued an Opinion and Order granting in part and
denying in part the motion to dismiss.  [ECF No. 88.]  As noted above, the parties engaged in
discovery starting in February 2022.  On November 16, 2022, Plaintiff sought leave to file the
SAC, adding allegations related to customer trading.  [ECF No. 125.]  On December 12, 2022,
with Defendants' consent, this Court granted Plaintiff leave to file the SAC.  [ECF No. 132.]  On
December 19, 2022, Plaintiff filed the SAC.  On January 27, 2023, Defendants filed a motion to

dismiss the SAC.  [ECF No. 135.]  On September 28, 2023, the Court issued an Opinion and Order denying Defendants' Motion to Dismiss the SAC.  [ECF No. 147.]  On January 26, 2024, Plaintiff moved for an extension of the then-existing February 16, 2024 fact discovery deadline and a commensurate extension of the expert discovery deadline.  [ECF No. 186.]  On February 1, 2024, the Court granted Plaintiff's request and issued a scheduling order under which all fact discovery, including discovery related to customer trading, is to be completed no later than May 10, 2024.  [ECF No. 188.]  The Court also ordered that, "by March 1, 2024, Defendants shall file a letter certifying that they have substantially completed their document productions, including compliance with the January 10, 2024, Order."  [ECF No. 189.]

**(c)  The parties' plan to ensure they meet the Court ordered discovery deadlines**

The parties are meeting and conferring about their document productions and interrogatory responses.  The parties are working on deposition scheduling to ensure that they will be completed by May 10.

Respectfully submitted,

*/s/ Abby F. Rudzin (e-signed with consent)*
Abby F. Rudzin
William J. Martin
O'MELVENY & MEYERS LLP
Seven Times Square
New York, NY 10026
(212) 326-2000
arudzin@omm.com
wmartin@omm.com

*Counsel for Defendants BofA Securities, Inc. and Merrill Lynch Canada, Inc.*

*/s/ Jamie S. Dycus (e-signed with consent)*
Jamie S. Dycus
David Lesser
Jenny Pelaez
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
(212) 556-2100
jdycus@kslaw.com
dlesser@kslaw.com
jpelaez@kslaw.com

*Counsel for Defendants TD Securities, Inc., and TD Securities (USA) LLC*

*/s/ Alan M. Pollack (e-signed with consent)*
Alan M. Pollack
Leron Thumim
Felicia S. Ennis
Thomas Filardo
Matthew A. Marcucci
WARSHAW BURSTEIN, LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022
(212) 984-7700
apollack@wbny.com
lthumim@wbny.com
fennis@wbny.com
tfilardo@wbny.com
mmarcucci@wbny.com

*/s/ Gregory Dubinsky (e-signed with consent)*
Richard J. Holwell
Gregory Dubinsky
Andrew C. Indorf
Jonathon R. La Chapelle
Aditi Shah
HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue
New York, NY 10017
(646) 837-5151
rholwell@hsgllp.com
gdubinsky@hsgllp.com

aindorf@hsgllp.com

*/s/ Sandra D. Hauser (e-signed with consent)*        jlachapelle@hsgllp.com

Sandra D. Hauser                                      ashah@hsgllp.com

DENTONS US LLP

1221 Avenue of the Americas                           */s/ James Wes Christian (e-signed with*

New York, NY 10020                                    *consent)*

(212) 768-6802                                        James Wes Christian

sandra.hauser@dentons.com                             Ardalan Attar

                                                      CHRISTIAN ATTAR LAW GROUP, LLC

Stephen J. Senderowitz                                2302 Fannin, Suite 205

Timothy J. Storino                                    Houston, Texas 77002

233 South Wacker Drive, Suite 5900                    (713) 659-7617

Chicago, IL 60606                                     jchristian@christianattarlaw.com

(312) 876-8141                                        aattar@christianattarlaw.com

stephen.senderowitz@dentons.com

timothy.storino@dentons.com                           *Counsel for Plaintiff Harrington Global*
                                                      *Opportunity Fund*

*Counsel for Defendant CIBC World Markets*
*Inc. (Canada)*

3