# King & Spalding

King & Spalding LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Jamie Dycus
Partner
Direct Dial: +1 212 556 2211
Direct Fax: +1 212 556 2222
jdycus@kslaw.com

March 1, 2024

<u>VIA ECF</u>

The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *Harrington Global Opportunity Fund, Ltd. v. BofA Securities, Inc., et al.*, 21-cv-00761

Dear Judge Schofield,

  I write on behalf of defendants TD Securities, Inc., and TD Securities (USA) LLC (together, "TD Defendants") and pursuant to the Court's February 1, 2024 Order [Dkt. 189]. TD Defendants' document production in the above-captioned matter is substantially complete.

           Regards,

           */s/ Jamie Dycus*

          Jamie Dycus