# HOLWELL SHUSTER & GOLDBERG LLP

425 Lexington Avenue
New York, New York 10017
www.hsgllp.com

*Gregory J. Dubinsky*
*(646) 837-5151*
*gdubinsky@hsgllp.com*

March 1, 2024

<u>**VIA ECF**</u>

The Honorable Lorna G. Schofield
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: <u>*Harrington Global Opportunity Fund, Ltd. v. BofA Securities, Inc.*, No. 21-CV-761</u>

Dear Judge Schofield:

  We write on behalf of Plaintiff Harrington Global Opportunity Fund, Limited ("Harrington"). On February 1, 2024, the Court adjourned the discovery deadline in this matter to May 10, 2024. ECF No. 189 at 2. The same day, the Court issued the Fourth Amended Civil Case Management Plan and Scheduling Order (the "Order"). ECF No. 188.

  In the Order, the Court wrote that "[n]either party shall serve upon each other any additional Requests for Production, Interrogatories, or Requests for Admission." Harrington does not read this to encompass third-party discovery. Out of caution, Harrington writes to respectfully request the Court's clarification before serving third-party subpoenas at this time. In light of Defendants' recent and ongoing discovery productions, it has become apparent third-party discovery may be key in respect of certain issues in this case. If the Court did intend to foreclose any further third-party discovery, Harrington intends to proceed by way of a motion for leave to take such discovery.

The parties may engage in third-party discovery.
So Ordered.

Dated: March 4, 2024
New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted,

HOLWELL SHUSTER & GOLDBERG LLP

By: /s/ *Gregory J. Dubinsky*
Richard J. Holwell
Gregory Dubinsky
Andrew C. Indorf
Aditi Shah
425 Lexington Avenue
New York, NY 10017
Tel.: (646) 837-5151
rholwell@hsgllp.com
gdubinsky@hsgllp.com
aindorf@hsgllp.com
ashah@hsgllp.com

WARSHAW BURSTEIN LLP
Alan M. Pollack
Felicia S. Ennis
Thomas Filardo
Leron Thumim
Matthew A. Marcucci
575 Lexington Avenue, 7th Floor
New York, New York 10022
Tel.: (212) 984-7700
apollack@wbny.com
fennis@wbny.com
tfilardo@wbny.com
lthumim@wbny.com
mmarcucci@wbny.com

CHRISTIAN ATTAR
James Wes Christian
Ardalan Attar
2302 Fannin, Suite 205
Houston, Texas 77002
Tel.: (713) 659-7617
jchristian@christianattarlaw.com
aattar@christianattarlaw.com