# EXHIBIT B

| | |
|---|---|
| **From:** | Thumim, Leron |
| **To:** | Rudzin, Abby F.; dlesser@kslaw.com; jpelaez@kslaw.com; jdycus@kslaw.com; Martin, Bill; cchoi@kslaw.com; sandra.hauser@dentons.com; nicholas.petts@dentons.com; stephen.senderowitz@dentons.com; timothy.storino@dentons.com; Spencer Young |
| **Cc:** | James Wes Christian; Ardalan Attar; Harrington; Harrington Securities |
| **Subject:** | RE: Harrington v. CIBC -- 30(b)(6) Deposition Notices |
| **Date:** | Thursday, May 16, 2024 8:30:01 PM |
| **Attachments:** | image004.png<br>image005.png<br>image006.png<br>image007.png |

Hi Abby,

We can confirm that we are not available to depose Mr. Manzoni on May 23. Please let us know when in June Mr. Manzoni is available.

Best,



Leron Thumim · Partner
Warshaw Burstein, LLP
575 Lexington Avenue · New York, NY 10022 · www.wbny.com
Direct Telephone: 212-984-7833 · Facsimile: 212-972-9150
E-Mail: lthumim@wbny.com



---

**From:** Rudzin, Abby F. <arudzin@omm.com>
**Sent:** Thursday, May 16, 2024 3:56 PM
**To:** Thumim, Leron <lthumim@wbny.com>; dlesser@kslaw.com; jpelaez@kslaw.com; jdycus@kslaw.com; Martin, Bill <wmartin@omm.com>; cchoi@kslaw.com; sandra.hauser@dentons.com; nicholas.petts@dentons.com; stephen.senderowitz@dentons.com; timothy.storino@dentons.com; Spencer Young <SYoung@KSLAW.com>
**Cc:** James Wes Christian <jchristian@christianattarlaw.com>; Ardalan Attar <aattar@christianattarlaw.com>; Harrington <Harrington@wbny.com>; Harrington Securities <HarringtonSecurities@hsgllp.com>
**Subject:** RE: Harrington v. CIBC -- 30(b)(6) Deposition Notices

Please let us know by noon tomorrow if Harrington intends to depose Mr. Manzoni on May 23. It is not very courteous to ask him to hold his calendar any longer for no reason.

**From:** Rudzin, Abby F.
**Sent:** Wednesday, May 15, 2024 12:11 PM
**To:** 'Thumim, Leron' <lthumim@wbny.com>; dlesser@kslaw.com; jpelaez@kslaw.com; jdycus@kslaw.com; Martin, Bill <wmartin@omm.com>; cchoi@kslaw.com; sandra.hauser@dentons.com; nicholas.petts@dentons.com; stephen.senderowitz@dentons.com;

timothy.storino@dentons.com; Spencer Young <SYoung@KSLAW.com>
**Cc:** James Wes Christian <jchristian@christianattarlaw.com>; Ardalan Attar <aattar@christianattarlaw.com>; Harrington <Harrington@wbny.com>; Harrington Securities <HarringtonSecurities@hsgllp.com>
**Subject:** RE: Harrington v. CIBC -- 30(b)(6) Deposition Notices

Mr. Manzoni is available on May 23.  Please confirm.

Abby

**From:** Thumim, Leron <lthumim@wbny.com>
**Sent:** Tuesday, May 14, 2024 2:14 PM
**To:** Rudzin, Abby F. <arudzin@omm.com>; dlesser@kslaw.com; jpelaez@kslaw.com; jdycus@kslaw.com; Martin, Bill <wmartin@omm.com>; cchoi@kslaw.com; sandra.hauser@dentons.com; nicholas.petts@dentons.com; stephen.senderowitz@dentons.com; timothy.storino@dentons.com; Spencer Young <SYoung@KSLAW.com>
**Cc:** James Wes Christian <jchristian@christianattarlaw.com>; Ardalan Attar <aattar@christianattarlaw.com>; Harrington <Harrington@wbny.com>; Harrington Securities <HarringtonSecurities@hsgllp.com>
**Subject:** RE: Harrington v. CIBC -- 30(b)(6) Deposition Notices

[EXTERNAL MESSAGE]

Hi Abby,

To be clear, is Merrill's position that it will not produce Steven Manzoni for deposition?  And are you also speaking for CIBC in indicating that CIBC will not produce Sajjad Rashid for deposition?



