**HOLWELL SHUSTER & GOLDBERG LLP**

*425 Lexington Ave., 14th Floor*
*New York, New York 10017*
*Tel: (646) 837-5151*
*Fax: (646) 837-5150*
*www.hsgllp.com*

*Gregory J. Dubinsky*
*(646) 837-8554*
*gdubinsky@hsgllp.com*

June 10, 2024

**VIA ECF**

The Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *Harrington Global Opportunity Fund, Limited v. BofA Securities, Inc., et al.,*
    *1:21-cv-00761-LGS (S.D.N.Y.)*

Dear Judge Figueredo:

  I write on behalf of plaintiff Harrington, and pursuant to Rules I.a and I.e of this Court's Individual Practices in Civil Cases, to respectfully request that the Court approve the parties' agreement to address certain data issues after June 10, the deadline for raising party discovery disputes.

  As background, the parties have made substantial progress towards completing their productions of all trade and order data before the close of expert discovery. However, certain categories of data remain outstanding. As relevant to this motion, the Merrill defendants are in the process of reproducing their Canadian trading data to correct a technical issue that resulted in partially corrupted data. Merrill represented to Harrington that it will not be possible to complete that production for some additional time.

  Given that these productions are forthcoming, Harrington respectfully requests that the Court authorize Harrington to raise any potential disputes concerning Merrill's forthcoming production after the June 10 deadline. Merrill stated "[t]he only issue we agreed could be raised later is one that could not have been raised today."[1] Separately, in the interest of avoiding unnecessary motion practice or depositions, CIBC World Markets has agreed to work with Harrington beyond June 10 to resolve reasonable questions that Harrington may have concerning

---

[1] On June 6, Merrill stated that "we agree that if there is a problem with the CXR data production(s) we make in the next week or two – i.e., an issue that Harrington is unable to raise now – you would still be able to raise it with the court."

1

trade and order data already produced, but CIBC opposes Harrington's request to raise any issues after June 10.  To be clear, Harrington does not anticipate that disputes will arise in connection with these exchanges, but Harrington requests the Court's confirmation that the June 10 deadline will not apply to any such disputes that may arise.

In addition to seeking clarification with regard to the foregoing issues, Harrington believes that the forthcoming productions by Merrill and other defendants are relevant to the expert report(s) that it intends to prepare in this case and that Harrington should have adequate time to review and analyze those productions before preparing expert reports.  The parties have met-and-conferred on this subject, and while the parties are still negotiating, Harrington anticipates that the parties may reach an agreement on a revised expert discovery schedule that accommodates Harrington's concerns.  Harrington will file a motion (joint or otherwise) on this issue as soon as practicable following the parties' resolution of the issue.

We thank the Court for considering this request and for its attention to these matters.

Respectfully submitted,

*/s/ Gregory Dubinsky*
Gregory Dubinsky
Matthew Gurgel
Andrew C. Indorf
HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue
New York, NY 10017
Tel.: (646) 837-5151
gdubinsky@hsgllp.com
mgurgel@hsgllp.com
aindorf@hsgllp.com

Alan M. Pollack
Leron Thumim
Felicia S. Ennis
WARSHAW BURSTEIN, LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022
(212) 984-7700
apollack@wbny.com
lthumim@wbny.com
fennis@wbny.com

James Wes Christian
Ardalan Attar
CHRISTIAN ATTAR LAW GROUP, LLC
2302 Fannin, Suite 205
Houston, Texas 77002

**MEMO ENDORSED**

_____
HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
DATED: June 11, 2024

Plaintiff's request is granted to the extent that Plaintiff will be able to raise after June 10, 2024, any issues with Merrill's forthcoming production of Canadian trading data that could not have been raised by Plaintiff on or prior to June 10, 2024. The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 300.

2

(713) 659-7617
jchristian@christianattarlaw.com
aattar@christianattarlaw.com

*Counsel for Plaintiff Harrington Global Opportunity Fund, Limited*

Case 1:21-cv-00761-LGS-VF   Document 308   Filed 06/11/24   Page 3 of 3