# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

David Lesser
Partner
Direct Dial: + 1 212 556 2261
dlesser@kslaw.com

June 10, 2024

**VIA ECF**

The Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Harrington Global Opportunity Fund, Ltd. v. CIBC World Markets Corp.*, No. 21-cv-761

Dear Judge Figueredo:

  We write on behalf of all defendants in the above-captioned matter. Pursuant to the Protective Order, ECF No. 111, and Your Honor's Individual Rules and Procedures for Civil Cases Rules I.a. and I.g.2, we write to request approval to file under seal, and publicly file redacted, certain portions of a letter to be filed by all defendants requesting a pre-motion conference to compel the production of information and documents, and certain portions of exhibits to be appended to that letter.

  The letter contains descriptions of the deposition testimony of plaintiff's corporate designee Danny Guy, and the exhibits consist of certain excerpts of the transcripts of Mr. Guy's depositions. The Protective Order provides that the parties "may designate as confidential for protection under this Protective Order, in whole or in part, any document, information, or material that constitutes or includes, in whole or in part, confidential or proprietary information or trade secrets of the Party or a Third Party to whom the Party reasonably and in good faith believes it owes an obligation of confidentiality with respect to such document, information, or material." Plaintiff has designated the depositions of Mr. Guy as its corporate designee and in his individual capacity as confidential. Thus, Defendants seek to file under seal references in the letter to Mr. Guy's deposition testimony and excerpts of the deposition transcripts in the exhibits.

  Pursuant to Your Honor's Individual Rules and Practices, defendants are publicly filing their letter and exhibits with proposed redactions and electronically filing under seal a copy of the unredacted documents with the proposed redactions highlighted.

1

     Finally, the Appendix below lists the parties and their counsel of record who should have access to the sealed documents.

                                        Respectfully submitted,

                                        */s/ David S. Lesser*

                                        David S. Lesser

Enclosures
cc: All Counsel of Record

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
DATED: June 11, 2024

The sealing request herein is granted in accordance with the Protective Order (ECF No. 111). The Clerk of Court is directed to maintain the viewing restrictions on ECF No. 305. The Clerk of Court is also respectfully directed to terminate the Motion at ECF No. 301.

2

Appendix

The following parties and attorneys of record should have access to the sealed documents:

**Plaintiff Harrington Global Opportunity Fund, Limited**

HOLWELL SHUSTER & GOLDBERG LLP
Richard J. Holwell
Gregory Dubinsky
Matthew Gurgel
Andrew C. Indorf
Aditi Shah

WARSHAW BURSTEIN, LLP
Alan M. Pollack
Felicia S. Ennis
Thomas Filardo
Leron Thumin
Matthew A, Marcucci

CHRISTIAN ATTAR
James Wes Christian
Ardalan Attar

**Defendants BofA Securities, Inc. and Merrill Lynch Canada, Inc.**

O'MELVENY & MYERS LLP
Abby F. Rudzin
William J. Martin

**Defendants TD Securities, Inc. and TD Securities (USA) LLC**

KING & SPALDING LLP
Jamie S. Dycus
David Lesser
Jenny Pelaez

**Defendants CIBC World Markets Inc. (Canada)**

DENTONS
Sandra D. Hauser
Stephen S. Senderowitz
Timothy J. Storino