

**ALAN M. POLLACK**
PARTNER

DIRECT DIAL: 212-984-7794
EMAIL: apollack@wbny.com

WARSHAW BURSTEIN, LLP
575 Lexington Avenue
New York, NY 10022
(212) 984-7700
www.wbny.com

June 14, 2024

**VIA ECF**

The Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: *Harrington Global Opportunity Fund, Limited v. BofA Securities, Inc., et al.,*
      *1:21-cv-00761-LGS (S.D.N.Y.)*

Dear Judge Figueredo:

  We write on behalf of Plaintiff Harrington Global Opportunity Fund, Limited ("Harrington") in the above-captioned matter. Pursuant to the Protective Order, ECF No. 111, we write to request approval to file under seal, and publicly file redacted, certain portions of a letter and an appended exhibit to be filed by Harrington opposing Defendant CIBC World Markets, Inc.'s ("CIBC") motion for a protective order.

  The letter contains the name of a third-party client that CIBC disclosed in discovery and that may be relevant to Harrington's spoofing allegations. The exhibit includes correspondence between the parties in which this client is referenced by name.

  The Protective Order provides that the parties "may designate as confidential for protection under this Protective Order, in whole or in part, any document, information, or material that constitutes or includes, in whole or in part, confidential or proprietary information or trade secrets of the Party or a Third Party to whom the Party reasonably and in good faith believes it owes an obligation of confidentiality with respect to such document, information, or material." CIBC has designated the identity of this third party as Confidential Discovery. Thus, Harrington seeks to file under seal references to the third party in the letter and exhibit.

  Pursuant to Your Honor's Individual Rules and Practices, Harrington is publicly filing its letter and exhibit with proposed redactions and electronically filing under seal a copy of the unredacted documents with the proposed redactions highlighted.

Warshaw Burstein, LLP

Hon. Valerie Figueredo
June 14, 2024
Page 2 of 2

Finally, the Appendix below lists the parties and their counsel of record who should have access to the sealed documents.

**MEMO ENDORSED**

*/s/ Valerie Figueredo*

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
DATED: June 17, 2024

The sealing request herein is granted in accordance with the Protective Order (ECF No. 111). The Clerk of Court is directed to maintain the viewing restrictions on ECF No. 317. The Clerk of Court is also respectfully directed to terminate the Motions at ECF Nos. 312 and 319.

Respectfully submitted,

WARSHAW BURSTEIN LLP

By: /s/ *Alan M. Pollack*
Alan M. Pollack
Felicia S. Ennis
Thomas Filardo
Leron Thumim
Meghan Hallinan
575 Lexington Avenue, 7th Floor
New York, New York 10022
Tel.: (212) 984-7700
apollack@wbny.com
fennis@wbny.com
tfilardo@wbny.com
lthumim@wbny.com
mhallinan@wbny.com

CHRISTIAN ATTAR
James Wes Christian
Ardalan Attar
2302 Fannin, Suite 205
Houston, Texas 77002
Tel.: (713) 659-7617
jchristian@christianattarlaw.com
 aattar@christianattarlaw.com

HOLWELL SHUSTER & GOLDBERG LLP
RICHARD J. HOLWELL
GREGORY DUBINSKY
ANDREW C. INDORF
ADITI SHAH
425 LEXINGTON AVENUE
NEW YORK, NY 10017
TEL.: (646) 837-5151
RHOLWELL@HSGLLP.COM
GDUBINSKY@HSGLLP.COM
MGURGEL@HSGLLP.COM AINDORF@HSGLLP.COM
ASHAH@HSGLLP.COM

Appendix

The following parties and attorneys of record should have access to the sealed document:

**Plaintiff Harrington Global Opportunity Fund, Limited**

HOLWELL SHUSTER & GOLDBERG LLP

Richard J. Holwell
Gregory Dubinsky
Matthew Gurgel
Andrew C. Indorf
Aditi Shah

WARSHAW BURSTEIN LLP

Alan M. Pollack
Felicia S. Ennis
Thomas Filardo
Leron Thumim
Matthew A. Marcucci

CHRISTIAN ATTAR

James Wes Christian
Ardalan Attar

**Defendants BofA Securities, Inc. and Merrill Lynch Canada, Inc.**

O'MELVENY & MYERS LLP

Abby F. Rudzin
William J. Martin

**Defendants TD Securities, Inc. and TD Securities (USA) LLC**

KING & SPALDING LLP

Jamie S. Dycus
David Lesser
Jenny Pelaez

**Defendants CIBC World Markets Inc. (Canada)**

DENTONS

Sandra D. Hauser
Stephen J. Senderowitz
Timothy J. Storino