UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HARRINGTON GLOBAL OPPORTUNITY FUND,
LIMITED,

                          Plaintiff,                         **21-CV-761 (LGS) (VF)**

          -against-                                  **ORDER**

BOFA SECURITIES, INC., et al.,

                          Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The Motions at ECF Nos. 263, 264, 272, 273, 275 and 276 were addressed at the conference held before Judge Valerie Figueredo on June 4, 2024. Additionally, the Honorable Lorna G. Schofield addressed ECF Nos. 219 and 220 via the Order at ECF No. 226 and ECF Nos. 244, 247, 249, and 252 via the Order at ECF No. 278. Accordingly, the Clerk of Court is respectfully directed to terminate the Motions at ECF Nos. 219, 220, 244, 247, 249, 252, 263, 264, 272, 273, 275, and 276.

       **SO ORDERED.**

DATED:     New York, New York
                 June 17, 2024

                                                           _____
                                                           VALERIE FIGUEREDO
                                                           United States Magistrate Judge