UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HARRINGTON GLOBAL OPPORTUNITY FUND,
LIMITED,

                              Plaintiff,                      **21-CV-761 (LGS) (VF)**

          -against-                             **ORDER**

BOFA SECURITIES, INC., et al.,

                             Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      For the reasons stated on the record at the conference held on June 18, 2024, the letter motions at ECF Nos. 295, 297, 298, 299, 302, 303, and 304 are resolved. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 295, 297, 298, 299, 302, 303, and 304.

      As it concerns the dispute at ECF No. 302, if further meet and confers do not resolve the issue, the parties can return to the Court.

      As it concerns the dispute at ECF No. 318, Plaintiff will provide a declaration from an expert in Bermuda law by **June 28, 2024**, concerning whether Bermuda law prevents disclosure of the identity of Plaintiff's unit holders.

      As it relates to the dispute at ECF No. 297, CIBC's motion for a protective order is **GRANTED**. For the reasons discussed at the conference and at the prior conference on June 4, 2024, Plaintiff has not shown that corporate testimony about clearing transfers of trading in Concordia shares that did not occur through CIBC is relevant to Plaintiff's claims, and preparing a witness to testify about the noticed topics would be unduly burdensome in light of the lack of relevancy.

As it relates to the dispute at ECF No. 303 concerning documents relating to an investigation Merrill conducted into a customer for potential spoofing, Merrill is directed to confirm by **<u>Friday, June 28, 2024</u>**, whether the outside consultant who conducted the investigation issued a formal report or any findings.

**SO ORDERED.**

DATED:   New York, New York
         June 20, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge