

WARSHAW BURSTEIN, LLP
575 Lexington Avenue
New York, NY 10022
(212) 984-7700
www.wbny.com

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
DATED:   September 3, 2024

The temporary seal requested herein is granted. The Clerk of Court is directed to maintain the viewing restrictions on ECF No. 339 until September 18, 2024. If CIBC desires to seal that information permanently, it should submit by September 17, 2024, a letter explaining the grounds that support sealing, consistent with Lugosch v. Pyramid Co. of Onondaga, 435 F. 3d 110 (2dCir. 2006). The Clerk of Court is respectfully directed to terminate the motion at ECF No. 340.

THOMAS FILARDO
PARTNER

DIRECT DIAL: 212-984-7806
EMAIL: TFILARDO@WBNY.COM

September 1, 2024

**VIA ECF**
The Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street, New York, NY 10007

Re:   *Harrington Global Opportunity Fund, Ltd. v. BofA Securities, Inc.*, No. 21-CV-761

Dear Judge Figueredo:

We write on behalf of Plaintiff Harrington Global Opportunity Fund, Limited ("Harrington") in the above-captioned matter. Pursuant to (i) Rule 21.7 of the Electronic Case Filing Rules & Instructions for the United States District Court, Southern District of New York; (ii) Your Honor's Individual Practices in Civil Cases Section I(g); and (iii) the Protective Order, ECF No. 111, we write to request approval to file under seal, and publicly redacted, a certain portion of a letter motion that Harrington previously filed at ECF No. 339 seeking to permit reclassification of an expert.

The letter contains the name of a third-party client that CIBC disclosed in discovery and that may be relevant to Harrington's spoofing allegations.

The Protective Order provides that the parties "may designate as confidential for protection under this Protective Order, in whole or in part, any document, information, or material that constitutes or includes, in whole or in part, confidential or proprietary information or trade secrets of the Party or a Third Party to whom the Party reasonably and in good faith believes it owes an obligation of confidentiality with respect to such document, information, or material." CIBC has designated the identity of this third party as Confidential Discovery. Thus, Harrington seeks to file under seal the reference to the third party in the letter.

Pursuant to Your Honor's Individual Practices in Civil Cases, Harrington is publicly re-filing its letter with proposed redactions and electronically filing under seal a copy of the unredacted letter with the proposed redactions highlighted.

{1717057.1}

Warshaw Burstein, LLP

Finally, the below Appendix lists the parties and their counsel of record who should have access to the sealed documents.

          Respectfully submitted,

          WARSHAW BURSTEIN LLP

          By: /s/ *Thomas Filardo*
          Alan M. Pollack
          Felicia S. Ennis
          Thomas Filardo
          Leron Thumim
          Meghan Hallinan
          Matthew A. Marcucci
          575 Lexington Avenue, 7th Floor
          New York, New York 10022
          Tel.: (212) 984-7700
          apollack@wbny.com
          fennis@wbny.com
          tfilardo@wbny.com
          lthumim@wbny.com
          mhallinan@wbny.com
          mmarcucci@wbny.com

          CHRISTIAN ATTAR
          James Wes Christian
          Ardalan Attar
          2302 Fannin, Suite 205
          Houston, Texas 77002
          Tel.: (713) 659-7617
          jchristian@christianattarlaw.com
          aattar@christianattarlaw.com

cc: All counsel via ECF

<u>Appendix</u>

The following parties and attorneys of record should have access to the sealed documents:

**<u>Plaintiff Harrington Global Opportunity Fund, Limited</u>**

WARSHAW BURSTEIN, LLP

Alan M. Pollack
Felicia S. Ennis
Thomas Filardo
Leron Thumim
Meghan Hallinan
Matthew A. Marcucci

CHRISTIAN ATTAR

James Wes Christian
Ardalan Attar

**<u>Defendants BofA Securities, Inc. and Merrill Lynch Canada, Inc.</u>**

O'MELVENY & MYERS LLP

Abby F. Rudzin
William J. Martin

**<u>Defendants TD Securities, Inc. and TD Securities (USA) LLC</u>**

KING & SPAULDING LLP

Jamie S. Dycus
David Lesser
Jenny Pelaez

**<u>Defendants CIBC World Markets Inc. (Canada)</u>**

DENTONS

Sandra D. Hauser
Stephen J. Senderowitz
Timothy J. Storino