UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HARRINGTON GLOBAL OPPORTUNITY FUND,
LIMITED,

                        Plaintiff,         **21-CV-761 (LGS) (VF)**

       -against-                        **ORDER**

BOFA SECURITIES, INC., et al.,

                        Defendants.

-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

In response to Harrington's letter motions to seal at ECF Nos. 228, 234, 239, 242, 245, 250, 259, 262, 271, and 274, the Court grants temporary seals. The Clerk of Court is directed to maintain the viewing restrictions on ECF Nos. 230, 236, 241, 244, 247, 252, 261, 264, 273, and 276 until September 30, 2024. If Merrill, CIBC, or any other Defendant desires to maintain the information under seal, it should submit, by September 19, 2024, a letter explaining the grounds that support sealing, consistent with Lugosch v. Pyramid Co. of Onondaga, 435 F. 3d 110 (2d Cir. 2006).

In response to Merrill's letter motion to seal at ECF No. 279, the Court grants a temporary seal. The Clerk of Court is directed to maintain the viewing restrictions on ECF No. 280 until September 30, 2024. If Merrill would like to seal this information permanently, it should submit, by September 19, 2024, a letter motion making the requisite showing under Lugosch.

In response to CIBC's letter motion to seal at ECF No. 285, the Court grants a temporary seal. The Clerk of Court is directed to maintain the viewing restrictions on ECF

No. 286 until September 30, 2024. If CIBC would like to seal this information permanently, it should submit, by September 19, 2024, a letter motion making the requisite showing under Lugosch.

The Clerk of Court is respectfully directed to terminate the letter motions at ECF Nos. 228, 234, 239, 242, 245, 250, 259, 262, 271, 274, 279 and 285.

**SO ORDERED.**

DATED:   New York, New York
         September 6, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge