UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HARRINGTON GLOBAL OPPORTUNITY FUND,
LIMITED,

                Plaintiff,                      **21-CV-761 (LGS) (VF)**

      -against-                                  **ORDER**

BOFA SECURITIES, INC., et al.,

                Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The conference in this matter scheduled for Wednesday, September 25, 2024 at 10:00 a.m. is hereby rescheduled to **Thursday, September 26, 2024 at 10:00 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. The conference was moved in order to address all of the outstanding discovery disputes raised by the parties in recent filings. See ECF Nos. 339, 344, 346, 357, and 360. Any party who wishes to respond prior to the conference to an issue raised in one of those filings can do so in a letter filed no later than **Monday, September 23, 2024**.

       To accommodate the date of the conference and the expert discovery issue to be addressed at that conference, the request for an interim extension of the expert discovery schedule is **GRANTED**. See ECF No. 363.

- Plaintiff's must serve its expert report by October 8, 2024.
- Defendants' initial expert disclosure is due by November 7, 2024.
- Defendants must serve their expert reports by December 10, 2024.

- Plaintiff must serve its reply expert reports by December 27, 2024.

- Plaintiff must make its expert available for deposition by January 24, 2025.

**SO ORDERED.**

DATED:   New York, New York
         September 11, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge