Case 1:21-cv-00761-LGS-VF   Document 370   Filed 09/11/24   Page 1 of 1



21st Floor
1251 Avenue of the Americas
New York, NY  10020

**Michael V. Rella**
 tel:  (212) 880-3973
 fax: (212) 489-8340

MichaelRella@dwt.com

September 9, 2024

<u>Via ECF</u>

Hon. Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re: <u>***Harrington Global Opportunity Fund v. BofA Secutiries, Inc.***</u>**, No. 21-CV-00761**

Dear Judge Figueredo:

     We are counsel to a non-party on whom Plaintiff Harrington Global Opportunity Fund served a subpoena duces tecum dated May 16, 2024.  Plaintiff recently filed a letter motion dated September 4, 2024 (ECF No. 344) to compel our client to produce the requested documents.  On behalf of our client, we write to request approval to file its opposition to the motion to compel under seal and to publicly file a version in which certain portions are redacted.  Specifically, our client requests that its name be permanently redacted from its opposition to Plaintiff's letter motion.

     Earlier today, Defendant CIBC World Markets, Inc. ("CIBC") filed a request that our client's name be permanently redacted from its (CIBC's) response to Plaintiff's letter motion ("CIBC's Sealing Request," ECF No. 353).  Our client respectfully incorporates by reference in this request the arguments CIBC asserts in its Sealing Request, and also joins in CIBC's Sealing Request.

Respectfully,

Davis Wright Tremaine LLP

Michael V. Rella

---

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
          DATED: 9-11-2024

Sealing of the relevant documents has been granted based on the Letter Motion at ECF No. 353. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 359.