UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HARRINGTON GLOBAL OPPORTUNITY FUND, LTD.

Plaintiff,

v.

BOFA SECURITIES, INC., *et al.*,

Defendants.

No.1:21-cv-00761(LGS)
Hon. Lorna G. Schofield

---

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO TD DEFENDANTS PURSUANT TO FED R. CIV. P. 41(a)(2)

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Harrington Global Opportunity Fund, Ltd. ("Plaintiff") and Defendants TD Securities, Inc., and TD Securities (USA) LLC (collectively, the "TD Defendants") that all of Plaintiff's claims against the TD Defendants in the above-captioned action (the "Action") are dismissed with prejudice, in accordance with Federal Rule of Civil Procedure 41(a)(2), without interest to any party and with each party to bear its own fees and costs and no party to seek any sanctions in the Action as against any other party to this stipulation or any such party's attorneys. For the avoidance of doubt, this dismissal applies only to the TD Defendants, and not to Plaintiff's claims against other defendants in the Action, which Plaintiff continues to pursue.

So Ordered.

Dated: October 10, 2024
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

{1728139.1 }

Dated: October 7, 2024

*[signature]*

Alan M. Pollack
Felicia S. Ennis
Thomas Filardo
Leron Thumim
Matthew A. Marcucci
WARSHAW BURSTEIN, LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022
(212) 984-7700
apollack@wbny.com
fennis@wbny.com
tfilardo@wbny.com
lthumim@wbny.com
mmarcucci@wbny.com

James Wes Christian
Ardalan Attar
CHRISTIAN ATTAR LAW GROUP, LLC
2302 Fannin, Suite 205
Houston, Texas 77002
(713) 659-7617
jchristian@christianattarlaw.com
aattar@christianattarlaw.com

*Counsel for Plaintiff Harrington Global Opportunity Fund, Ltd.*

*[signature]*

Jamie S. Dycus
David Lesser
Jenny Pelaez
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
(212) 556-2100
jdycus@kslaw.com
dlesser@kslaw.com
jpelaez@kslaw.com

*Counsel for Defendants TD Securities, Inc., and TD Securities (USA) LLC*

**SO ORDERED:**

_____
Hon. Lorna G. Schofield
United States District Judge

{1728139.1 }