UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HARRINGTON GLOBAL OPPORTUNITY FUND,
LIMITED,

                        Plaintiff,              **21-CV-761 (LGS) (VF)**

      -against-                      **ORDER SCHEDULING
CONFERENCE**

BOFA SECURITIES, INC., et al.,

                      Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A conference in this matter to address ECF Nos. 395 and 400 is hereby scheduled for **Thursday, November 7, 2024 at 12:30 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

      SO ORDERED.

DATED:     New York, New York
              October 29, 2024

                                                              _____
                                                              VALERIE FIGUEREDO
                                                              United States Magistrate Judge