UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HARRINGTON GLOBAL OPPORTUNITY FUND,
LIMITED,

                       Plaintiff,                       **21-CV-761 (LGS) (VF)**

        -against-                     **ORDER SCHEDULING CONFERENCE**

BOFA SECURITIES, INC., et al.,

                       Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A conference in this matter is hereby scheduled for **Wednesday, November 13, 2024 at 10:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

SO ORDERED.

DATED:    New York, New York
               November 7, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge