UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HARRINGTON GLOBAL OPPORTUNITY FUND,
LIMITED,

                              Plaintiff,                   **21-CV-761 (LGS) (VF)**

                -against-                     **ORDER SCHEDULING**
                                                                **CONFERENCE**

BOFA SECURITIES, INC., et al.,

                             Defendants.

-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The conference in this matter to address the motion at ECF No. 408 is hereby rescheduled for **Wednesday, November 13, 2024 at 9:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

      SO ORDERED.

DATED:     New York, New York
                 November 8, 2024

                                                               _____
                                                               VALERIE FIGUEREDO
                                                               United States Magistrate Judge