UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HARRINGTON GLOBAL OPPORTUNITY FUND,
LIMITED,

                      Plaintiff,

          -against-

BOFA SECURITIES, INC., et al.,

                      Defendants.

-----------------------------------------------------------------X

**21-CV-761 (LGS) (VF)**

**ORDER SCHEDULING CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A conference in this matter is hereby scheduled for **Thursday, November 21, 2024 at 1:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].** The parties are directed to file a joint letter regarding the outstanding issues to be addressed at the conference by **Wednesday, November 20 by 12:00 p.m.**

      For the reasons discussed at the November 7, 2024 and November 13, 2024 conferences, the motions at ECF Nos. 395, 396, 399, 400, 408, and 409 are hereby terminated.

      **SO ORDERED.**

DATED:    New York, New York
                November 13, 2024

                                                                _____
                                                               VALERIE FIGUEREDO
                                                               United States Magistrate Judge