UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

HARRINGTON GLOBAL OPPORTUNITY FUND,
LIMITED,

                              Plaintiff,                    **21-CV-761 (LGS) (VF)**

         -against-                              **ORDER**

BOFA SECURITIES, INC., et al.,

                              Defendants.

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

In response to the letters at ECF Nos. 433 and 434, the motion to permanently seal the documents at ECF No. 400 is GRANTED. Publicly filed redacted versions of the documents filed under seal are available at ECF Nos. 399, 433-1, and 434-4. The Clerk of Court is respectfully directed to terminate the letter motions at ECF No. 398.

      **SO ORDERED.**

DATED:    New York, New York
              November 20, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge