**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

HARRINGTON GLOBAL OPPORTUNITY FUND,
LIMITED,

                              Plaintiff,          **21-CV-761 (LGS) (VF)**

       -against-                              **ORDER**

BOFA SECURITIES, INC., et al.,

                              Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The Clerk of Court is respectfully directed to unseal ECF No. 453.

       **SO ORDERED.**

DATED:     New York, New York
                December 11, 2024

                                                     _____
                                                       VALERIE FIGUEREDO
                                                       United States Magistrate Judge