UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>              Plaintiff,<br><br>     v.<br><br>CIBC WORLD MARKETS CORP., CIBC WORLD MARKETS INC., BANK OF AMERICA SECURITIES, INC., MERRILL LYNCH CANADA INC., MERRILL LYNCH PROFESSIONAL CLEARING CORP., TD SECURITIES, INC., TD SECURITIES(USA) LLC, CORMARK SECURITIES, INC., UBS FINANCIAL SERVICES, INC., UBS SECURITIES CANADA, INC., SOCIETE GENERALE CAPITALE CANADA, INC., SG AMERICAS SECURITIES, LLC, and JOHN DOES 1 THROUGH 10.<br><br>              Defendants. | Case No. 1:21-cv-00761-LGS |

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that Todd S. Fishman of Allen Overy Shearman Sterling US LLP hereby moves, pursuant to Rule 1.4(b) of the Local Rules of the United States District Court for the Southern District of New York, to withdraw as counsel in the referenced action on behalf of Societe Generale Capitale Canada Inc. and SG Americas Securities, LLC (the "SG Entities"). As of February 21, 2025, I will no longer be a partner with Allen Overy Shearman Sterling US LLP. The SG Entities will continue to be represented by David C. Esseks and Alexander Bussey of Allen Overy Shearman Sterling US LLP who has appeared in this action on the SG Entities' behalf.

Dated: February 21, 2025
       New York, New York

Respectfully submitted,

ALLEN OVERY SHEARMAN STERLING US LLP

By:   /s/ *Todd S. Fishman*
       Todd S. Fishman
599 Lexington Avenue
New York, New York 10022
(212) 848-8000
todd.fishman@aoshearman.com

*Counsel for Defendants Societe Generale Capitale Canada Inc. and SG Americas Securities, LLC*

CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2025 the foregoing Motion To Withdraw As Counsel was served on Societe Generale Capitale Canada Inc. and SG Americas Securities, LLC via electronic mail, and electronically on all counsel of record via the Court's CM/ECF system.

/s/ *Todd S. Fishman*
Todd S. Fishman