> The pre-motion conference set for July 15, 2025, and the July 1, 2025, pre-motion letter deadline for dispositive motions is adjourned pending resolution of Dkts. 478, 482, and 484. A referral of the Daubert motions to Judge Figueredo will be separately docketed. So Ordered.
>
> Dated: June 23, 2025
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

June 18, 2025

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Harrington Global Opportunity Fund, Limited v. BofA Securities, Inc., et al.*, No. 1:21-cv-00761-LGS-VF (S.D.N.Y.)

Dear Judge Schofield:

The parties submit this joint request that the Court adjourn the July 15, 2025 pre-motion conference scheduled by the Court [Dkt. 470] and vacate the July 1 deadline for the parties to file "summary judgment or other dispositive motion" pre-motion letters. Defendants have filed pre-motion letters regarding motions to exclude Harrington's experts under Federal Rule of Evidence 702 [Dkt. 478, 482, 484], and Harrington does not object to Defendants' request that this Court delay summary judgment motion practice until after at least some Rule 702 motions have been resolved. To provide the Court sufficient time to rule on Defendants' pre-motion letters and the sequencing proposal suggested by the parties, the parties jointly request that the Court vacate the July 1 deadline for them to file pre-motion letters and reset it after the Court considers the sequencing proposal.

The extension does not directly affect any other scheduled dates.

The parties are available to discuss their request at the Court's convenience. We thank the Court for considering this request.

Respectfully submitted,

*/s/ Abby F. Rudzin*
Abby F. Rudzin
William J. Martin
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10019
(212) 326-2000
arudzin@omm.com
wmartin@omm.com

*/s/ Leron Thumim*
Alan M. Pollack
Felicia S. Ennis
Thomas Filardo
Leron Thumim
Matthew A. Marcucci
Meghan Hallinan
WARSHAW BURSTEIN, LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022
(212) 984-7700

*Counsel for Defendants BofA Securities, Inc. and Merrill Lynch Canada, Inc.*

/s/ *Sandra D. Hauser*
Sandra D. Hauser
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 768-6802
sandra.hauser@dentons.com

Stephen J. Senderowitz
Timothy J. Storino
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8141
stephen.senderowitz@dentons.com
timothy.storino@dentons.com

*Counsel for Defendant CIBC World Markets Inc. (Canada)*

apollack@wbny.com
fennis@wbny.com
tfilardo@wbny.com
lthumim@wbny.com
mmarcucci@wbny.com
mhallinan@wbny.com

James Wes Christian
Ardalan Attar
CHRISTIAN ATTAR
1177 West Loop South, Suite 1700
Houston, Texas 77027
(713) 659-7617
jchristian@christianattarlaw.com
aattar@christianattarlaw.com

*Counsel for Plaintiff Harrington Global Opportunity Fund, Ltd.*

{1796637.1}                           2