UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HARRINGTON GLOBAL OPPORTUNITY FUND,
LIMITED,

                                 Plaintiff,                  **21-CV-761 (LGS) (VF)**

            -against-                                **ORDER**

BOFA SECURITIES, INC., et al.,

                                Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      Parties interested in permanently sealing the documents subject to the sealing requests at ECF Nos. 477, 480, 492, and 500 are directed to make a showing under <u>Lugosch v. Pyramid Co. of Onondaga</u>, 435 F.3d 11 (2d Cir. 2006) by **August 1, 2025**. Citing the protective order alone is insufficient to warrant sealing. <u>In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.</u>, No. 14-MC-2542 (VSB), 2023 WL 196134, at *5 (S.D.N.Y. Jan. 17, 2023) ("the existence of a protective order covering a document is not, in and of itself, sufficient grounds to seal or redact that document").

      **SO ORDERED.**

DATED:     New York, New York
                 July 1, 2025

                                                                               _____
                                                                                 VALERIE FIGUEREDO
                                                                                 United States Magistrate Judge