

**WARSHAW BURSTEIN, LLP**
575 Lexington Avenue
New York, NY 10022
(212) 984-7700
www.wbny.com

**MEMO ENDORSED**

*[signature]*

**HON. VALERIE FIGUEREDO**
**UNITED STATES MAGISTRATE JUDGE**

**Dated:** 7/1/25

As citation to a protective order alone does not warrant sealing, Harrington is directed to make a showing under Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 11 (2d Cir. 2006) by **August 1, 2025**.

**FELICIA S. ENNIS**
PARTNER

DIRECT DIAL: 212-984-7753
EMAIL: FEnnis@wbny.com

June 25, 2025

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street, New York, NY 10007

Re:   *Harrington Global Opportunity Fund, Ltd. v. BofA Securities, Inc.*, No. 21-CV-761

Dear Judge Schofield:

We write on behalf of Plaintiff Harrington Global Opportunity Fund, Limited ("Harrington") in the above-captioned matter. Pursuant to the Protective Order (ECF No. 111) and Your Honor's Individual Rules and Procedures for Civil Cases Rule I.D.3, we write to request approval to file under seal Harrington's letter in response to Defendants jointly filed June 15, 2025 letter [ECF 478] and exhibits 1 and 2 thereto, and publicly file versions with appropriate redactions.

Harrington has attached as exhibits to its letter excerpts of the reply reports of Harrington's experts Jonathan Brogaard and Robert Shapiro. These reports contain information that has been designated Highly Confidential under the Protective Order. Furthermore, Harrington's letter refers to the findings of these reports. Pursuant to the Protective Order all "copies, reproductions, extracts, digests, and complete or partial summaries prepared from any DESIGNATED MATERIALS shall also be considered DESIGNATED MATERIAL and treated as such under this Order." ECF No. 111, ¶ 3. Thus, Harrington seeks to file under seal its letter and exhibits 1 and 2 which contain excerpts of the expert reports that contain information that has been designated Highly Confidential.

Pursuant to Your Honor's Individual Rules and Procedures for Civil Cases, Harrington is publicly filing its responsive letter with placeholder exhibits and filing under seal unredacted copies of such exhibits.

Finally, the below Appendix lists the parties and their counsel of record who should have access to the sealed documents.

{1797896.1 }

Warshaw Burstein, LLP

Hon. Lorna G. Schofield
June 25, 2025
Page 2 of 3

Respectfully submitted,

WARSHAW BURSTEIN LLP

By: /s/ *Leron Thumim*
Alan M. Pollack
Felicia S. Ennis
Thomas Filardo
Leron Thumim
Meghan Hallinan
575 Lexington Avenue, 7th Floor
New York, New York 10022
Tel.: (212) 984-7700
apollack@wbny.com
fennis@wbny.com
tfilardo@wbny.com
lthumim@wbny.com
mhallinan@wbny.com

CHRISTIAN ATTAR
James Wes Christian
Ardalan Attar
2302 Fannin, Suite 205
Houston, Texas 77002
Tel.: (713) 659-7617
jchristian@christianattarlaw.com
aattar@christianattarlaw.com

cc: All counsel via ECF

{1797896.1 }