**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>BOFA SECURITIES, INC., *et al.*,<br><br>Defendants. | No. 1:21-cv-00761 (LGS) (VF)<br><br>Hon. Lorna G. Schofield<br><br>Hon. Valerie Figueredo |

**DECLARATION OF STEPHEN J. SENDEROWITZ IN SUPPORT OF DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE TESTIMONY OF JONATHAN BROGAARD**

I, Stephen J. Senderowitz, declare as follows:

1. I am a partner with the law firm of Dentons U.S. LLP, counsel for Defendant CIBC World Markets, Inc. ("CIBC") in the above-captioned action and admitted *pro hac vice*.

2. I make this Declaration in support of the Motion *in Limine* to Exclude Testimony of Jonathan Brogaard filed by CIBC and BofA Securities, Inc. This declaration is based upon my personal knowledge except as otherwise indicated.

3. Attached hereto are true and correct copies of the following documents:

| | |
|---|---|
| Exhibit 1 | Expert Report of Jonathan Brogaard, October 8, 2024 |
| Exhibit 2 | Expert Report of Jonathan Brogaard, October 8, 2024 |
| Exhibit 3 | Rebuttal Expert Report of Terrence Hendershott, March 7, 2025 |
| Exhibit 4 | Reply Report of Jonathan Brogaard, April 25, 2025 (except exhibits 5 & 6) |
| Exhibit 5 | Deposition Transcript of Jonathan Brogaard, May 14, 2025 (excerpts) |

| | |
|---|---|
| Exhibit 6 | Deposition Transcript of Jonathan Brogaard, May 15, 2025 (excerpts) |
| Exhibit 7 | Declaration of [redacted] March 7, 2025 |
| Exhibit 8 | Brogaard et al., "Does High Frequency Market Manipulation Harm Market Quality?", April 2024 |
| Exhibit 9 | Transcript of Enforcement Track Session at 11th Annual Conference on Financial Market Regulation, hosted by the SEC, May 9, 2024 |
| Exhibit 10 | Brogaard et al., "Does High Frequency Market Manipulation Harm Market Quality?", September 2024 |
| Exhibit 11 | Expert Report of Robert J. Shapiro, October 8, 2024 |
| Exhibit 12 | Declaration of [redacted] September 9, 2024 |
| Exhibit 13 | Plaintiff's Sixth Amended and Supplemental Objections and Responses to Defendant BofA Securities, Inc.'s First Set of Interrogatories, June 13, 2025 (excerpts) |
| Exhibit 14 | Plaintiff's Fifth Amended and Supplemental Objections and Responses to Defendant Merrill Lynch Canada Inc.'s First Set of Interrogatories, June 13, 2025 (excerpts) |
| Exhibit 15 | Plaintiff's Fifth Amended and Supplemental Objections and Responses to Defendant CIBC World Markets Inc.'s First Set of Interrogatories, June 13, 2025 (excerpts) |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on July 9, 2025 in Chicago, Illinois.

_/s/ Stephen J. Senderowitz_
Stephen J. Senderowitz
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8141
stephen.senderowitz@dentons.com