

**ALAN M. POLLACK**
PARTNER

DIRECT DIAL: 212-984-7794
EMAIL: APOLLACK@wbny.com

WARSHAW BURSTEIN, LLP
575 Lexington Avenue
New York, NY 10022
(212) 984-7700
www.wbny.com

September 12, 2025

**VIA ECF**
The Honorable Valerie Figueredo
United States District Judge
Southern District of New York
500 Pearl Street, New York, NY 10007

Re:   *Harrington Global Opportunity Fund, Ltd. v. BofA Securities, Inc.*, No. 21-CV-761

Dear Judge Figueredo:

We write on behalf of Plaintiff Harrington Global Opportunity Fund, Limited ("Harrington") in the above-captioned matter. Pursuant to the Protective Order [ECF 111] and Your Honor's Individual Practices in Civil Cases § I.g., we write to request approval to file under seal, and publicly file redacted, portions of Harrington's memorandum of law in opposition to Defendants' Motion *in Limine* to Exclude Testimony of Robert Shapiro [ECF 507-512] and certain exhibits attached to the accompanying declaration.

Harrington's memorandum of law and exhibits contain quotes from, excerpts of, and references to the expert reports and deposition transcripts of Harrington's experts Dr. Shapiro, portions of which have been designated as Confidential or Highly Confidential by the Defendants according to the Protective Order. Harrington's papers also contain references to third-party customers of Defendants, the identities of which have also been designated as Confidential or Highly Confidential by the Defendants.

The Protective Order provides that all "copies, reproductions, extracts, digests, and complete or partial summaries prepared from any DESIGNATED MATERIALS shall also be considered DESIGNATED MATERIAL and treated as such under this Order." ECF No. 111, ¶ 3. Moreover, the parties "may designate as confidential for protection under this Protective Order, in whole or in part, any document, information, or material that constitutes or includes, in whole or in part, confidential or proprietary information or trade secrets of the Party or a Third Party to whom the Party reasonably and in good faith believes it owes an obligation of confidentiality with respect to such document, information, or material." [ECF 111, ¶ 3.]

Thus, Harrington seeks to file under seal the references in its memorandum of law and exhibits to information that Defendants designated Confidential or Highly Confidential. Harrington is publicly filing the foregoing documents with redactions and filing under seal copies of such documents with the proposed redactions highlighted.

{1814404.1}

Warshaw Burstein, LLP

Hon. Valerie Figueredo
September 12, 2025
Page 2 of 3

Finally, the below Appendix lists the parties and their counsel of record who should have access to the sealed documents.

Respectfully submitted,

WARSHAW BURSTEIN LLP

By: /s/ *Alan M. Pollack*
Alan M. Pollack
Felicia S. Ennis
Thomas Filardo
Leron Thumim
Meghan Hallinan
575 Lexington Avenue, 7th Floor
New York, New York 10022
Tel.: (212) 984-7700
apollack@wbny.com
fennis@wbny.com
tfilardo@wbny.com
lthumim@wbny.com
mhallinan@wbny.com

CHRISTIAN ATTAR
James Wes Christian
Ardalan Attar
2302 Fannin, Suite 205
Houston, Texas 77002
Tel.: (713) 659-7617
jchristian@christianattarlaw.com
aattar@christianattarlaw.com

cc: All counsel via ECF

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: September 15, 2025

The motion to seal is GRANTED for the reasons provided at ECF Nos. 376, 475, and 522. The Clerk of the Court is respectfully directed to maintain the viewing restrictions at ECF Nos. 528 and 535 and terminate the motion at ECF No. 527.

{1814404.1 }

<u>Appendix</u>

The following parties and attorneys of record should have access to the sealed documents:

**Plaintiff Harrington Global Opportunity Fund, Limited**

WARSHAW BURSTEIN, LLP

Alan M. Pollack
Felicia S. Ennis
Thomas Filardo
Leron Thumim
Meghan Hallinan

CHRISTIAN ATTAR

James Wes Christian
Ardalan Attar

**Defendants BofA Securities, Inc. and Merrill Lynch Canada, Inc.**

O'MELVENY & MYERS LLP

Abby F. Rudzin
William J. Martin

**Defendant CIBC World Markets Inc. (Canada)**

DENTONS

Sandra D. Hauser
Stephen J. Senderowitz
Timothy J. Storino