**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HARRINGTON GLOBAL OPPORTUNITY FUND, LIMITED,<br>Plaintiff,<br>v.<br>BOFA SECURITIES, INC., *et al.*,<br>Defendants. | No. 1:21-cv-00761 (LGS) (VF)<br>Hon. Lorna G. Schofield<br>Hon. Valerie Figueredo |

**DECLARATION OF STEPHEN J. SENDEROWITZ IN FURTHER SUPPORT OF DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE TESTIMONY OF JONATHAN BROGAARD**

I, Stephen J. Senderowitz, declare as follows:

1. I am a partner with the law firm of Dentons U.S. LLP, counsel for Defendant CIBC World Markets, Inc. ("CIBC") in the above-captioned action and admitted *pro hac vice*.

2. I make this Declaration in support of the Motion *in Limine* to Exclude Testimony of Jonathan Brogaard filed by CIBC and BofA Securities, Inc. This declaration is based upon my personal knowledge except as otherwise indicated.

3. Attached hereto are true and correct copies of the following documents:

| | |
|---|---|
| Exhibit 1 | Deposition Transcript of Jonathan Brogaard, May 14, 2025 (excerpts) |
| Exhibit 2 | Deposition Transcript of Jonathan Brogaard, May 15, 2025 (excerpts) |
| Exhibit 3 | Reply Report of Terrence Hendershott, *SEC v. Lek Securities et al.*, No. 17-CV-1789, June 22, 2018 |

| | |
|---|---|
| Exhibit 4 | Expert Report of Terrence Hendershott, *SEC v. Lek Securities et al.*, No. 17-CV-1789, April 3, 2017 |
| Exhibit 5 | Brogaard, Hendershott, and Riordan, "Price discovery without trading: Evidence from limit orders," *The Journal of Finance* (2019) |
| Exhibit 6 | Deposition Transcript of [redacted] June 21, 2024 |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on October 10, 2025 in Chicago, Illinois.

*/s/ Stephen J. Senderowitz*
Stephen J. Senderowitz
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8141
stephen.senderowitz@dentons.com