October 31, 2025

**VIA ECF**

The Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Harrington Global Opportunity Fund, Ltd. v. BofA Securities, Inc., et al.*,
            No. 21-CV-761

Dear Judge Figueredo:

    We write on behalf of Defendants pursuant to Your Honor's Individual Practices in Civil Cases Rule III(d) to respectfully request that Defendants be permitted to present oral argument on the following motions: Defendants' Motion in Limine to Exclude the Testimony of Jonathan Brogaard (Dkt. 513) and Defendants' Motion in Limine to Exclude the Testimony of Robert J. Shapiro (Dkt. 507). Both motions have been fully briefed.

                                        Respectfully submitted,

| | |
|---|---|
| */s/ Abby F. Rudzin* | */s/ Sandra D. Hauser* |
| Abby F. Rudzin | Sandra D. Hauser |
| O'MELVENY & MYERS LLP | DENTONS US LLP |
| 1301 Avenue of the Americas | 1221 Avenue of the Americas |
| Suite 1700 New York, NY 10019 | New York, NY 10020 |
| (212) 326-2000 | (212) 768-6802 |
| arudzin@omm.com | sandra.hauser@dentons.com |
| | |
| *Counsel for Defendants BofA Securities, Inc. and Merrill Lynch Canada Inc.* | *Counsel for Defendant CIBC World Markets Inc. (Canada)* |

cc: All counsel of record via ECF