UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

HARRINGTON GLOBAL OPPORTUNITY FUND,
LIMITED,

                                                  Plaintiff,                    **21-CV-761 (LGS) (VF)**

              -against-                               **ORDER SCHEDULING ORAL ARGUMENT**

BOFA SECURITIES, INC., et al.,

                                                  Defendants.

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       On October 31, 2025, Defendants requested oral argument on the *Daubert* motions concerning Plaintiff's experts, Jonathan Brogaard (ECF No. 513) and Robert J. Shapiro (ECF No. 507). Oral argument on those motions is hereby scheduled for **Monday, January 12, 2026 at 10:00 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 563.

       **SO ORDERED.**

DATED:     New York, New York
                 November 28, 2025

                                                                     _____
                                                                     VALERIE FIGUEREDO
                                                                     United States Magistrate Judge