**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

HARRINGTON GLOBAL OPPORTUNITY FUND,
LIMITED,

                Plaintiff,                  **21-CV-761 (LGS) (VF)**

      -against-                           **ORDER**

BOFA SECURITIES, INC., et al.,

                Defendants.

-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to file a Notice of Intent to Request Redaction for the transcripts of oral argument held on January 12 and January 13, 2026 and to send the proposed redacted transcripts to the Transcriber, no later than **February 24, 2026**. Once in receipt of the proposed redactions, the Transcriber is respectfully directed to prepare the redacted transcripts for filing on ECF.

      **SO ORDERED.**

DATED:    New York, New York
           February 17, 2026

                             _____
                             VALERIE FIGUEREDO
                             United States Magistrate Judge