

**THOMAS FILARDO**
PARTNER

DIRECT DIAL: 212-984-7806
EMAIL: TFILARDO@wbny.com

WARSHAW BURSTEIN, LLP
575 Lexington Avenue
New York, NY 10022
(212) 984-7700
www.wbny.com

February 13, 2026

**VIA ECF**
The Honorable Valerie Figueredo
United States District Judge
Southern District of New York
500 Pearl Street, New York, NY 10007

  Re: *Harrington Global Opportunity Fund, Ltd. v. BofA Securities, Inc.*, No. 21-CV-761

Dear Judge Figueredo:

  We write on behalf of Plaintiff Harrington Global Opportunity Fund, Limited ("Harrington") in the above-captioned matter. Pursuant to the Protective Order [ECF 111] and Your Honor's Individual Practices in Civil Cases § I.g., we write to request approval to file under seal Plaintiff's post-hearing letter concerning the Defendants' motion to exclude the testimony of Plaintiff's expert Dr. Robert Shapiro [*see* ECF No. 576], as well as copies of exhibits attached to such letter.

  Harrington's post-hearing letter concerning Dr. Shapiro quotes from, and attaches as exhibits, excerpts from the transcripts of the oral argument proceedings on Defendants' *Daubert* motions held on January 12-13, 2026, which have been marked "sealed" by the court reporter.

  Thus, Harrington seeks to file under seal the exhibits to its letter and the references in its letter to information that has been marked as "sealed." Harrington is filing its letter publicly with redactions and placeholder exhibits, and under seal with the proposed redactions highlighted.

  Finally, the below Appendix lists the parties and their counsel of record who should have access to the sealed documents.

        Respectfully submitted,

Warshaw Burstein, LLP

WARSHAW BURSTEIN LLP

By: /s/ *Thomas Filardo*
Alan M. Pollack
Felicia S. Ennis
Thomas Filardo
Leron Thumim
Meghan Hallinan
575 Lexington Avenue, 7th Floor
New York, New York 10022
Tel.: (212) 984-7700
apollack@wbny.com
fennis@wbny.com
tfilardo@wbny.com
lthumim@wbny.com
mhallinan@wbny.com

CHRISTIAN ATTAR
James Wes Christian
Ardalan Attar
2302 Fannin, Suite 205
Houston, Texas 77002
Tel.: (713) 659-7617
jchristian@christianattarlaw.com
aattar@christianattarlaw.com

cc:  All counsel via ECF

4921-1249-5759, v. 1

Appendix

The following parties and attorneys of record should have access to the sealed documents:

**Plaintiff Harrington Global Opportunity Fund, Limited**

WARSHAW BURSTEIN, LLP

Alan M. Pollack
Felicia S. Ennis
Thomas Filardo
Leron Thumim
Meghan Hallinan

CHRISTIAN ATTAR

James Wes Christian
Ardalan Attar

**Defendants BofA Securities, Inc. and Merrill Lynch Canada, Inc.**

O'MELVENY & MYERS LLP

Abby F. Rudzin
William J. Martin

**Defendant CIBC World Markets Inc. (Canada)**

DENTONS

Sandra D. Hauser
Stephen J. Senderowitz
Timothy J. Storino

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: February 19, 2026**

The motion is GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 581. The Clerk of Court is further directed to maintain the viewing restrictions at ECF Nos. 586, 586-1, and 586-2.