**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

HARRINGTON GLOBAL OPPORTUNITY FUND,
LIMITED,

                         Plaintiff,                   **21-CV-761 (LGS) (VF)**

      -against-                              **<u>ORDER</u>**

BOFA SECURITIES, INC., et al.,

                         Defendants.

----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to file the complete transcripts of the depositions of Dr. Shapiro

and Dr. Brogaard under seal by tomorrow, **<u>March 10, 2026</u>**.

      The parties are further directed to e-mail PDF copies of the transcripts to chambers by the

end of the day today, **<u>March 9, 2026</u>**.

      **SO ORDERED.**

DATED:     New York, New York
             March 9, 2026

                                  _____
                                  VALERIE FIGUEREDO
                                  United States Magistrate Judge