**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

HARRINGTON GLOBAL OPPORTUNITY FUND,
LIMITED,

Plaintiff,

-against-

BOFA SECURITIES, INC., et al.,

Defendants.

-------------------------------------------------------------------X

**21-CV-761 (LGS) (VF)**

**<u>ORDER</u>**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The Clerk of Court is respectfully directed to seal the order at ECF No. 604.

**SO ORDERED.**

DATED:     New York, New York
           March 26, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge