UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

HARRINGTON GLOBAL OPPORTUNITY :
FUND, LIMITED,

                    Plaintiff,   :          21 Civ. 761 (LGS)

        -against-        :          ORDER

BOFA SECURITIES, INC., et al.,   :

               Defendants. :

------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on April 6, 2026, non-party Jacquelyn Harrington filed on the docket a letter

attaching (1) a purported summons for a third-party complaint asserting claims under 42 U.S.C.

§ 1983 (without any accompanying complaint) and (2) related subpoenas.  *See* Dkt. No. 613.

WHEREAS, this filing is procedurally improper.  Ms. Harrington is not a party to this case

and has not been granted leave to intervene.  The fact that Ms. Harrington's last name is part of the

name of one of the parties does not provide a basis for her to intervene.

WHEREAS, to the extent Ms. Harrington seeks to assert claims under 42 U.S.C. § 1983

against any party, she must commence a separate action.  It is hereby

**ORDERED** that Ms. Harrington is directed not to file any further documents in this action as

she is not a party to it and has not been granted leave to intervene.

The Clerk of Court is respectfully directed to mail a copy of this Order to Ms. Harrington at

106 West 83rd Street 215C, New York, New York 10024.

Dated: April 10, 2026
     New York, New York

                           LORNA G. SCHOFIELD
                        UNITED STATES DISTRICT JUDGE