**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

HARRINGTON GLOBAL OPPORTUNITY FUND,
LIMITED,

                      Plaintiff,                    **21-CV-761 (LGS) (VF)**

      -against-                      **ORDER**

BOFA SECURITIES, INC., et al.,

                      Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

As discussed at the conference on April 24, 2026, Plaintiff will fund an evergreen retainer

of $50,000 ($25,000 for each of the two defense firms) at the time Plaintiff files a new expert

report.

       **SO ORDERED.**

DATED:     New York, New York
           April 24, 2026

                                  _____
                                  VALERIE FIGUEREDO
                                  United States Magistrate Judge