UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                             :

HARRINGTON GLOBAL OPPORTUNITY    :
FUND, LIMITED,                             :
                      Plaintiff,   :         21 Civ. 761 (LGS)
                              :
           -against-           :          <u>ORDER</u>
                              :
BOFA SECURITIES, INC., et al.,      :
                    Defendants. :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on April 23, 2026, Plaintiff filed a memorandum of law (the "Brief") in response to Defendants' Rule 72(a) objections to Magistrate Judge Valerie Figueredo's March 26, 2026, Opinion & Order.  (Dkt. No. 633).

WHEREAS, along with the Brief, Plaintiff filed (1) a letter motion to seal the Brief (Dkt. No. 631), (2) a sealed version of the Brief (Dkt. No. 632) and (3) a certificate of service indicating that the Brief had been served on Defendants (Dkt. No. 634) (the "Accompanying Filings").

WHEREAS, the Brief does not comply with the Local Civil Rules and this Court's Individual Rules.  Local Civil Rules 72.1 and 6.3 provide that the Brief may not exceed 3,500 words.  Individual Rule III.B.1 provides that "[i]f a memorandum of law is filed with a computer, the party shall also file a certificate of compliance as required by Local Civil Rule 7.1(c)."  It is hereby

**ORDERED** that by **April 29, 2026**, Plaintiff shall file a compliant version of the Brief and the Accompanying Filings.

The Clerk of Court is respectfully directed to strike the filings at Dkt. Nos. 631, 632, 633 and 644.

Dated: April 24, 2026
     New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE
