



**HON. VALERIE FIGUEREDO**
**UNITED STATES MAGISTRATE JUDGE**

**Dated: May 5, 2026**

The requests for sealing at ECF Nos. 616 and 639 are GRANTED. Plaintiff is directed to file a public version of ECF No. 640-3 with redactions to any confidential information. The Clerk of Court is respectfully directed to close the motions at ECF Nos. 616 and 639.

WARSHAW BURSTEIN, LLP
575 Lexington Avenue
New York, NY 10022
(212) 984-7700
www.wbny.com

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street, New York, NY 10007

Re:     *Harrington Global Opportunity Fund, Ltd. v. BofA Securities, Inc.*, No. 21-CV-761

Dear Judge Schofield:

We write on behalf of Plaintiff Harrington Global Opportunity Fund, Limited ("Harrington") in the above-captioned matter. Pursuant to the Protective Order [ECF 111] and Your Honor's Individual Rules and Procedures for Civil Cases § I.D., we write to request approval to file under seal Plaintiff's memorandum of law, and accompanying exhibits, filed in response to the Rule 72(a) objections to the Opinion and Order denying the Defendants' Motion to Exclude the Testimony of Jonathan Brogaard, Ph.D. [ECF 614-616, 618-619] filed by Defendants BofA Securities, Inc. and Merrill Lynch Canada, Inc. (together, "Merrill").

First, Harrington has attached as an exhibit to the declaration of Leron Thumim an excerpt of the transcript of the oral argument proceedings on Defendants' *Daubert* motions held before Judge Figueredo on January 13, 2026. This transcript has been marked "sealed" by the court reporter, and a redacted copy has not yet been uploaded to the docket.

Second, Harrington's memorandum of law and an exhibit containing excerpts of the transcript of the deposition of a Merrill witness also reference third-party customers of Merrill, the identities of which Merrill has designated as Confidential or Highly Confidential. The Protective Order provides that all "copies, reproductions, extracts, digests, and complete or partial summaries prepared from any DESIGNATED MATERIALS shall also be considered DESIGNATED MATERIAL and treated as such under this Order." [ECF No. 111, ¶ 3.] Moreover, the parties "may designate as confidential for protection under this Protective Order, in whole or in part, any document, information, or material that constitutes or includes, in whole or in part, confidential or proprietary information or trade secrets of the Party or a Third Party to whom the Party reasonably and in good faith believes it owes an obligation of confidentiality with respect to such document, information, or material." [ECF 111, ¶ 3.]

Thus, Harrington seeks to file under seal the exhibit containing the oral argument transcript which has been marked "sealed" and the references to information that Merrill has designated Confidential or Highly Confidential in Harrington's memorandum of law and exhibit. Harrington is

# Warshaw Burstein, LLP

filing its memorandum of law and exhibits publicly with redactions and/or placeholder exhibits, and under seal with the proposed redactions highlighted.

Finally, the below Appendix lists the parties and their counsel of record who should have access to the sealed documents.

Respectfully submitted,

WARSHAW BURSTEIN LLP

By: /s/ *Leron Thumim*
Alan M. Pollack
Felicia S. Ennis
Thomas Filardo
Leron Thumim
Meghan Hallinan
575 Lexington Avenue, 7th Floor
New York, New York 10022
Tel.: (212) 984-7700
apollack@wbny.com
fennis@wbny.com
tfilardo@wbny.com
lthumim@wbny.com
mhallinan@wbny.com

CHRISTIAN ATTAR
James Wes Christian
Ardalan Attar
2302 Fannin, Suite 205
Houston, Texas 77002
Tel.: (713) 659-7617
jchristian@christianattarlaw.com
aattar@christianattarlaw.com

cc:  All counsel via ECF

4932-8866-0644, v. 2

Appendix

The following parties and attorneys of record should have access to the sealed documents:

**Plaintiff Harrington Global Opportunity Fund, Limited**


WARSHAW BURSTEIN, LLP

Alan M. Pollack
Felicia S. Ennis
Thomas Filardo
Leron Thumim
Meghan Hallinan

CHRISTIAN ATTAR

James Wes Christian
Ardalan Attar

**Defendants BofA Securities, Inc. and Merrill Lynch Canada, Inc.**

O'MELVENY & MYERS LLP

Abby F. Rudzin
William J. Martin

**Defendant CIBC World Markets Inc. (Canada)**

DENTONS

Sandra D. Hauser
Stephen J. Senderowitz
Timothy J. Storino