UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                   :

HARRINGTON GLOBAL OPPORTUNITY    :
FUND, LTD.,                                :
                                   :

                  Plaintiff,    :         21 Civ. 761 (LGS)
                                   :

          -against-             :           <u>ORDER</u>
                                   :

BOFA SECURITIES, INC., et al.,        :
                                   :

               Defendants. :
------------------------------------------------------------- :
                                   X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 26, 2026, Magistrate Judge Valerie Figueredo issued an Opinion & Order granting Defendants' motion to exclude the testimony of Plaintiff's loss causation and damages expert, Dr. Robert Shapiro.

WHEREAS, Judge Figueredo's Opinion & Order permitted Plaintiff to file a new expert report in lieu of Dr. Shapiro's report by April 27, 2026, which Plaintiff declined to do.

WHEREAS, on April 28, 2026, Defendants requested that the Court *sua sponte* enter summary judgment in Defendants' favor in light of Dr. Shapiro's exclusion or, in the alternative, direct Plaintiff to show cause within fourteen days why summary judgment should not be granted to Defendants. The parties then exchanged letters on the issue. It is hereby

**ORDERED** that by **May 27, 2026**, Defendants shall file a pre-motion letter as set forth in Individual Rule III.A.1, not to exceed four single-spaced pages. By **June 3, 2026**, Plaintiff shall file a letter response with the same page limitation. The Court reserves decision on Defendants' April 28, 2026, request pending receipt of the letters. It is further

**ORDERED** that, to the extent that Defendants have produced to Plaintiff an expert report on loss causation or damages other than that of Dr. Terrence Hendershott, Defendants shall attach such report(s) to their letter.

Dated: May 19, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2