May 26, 2026

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Application **GRANTED**.  The Merrill Defendants are no longer required to file the pre-motion letter directed by Dkt. No. 648.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. No. 649.

Dated:  May 27, 2026
  New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:     ***Harrington Global Opportunity Fund, Limited v. BofA Securities, Inc., et al.*, No. 1:21-cv-00761-LGS-VF (S.D.N.Y.)**

Dear Judge Schofield:

Plaintiff Harrington Global Opportunity Fund and Defendants BofA Securities, Inc., and Merrill Lynch Canada, Inc. (collectively, the "Merrill Defendants") jointly submit this letter to inform the Court that we have agreed to a settlement in principle.  We expect that upon receiving the settlement payment Harrington will file a notice of dismissal with prejudice of all claims as against the Merrill Defendants.  This should occur within the next few weeks.  We therefore request relief from the Court's May 19 order (ECF 648) (the "May 19 Order") to the extent that it calls for Harrington and the Merrill Defendants to file pre-motion letters as between them.  The case will remain pending against Defendant CIBC World Markets, Inc., and we expect that CIBC will file a pre-motion letter and that Harrington will file a response, both in accordance with the May 19 Order.

Respectfully submitted,

*/s/ Abby F. Rudzin*
Abby F. Rudzin
William J. Martin
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10019
(212) 326-2000
arudzin@omm.com
wmartin@omm.com

*Counsel for Defendants BofA Securities, Inc., and Merrill Lynch Canada, Inc.*

*/s/ Alan M. Pollack*
Alan M. Pollack
Felicia S. Ennis
Thomas Filardo
Leron Thumim
WARSHAW BURSTEIN, LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022
(212) 984-7700
apollack@wbny.com
fennis@wbny.com
tfilardo@wbny.com
lthumim@wbny.com

*Counsel for Plaintiff Harrington Global Opportunity Fund, Ltd.*