Case 1:21-cv-00761-LGS-VF   Document 654   Filed 05/28/26   Page 1 of 2

**DENTONS**

**Sandra D. Hauser**

sandra.hauser@dentons.com
D   +1 212-768-6802

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

May 27, 2026

**<u>VIA ECF</u>**

The Honorable Lorna Schofield
United States District Court, Southern District of New York
500 Pearl Street, New York, NY 10007

Re:     <u>Harrington Global Opportunity Fund v. BofA Securities, et al., No. 1:21-cv-761</u>

Dear Judge Schofield:

We represent CIBC World Markets, Inc. ("CIBC") in the above-referenced matter. Pursuant to the Protective Order (ECF No. 111), and Your Honor's Individual Rules and Procedures for Civil Cases Rule I.D.3, we write to request approval to file CIBC's pre-motion letter regarding summary judgment and certain exhibits thereto under temporary seal and publicly file a redacted version of the pre-motion letter with placeholders for certain exhibits.

CIBC's pre-motion letter describes excerpts of the deposition transcript of Harrington's Chief Investment Officer, Danny Guy, and attaches as exhibits those excerpts (Exhibit B), excerpts from Harrington's amended objections and responses to CIBC's interrogatories (Exhibit C), excerpts from the deposition transcripts of Harrington's spoofing expert, Jonathan Brogaard (Exhibit D), and the report of CIBC's compliance expert, Michael Prior (Exhibit E).  This material has been designated as Confidential or Highly Confidential under the Protective Order.  The Protective Order provides that all "copies, reproductions, extracts, digests, and complete or partial summaries prepared from any DESIGNATED MATERIALS shall also be considered DESIGNATED MATERIAL and treated as such under this Order." (ECF No 111.)  Thus, CIBC seeks to file this material under seal.  CIBC does not seek to file under seal information that is already on the public docket.

Pursuant to Your Honor's Individual Rules and Procedures for Civil Cases, CIBC will publicly file a redacted version of its pre-motion letter with placeholders for certain exhibits.  CIBC intends file a letter motion to permanently seal those portions of the materials that CIBC maintains should be permanently sealed under *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006).  Harrington may do the same with respect to portions of the materials it maintains should be permanently sealed.

CIBC will serve a copy of the sealed filing on counsel for Harrington contemporaneously herewith.

Respectfully submitted,

<u>/s/ *Sandra D. Hauser*</u>
Sandra D. Hauser

137721026

cc: All counsel of record via ECF

Application **GRANTED**. Any motion by Defendant seeking permanent sealing shall be filed by **June 3, 2026**.

Plaintiff may also file its letter and related materials under temporary seal. Any motion by Plaintiff seeking permanent sealing shall be filed by **June 10, 2026**.

All temporarily sealed material will remain under temporary seal pending resolution of any motions seeking permanent sealing. If no such motions are timely filed, the Clerk of Court will be directed to unseal the materials.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. No. 650.

Dated:  May 28, 2026
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

137721026