UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                   :

HARRINGTON GLOBAL OPPORTUNITY    :
FUND, LTD.,                                  :

                                            :           21 Civ. 761 (LGS)
                           Plaintiff,    :
                                            :             ORDER

                  -against-                    :

                                            :

BOFA SECURITIES, INC., et al.,          :

                                            :

                             Defendants.   X
-------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

        The Court has been informed that Plaintiff and Defendants BofA Securities, Inc. and

Merrill Lynch Canada, Inc. have reached a settlement in principle in this case.  Accordingly, it is

hereby ORDERED that this action is dismissed with respect to Defendants BofA Securities, Inc.

and Merrill Lynch Canada, Inc. without costs and without prejudice to restoring the action to the

Court's calendar, provided the application to restore the action is made within thirty (30) days of

this Order.  Any application to reopen filed after thirty (30) days from the date of this Order may

be denied solely on that basis.  Any pending motions by Defendants BofA Securities, Inc. and

Merrill Lynch Canada, Inc. -- including the Rule 72(a) objections to Magistrate Judge Valerie

Figueredo's March 26, 2026, Opinion & Order (Dkt. Nos. 614, 615) and the request for oral

argument on the objections (Dkt. No. 637) -- are DENIED as moot, and all conferences involving

these defendants are CANCELED.  For avoidance of doubt, this case remains pending against

Defendant CIBC World Markets, Inc.

        The Clerk of Court is respectfully directed to close the motion at Dkt. No. 637.

Dated: June 10, 2026
       New York, New York

                                              LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE