**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

HARRINGTON GLOBAL OPPORTUNITY FUND,
LIMITED,

|  |  |
|---|---|
| Plaintiff, | **21-CV-761 (LGS) (VF)** |
| -against- | **ORDER** |

BOFA SECURITIES, INC., et al.,

Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Plaintiff and Defendant CIBC World Markets, Inc. ("CIBC") filed letter motions to seal information contained in CIBC's letter motion at ECF No. 651. See ECF Nos. 655, 658. For the reasons discussed herein, the motions to seal are **GRANTED**.

At ECF No. 655, CIBC requests sealing of the names of non-party customers and employees of CIBC in Exhibits D and E of ECF No. 651. The Court previously granted a request to seal such information. See, e.g., ECF No. 454.

CIBC also requests sealing of previously undisclosed details concerning CIBC's internal processes for monitoring customer trading activity and ensuring regulatory compliance contained in Exhibit E of ECF No. 651. ECF No. 655 at 2. CIBC explains that although it has disclosed the specific type of trade surveillance technology it deploys, it has not disclosed the precise manner of how it the technology is deployed, and disclosure of such information "could compromise the program's effectiveness." Id. Because CIBC has a compelling interest in keeping their surveillance practices non-public to ensure regulatory compliance, the sealing request is granted. See, e.g., Cantinieri v. Verisk Analytics, Inc., No. 21-CV-6911 (NJC) (JMW), 2024 WL 759317,

at *3 (E.D.N.Y. Feb. 23, 2024) (granting motion to seal where party had "a compelling interest in protecting the integrity and efficacy of their anti-fraud practices and protecting clients from future data breaches") (internal quotation marks and alteration omitted).

Plaintiff requests to seal the names and personal e-mail addresses of non-parties in Exhibit B to ECF No. 651. ECF No. 658. Because the privacy interests of third parties outweigh the public's interest in this information, the request to seal is granted. See, e.g., Cardwell v. Davis Polk & Wardwell LLP, No. 19-CV-10256 (GHW), 2022 WL 17175759, at *2 (S.D.N.Y. Nov. 23, 2022) (granting motion to seal third-party names and identifying information because the "privacy interests of the innocent third parties substantially counsel against disclosure of the information that Defendants seek to redact").

CIBC is directed to refile its letter at ECF No. 652 publicly, including the exhibits with CIBC's proposed redactions for Exhibits D and E (see ECF No. 655) and Plaintiff's proposed redactions for Exhibit B (see ECF No. 658-1).

The Clerk of Court is respectfully directed to close the motions at ECF Nos. 655 and 658.

**SO ORDERED.**

DATED:    New York, New York
          June 15, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge

2