UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                      :

HARRINGTON GLOBAL OPPORTUNITY   :
FUND, LIMITED,                                :
                         Plaintiff,   :        21 Civ. 761 (LGS)
                                   :
          -against-         :        ORDER
                                   :

BOFA SECURITIES, INC., et al.,       :
                      Defendants. :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, non-party Jacquelyn Harrington was previously directed not to file any further documents in this action, as she is not a party to the action and has not been granted leave to intervene.

WHEREAS, on June 15, 2026, Ms. Harrington filed a letter and notice of pro se appearance on the docket. It is hereby

**ORDERED** that Ms. Harrington shall not file any further documents in this action.

The Clerk of Court is respectfully directed to strike Dkt. Nos. 661 and 662 from the docket and return these filings, along with a copy of this Order, to Ms. Harrington at 106 West 83rd Street 507A, New York, New York 10024. The Clerk of Court is respectfully directed not to accept any further filings from Ms. Harrington in this action, unless the filings are directed to the Court of Appeals.

Dated: June 22, 2026
      New York, New York

                                    LORNA G. SCHOFIELD
                            UNITED STATES DISTRICT JUDGE