Leron Thumim · Counsel
Warshaw Burstein, LLP
575 Lexington Avenue · New York, NY 10022 · www.wbny.com
Direct Telephone:  212-984-7833 · Facsimile:  212-972-9150
E-Mail:  lthumim@wbny.com

**From:** Rudzin, Abby F. <arudzin@omm.com>
**Sent:** Tuesday, May 14, 2024 11:44 AM
**To:** Thumim, Leron <lthumim@wbny.com>; dlesser@kslaw.com; jpelaez@kslaw.com; jdycus@kslaw.com; Martin, Bill <wmartin@omm.com>; cchoi@kslaw.com; sandra.hauser@dentons.com; nicholas.petts@dentons.com; stephen.senderowitz@dentons.com; timothy.storino@dentons.com; Spencer Young <SYoung@KSLAW.com>
**Cc:** James Wes Christian <jchristian@christianattarlaw.com>; Ardalan Attar

<aattar@christianattarlaw.com>; Harrington <Harrington@wbny.com>; Harrington Securities <HarringtonSecurities@hsgllp.com>
**Subject:** RE: Harrington v. CIBC -- 30(b)(6) Deposition Notices

Hi Leron. So there is no confusion in the future, we do not agree that Harrington has the right to withdraw and re-serve deposition notices on the same witness – especially after we already gave you a date when the witness was available for his deposition. And of course Harrington cannot "reserve" rights it does not have. We will start working on dates for Messrs. Baebler and Ahmad.

## O'Melveny

**Abby F. Rudzin**
arudzin@omm.com
O: +1-212-326-2033

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**From:** Thumim, Leron <lthumim@wbny.com>
**Sent:** Tuesday, May 14, 2024 12:02 AM
**To:** dlesser@kslaw.com; jpelaez@kslaw.com; jdycus@kslaw.com; Martin, Bill <wmartin@omm.com>; Rudzin, Abby F. <arudzin@omm.com>; cchoi@kslaw.com; sandra.hauser@dentons.com; nicholas.petts@dentons.com; stephen.senderowitz@dentons.com; timothy.storino@dentons.com; Spencer Young <SYoung@KSLAW.com>
**Cc:** James Wes Christian <jchristian@christianattarlaw.com>; Ardalan Attar <aattar@christianattarlaw.com>; Harrington <Harrington@wbny.com>; Harrington Securities <HarringtonSecurities@hsgllp.com>
**Subject:** RE: Harrington v. CIBC -- 30(b)(6) Deposition Notices

[EXTERNAL MESSAGE]

Counsel,

Plaintiff is—while reserving all rights—withdrawing the deposition notices it has previously served on Tony Cancellara, Robert Maher, and Jeff Sundram. Please see the attached deposition notices for Sajjad Rashid and Steven Manzoni, as well as amended notices for Ron Persaud, Todd Baebler, and

Faisal Ahmad.

For the avoidance of all doubt, Plaintiff reserves all rights in withdrawing the notices it is today withdrawing—including the right to reissue these notices at any time or issue other notices, whether (i) on the basis of additional information learned as Defendants produce additional documents; (ii) due to an increase in the deposition limit, either due to agreement with Defendants or an order of the Court; or (iii) for any other reason.

Please let us know when Defendants are available to meet and confer regarding the times and locations of the currently-noticed depositions.



Leron Thumim · Counsel
Warshaw Burstein, LLP
575 Lexington Avenue · New York, NY 10022 · www.wbny.com
Direct Telephone: 212-984-7833 · Facsimile: 212-972-9150
E-Mail: lthumim@wbny.com

**From:** Thumim, Leron
**Sent:** Friday, December 15, 2023 3:43 PM
**To:** Marcucci, Matthew A. <MMarcucci@WBNY.COM>; dlesser@kslaw.com; Jenny Pelaez <JPelaez@KSLAW.com>; Jamie Dycus <JDycus@KSLAW.com>; Martin, Bill <bmartin@omm.com>; Rudzin, Abby F. <arudzin@omm.com>; Christine Choi <CChoi@KSLAW.com>; sandra.hauser@dentons.com; Petts, Nicholas W. <nicholas.petts@dentons.com>; stephen.senderowitz@dentons.com; Storino, Timothy J. <timothy.storino@dentons.com>; Spencer Young <SYoung@KSLAW.com>
**Cc:** Pollack, Alan <APollack@wbny.com>; Ennis, Felicia <FEnnis@wbny.com>; Manzolillo, Sandy <SManzolillo@WBNY.COM>; James Wes Christian <jchristian@christianattarlaw.com>; Ardalan Attar <aattar@christianattarlaw.com>
**Subject:** RE: Harrington v. CIBC -- 30(b)(6) Deposition Notices

Counsel,

As discussed on our meet and confer just now, we are withdrawing our deposition notices for the following individuals without prejudice to reissue them:
- Todd Baebler
- Jeff Ennis
- Jason Le
- David Hecht
- Alex Taylor

Also, to confirm what we said on the meet and confer, we agree not to take any of the depositions of Merrill witnesses before January 2.

Best,



Leron Thumim · Counsel
Warshaw Burstein, LLP
575 Lexington Avenue · New York, NY 10022 · www.wbny.com
Direct Telephone: 212-984-7833 · Facsimile: 212-972-9150
E-Mail: lthumim@wbny.com

**From:** Marcucci, Matthew A. <MMarcucci@wbny.com>
**Sent:** Thursday, December 14, 2023 7:54 PM
**To:** Thumim, Leron <lthumim@wbny.com>; dlesser@kslaw.com; Jenny Pelaez <JPelaez@KSLAW.com>; Jamie Dycus <JDycus@KSLAW.com>; Martin, Bill <bmartin@omm.com>; Rudzin, Abby F. <arudzin@omm.com>; Christine Choi <CChoi@KSLAW.com>; sandra.hauser@dentons.com; Petts, Nicholas W. <nicholas.petts@dentons.com>; stephen.senderowitz@dentons.com; Storino, Timothy J. <timothy.storino@dentons.com>; Spencer Young <SYoung@KSLAW.com>
**Cc:** Pollack, Alan <APollack@wbny.com>; Ennis, Felicia <FEnnis@wbny.com>; Manzolillo, Sandy <smanzolillo@wbny.com>; James Wes Christian <jchristian@christianattarlaw.com>; Ardalan Attar <aattar@christianattarlaw.com>
**Subject:** RE: Harrington v. CIBC -- 30(b)(6) Deposition Notices

Counsel: On behalf of plaintiff, please see the attached individual deposition notices.



**Matthew A. Marcucci**
Warshaw Burstein, LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022 · www.wbny.com
Direct Telephone: 212-984-7715 · Facsimile: 212-972-9150
Email: mmarcucci@wbny.com

**From:** Thumim, Leron <lthumim@wbny.com>
**Sent:** Wednesday, December 13, 2023 11:58 PM
**To:** dlesser@kslaw.com; Jenny Pelaez <JPelaez@KSLAW.com>; Jamie Dycus <JDycus@KSLAW.com>; Martin, Bill <bmartin@omm.com>; Rudzin, Abby F. <arudzin@omm.com>; Christine Choi <CChoi@KSLAW.com>; sandra.hauser@dentons.com; Petts, Nicholas W. <nicholas.petts@dentons.com>; stephen.senderowitz@dentons.com; Storino, Timothy J. <timothy.storino@dentons.com>; Spencer Young <SYoung@KSLAW.com>
**Cc:** Pollack, Alan <APollack@wbny.com>; Marcucci, Matthew A. <MMarcucci@wbny.com>; Ennis, Felicia <FEnnis@wbny.com>; Manzolillo, Sandy <smanzolillo@wbny.com>; James Wes Christian <jchristian@christianattarlaw.com>; Ardalan Attar <aattar@christianattarlaw.com>

**Subject:** Harrington v. CIBC -- 30(b)(6) Deposition Notices

Counsel,

On behalf of Plaintiff Harrington Global Opportunity Fund, Ltd., please see the attached 30(b)(6) deposition notices.

Best,



Leron Thumim · Counsel
Warshaw Burstein, LLP
575 Lexington Avenue · New York, NY 10022 · www.wbny.com
Direct Telephone: 212-984-7833 · Facsimile: 212-972-9150
E-Mail: lthumim@wbny.com

NOTICE: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential or exempt from disclosure under applicable law. If you are not the intended recipient of this message, or the employee or agent responsible for delivering this message to the intended recipient, you are advised that any dissemination, distribution or copying of this message, or acting on the information contained herein, may be a violation of applicable law and is strictly prohibited. If you have received this message in error, please notify the sender immediately by replying to this message.

NOTICE: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential or exempt from disclosure under applicable law. If you are not the intended recipient of this message, or the employee or agent responsible for delivering this message to the intended recipient, you are advised that any dissemination, distribution or copying of this message, or acting on the information contained herein, may be a violation of applicable law and is strictly prohibited. If you have received this message in error, please notify the sender immediately by replying to this message.

NOTICE: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential or exempt from disclosure under applicable law. If you are not the intended recipient of this message, or the employee or agent responsible for delivering this message to the intended recipient, you are advised that any dissemination, distribution or copying of this message, or acting on the information contained herein, may be a violation of applicable law and is strictly prohibited. If you have received this message in error, please notify the sender immediately by replying to this message.